Dennis Laravia, M.D.
August 17, 2017



IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

* * * * * * * * * * * * * * * * * * *

BOBBIE N. HINSON


VERSUS                          NO. 1:16-cv-1009


CONCORDIA PARISH

SCHOOL BOARD,


* * * * * * * * * * * * * * * * * * *

DEPOSITION OF

DENNIS A. LARAVIA, M.D.

August 17, 2017

* * * * * * * * * * * * * * * * * * *

Taken At The Medical Office Of:

Dennis A. Laravia, M.D.

1637 Carter Street

Vidalia, Louisiana 71373

* * * * * * * * * * * * * * * * * * *

Reported By:

PEPPER ROBERTSON

CERTIFIED COURT REPORTER

CERTIFICATE NO. 2010026

PARISH OF OUACHITA

STATE OF LOUISIANA

1

Dennis Laravia, M.D.
August 17, 2017

1                MR. JOHNSON:  That's all the questions I have

2                for the doctor.  Lamar, you got any for him?

3                MR. WALTERS:  I don't.

4                MR. JOHNSON:  Okay.  Doctor, before we begin,

5                you have the right to read and sign your

6                deposition, or you can waive that right,

7                however you want to do that, or we can wait to

8                the end.

9                WITNESS:  Yeah, I'll read it.

10             MR. JOHNSON:  Okay.  All right.  We'll read

11             and sign.

12             COURT REPORTER:  Okay.

13    Q    As I understand it, Doctor, the first time that

14  Ms. Hinson presented to you in your current private practice

15  was on February 3, 2015.  Is that correct?

16    A    That's correct.

17    Q    I think you told me before the deposition you had

18  seen her previously, but that was when you were with--

19    A    I think so.  But I worked for Merit then, and I

20  don't have those records.

21    Q    Do you recall what problems she presented to you

22  back when you worked for Merit?

23    A    I really don't.  I guess routine.  Probably, you

24  know, maybe blood pressure, diabetes type things, you know,

25  but I don't remember anything specific.

6

Duke Copeland Court Reporting
(318)387-2889

Dennis Laravia, M.D.
August 17, 2017

1      Q    What years would that have been, you think, Doctor,
2  when she--
3      A    That would have been 2014, '13, '12.  That was the
4  three years I worked for them.
5      Q    So '12 to '14.
6      A    Uh-huh (yes).
7      Q    And Merit is what, the Natchez Community Hospital?
8      A    Used to be Natchez Community.  They bought out Jeff
9  Davis, and now that's all conglomerated into one that Merit
10  System owns.  I think the corporate chain is CHC or something
11  like that.
12      Q    Okay.  Do you know where their headquarters are,
13  anything about that?
14      A    I believe Nashville, but I'm not sure.
15      Q    That's fine.  No problem.  All right.  So
16  February 3, 2015, Ms. Hinson presented to you.  What were her
17  primary complaints on that day, Doctor?
18      A    She said she had felt a large lesion on her
19  buttocks, and she was having pain in her left fifth toe and
20  swelling in her foot, and her ears were feeling
21  uncomfortable.
22      Q    Swelling in which foot was that?
23      A    The left foot.
24      Q    Left foot.  Okay.
25      A    Uh-huh (yes).

7

Dennis Laravia, M.D.
August 17, 2017

```
 1        A    But I didn't think that was a major problem for

 2   that.  I just-- Smoking is really not a good habit.

 3        Q    I understand.  And you didn't feel the need to

 4   refer her to any other doctor in any specialty for her foot

 5   condition on that date?

 6        A    Not really.

 7        Q    And you didn't feel the need to restrict her in any

 8   way in any of her daily physical activities?

 9        A    No.  As long as she got the right shoes and the

10   right inserts.

11        Q    Okay.  Thank you.  The next report I have, Doctor,

12   is March 5, 2017.  Is that the next time you saw Ms. Hinson?

13        A    I saw her back on February the 10th.

14        Q    What did I say?  Did I say-- Excuse me.  I missed

15   February 10th.

16        A    Yeah.

17        Q    That's the next date.  I'm sorry.  I misspoke.

18   February 10th.

19        A    Uh-huh (yes).

20        Q    And I believe that was for a follow-up appointment?

21   Is that that code at the top?

22        A    Yes, sir.  And she was also complaining that her

23   ears were bothering.

24        Q    And it was a follow-up visit.

25        A    Primarily for the wound healing on the buttocks,
```

12

Dennis Laravia, M.D.
August 17, 2017

```
1              MR. WALTERS:  Doctor, I'm going to mark these
2         as "Exhibit P-1."  These are copies of medical
3         records that we received from your office.
4         WITNESS:  Right.  That's right.  Yeah.
5         MR. WALTERS:  Are those your records?
6         WITNESS:  Yes.
7         MR. JOHNSON:  Lamar, I was going to do that
8         also, but you've got them.  I mean, we can do
9         whatever.
10        MR. WALTERS:  That's fine.  If you want to
11        mark them as "Exhibit 4," I guess.  Is it "4"?
12        MR. JOHNSON:  Yeah.  Are we on "4"?
13        COURT REPORTER:  Uh-huh (yes).
14        MR. WALTERS:  That's fine.
15        MR. JOHNSON:  Yeah, we'll just mark it as
16        "Exhibit 4."
17        MR. WALTERS:  Okay.  All right.
18        COURT REPORTER:  Okay.
19        MR. JOHNSON:  Thanks for reminding me to do
20        that.
21        MR. WALTERS:  No problem.
22   EXAMINATION BY MR. WALTERS:
23        Q    Dr. Laravia, you mentioned there was a prior-- are
24   you aware of a prior surgery or left foot surgery in the
25   summer of 2014?
```

56

Exhibit 6                                    5 of 127

Dennis Laravia, M.D.
August 17, 2017

1      A    Yes.  That was delineated in the Merit documents,

2   but I specifically recall that she went to see someone in

3   Baton Rouge who was going to produce a webbing of her toes.

4   The webbing didn't take.  I don't have the--

5      Q    Sure.

6      A    But I recall this because I saw her so many times.

7   The webbing didn't take, and she was not happy and thought

8   that she would get him to do it again.  Anyway, so it's kind

9   of humorous at this point in time, but, you know, I said, I

10  don't understand why you would want to do that, but, you

11  know--

12     Q    Right.

13     A    You got a poor result.  Let's don't do it again.

14     Q    Okay.  And I'm going to show you a document.  It's

15  out of the Champion Medical Center records.  The date of

16  service is May 27, 2014.  I'll show you the second page.

17  It's from Dr. Christopher Formanek.  And I've highlighted

18  there, he indicates what kind of procedure that he's going to

19  do to--  or that he's going to perform on Ms. Hinson's left

20  foot.  Is that the--

21     A    Syndactylization is producing a webbing of the

22  fourth and fifth toes, which he thought would help that.

23  But, again, this is not an orthopedist.  This is a

24  podiatrist.

25     Q    Okay.

57

Dennis Laravia, M.D.
August 17, 2017

```
1          A     Okay.

2          Q     And so that webbing procedure that you were talking

3   about that you had become aware of--

4          A     It didn't work.

5          Q     It did not work.

6          A     No.

7                MR. WALTERS:  And we'll mark this as

8                "Exhibit 5" for the record.

9          Q     So she came back to you.  That didn't work in 2014.

10  She was continuing to present with some left foot pain

11  problems.

12         A     Some, yeah.  Some stinging and burning and so

13  forth, but that got progressively better when she wore the

14  shoes and everything.

15         Q     Okay.  Now, you also mention that in December of

16  2015 she did not indicate to you any ongoing complaints of

17  left foot pain.  At least she did not report those to you.

18  Is that correct?

19         A     It wasn't major, no, sir.  I'm not saying there

20  wasn't a case of complaint, but she had so many other

21  complaints.

22         Q     And I'm going to show you--

23               MR. WALTERS:  These are medical records we've

24               received from STA Home Health Hospice, and

25               I'll mark the entire record as "Exhibit 6."
```

58

Dennis Laravia, M.D.
August 17, 2017

1      Q    And I'm going to show you page--  At the bottom

2   right-hand corner, it's page 16 of 72, and I'll underline

3   that for you on this page.  It shows a date of December 1,

4   2015, and it says therapy subjective.  Indicate basic reason

5   for referral to therapy as reported by patient/caregiver.  It

6   says, patient is 58-year-old female who has had multiple

7   surgeries left foot and toes with resulting difficulty

8   performing mobility and ADLs for functional times and

9   distances due to pain left foot and toes.

10      A    Who did this?

11      Q    This is a physical therapist at STA Home Health

12   Hospice.

13              MR. JOHNSON:  What's the date, Lamar?  I'm

14              sorry.

15              MR. WALTERS:  Date of this is December 1,

16              2015.

17      Q    And my understanding was, those were not things

18   that--  or she did not report those issues to you when she

19   came in to see you.  Is that correct?

20      A    Not in November, December 2015.

21      Q    All right.

22      A    But, again, I have to say, to clarify this,

23   initially, she kept thinking, I'm going to have surgery,

24   that's going to fix this foot.  And I kept telling her,

25   that's not going to happen.

59

Dennis Laravia, M.D.
August 17, 2017

1        Q    Now, for someone who had undergone multiple

2    surgeries--

3        A    I don't know about the multiple.  I know about the

4    one.

5        Q    All right.  I'm going to show you a document--

6        A    Okay.

7        Q    --I'm going to mark as "Exhibit 7."  And this is

8    from Scott Wolfe, who's a doctor in Natchez.  He's reported,

9    at least it appears that Ms. Hinson may have reported to him,

10   that she had had four to five surgeries on her foot.  Is that

11   correct, at least according to the notes?

12       A    I don't know.  I know about one.

13       Q    All right.

14            MR. JOHNSON:  What's the date?  I'm sorry.

15       Q    And I'm sorry.  The note is June 12, 2017.

16       A    So it's pretty recent.

17       Q    Right.  So it says, left foot surgery times five,

18   and you weren't aware of that many surgeries on the left

19   foot.

20       A    Oh, no.

21       Q    Is that correct?

22       A    And I recommended against it, yeah.

23       Q    Sure.  And for someone who has had that many left

24   foot surgeries, would you agree that that presents a problem

25   for a job that requires standing for extended periods of

60

Dennis Laravia, M.D.
August 17, 2017

1  time?

2       A    Well, in general, I'd say yes.  But it presents

3  another problem to me for the medical profession.  Somebody

4  had no business doing all those surgeries.  And, regrettably,

5  there's an opportunity for financial gain by doing this.  And

6  sad, but that's my opinion.

7       Q    Sure.

8       A    Yeah.  But, you know, you're right.  It's just

9  like--  Maybe y'all never had back surgery.  But, you know,

10  somebody has more than one back surgery, the likelihood of

11  them being in better shape is greater than 70 percent that

12  they never will be in as good as shape as they were before.

13  Repeated back surgery, same thing with foot surgery, because

14  she's already overweight, and it's just going to be painful.

15       Q    Okay.

16       A    Okay.  Yeah.

17       Q    And for someone like that, who is, as you

18  described, already overweight, who's reported to you some

19  ongoing issues with left foot problems, and now, let's assume

20  that's accurate, and you find out that she's undergone either

21  three to five foot surgeries before she's even done treatment

22  with you in December 2015, would you agree that that would

23  substantially limit her in terms of working a job that

24  requires her to be standing for extended periods of time?

25       A    Standing would be a problem, yes, sir.

61

Dennis Laravia, M.D.
August 17, 2017

1        Q    Okay.  Now, the other issue I wanted to discuss

2    with you, going back to your notes, you mentioned when

3    Mr. Johnson was questioning you that she explained on May the

4    28th that she had concerns about doing the job because of,

5    and I think specifically the term was, the impact it's going

6    to make on-- or the terms were, the impact it's going to

7    make on her evenings and her overall health.

8        A    Right.

9        Q    Okay?  And with that, she presented to you with a

10   more serious anxiety disorder, which you described as a panic

11   disorder.  Is that correct?

12       A    Yes.

13       Q    And, also, we have a reference to depression at

14   number seven on your impression list.  Is that correct?

15       A    That's right.

16       Q    And also insomnia.  Is that correct?

17       A    Yes, sir.

18       Q    And those are all anxiety-related issues?  Is that

19   right?

20       A    They're neurologic/psychiatric, psychological

21   issues, absolutely.

22       Q    Okay.  And so at least from Ms. Hinson's

23   perspective, would you agree, more probably than not, that as

24   of that point, given her mindset about moving to that

25   Ferriday Junior High position, that she was substantially

62

Dennis Laravia, M.D.
August 17, 2017

1    limited in her ability to go and do that job from a mental
2    standpoint?
3        A    Oh, I understand.  Psychologically, absolutely,
4    sure.
5        Q    Okay.  And--
6        A    But I'm going to encourage her.
7        Q    Sure.  I understand.  I understand.  Now, her
8    psychological condition over the next several visits did
9    improve as she remained off of that job.  Is that correct?
10       A    That's right.
11       Q    But there is nothing that you're aware of to
12   suggest that her psychological condition, if she had been
13   forced or if she had forced herself to go do that work, would
14   have improved.  Is that correct?
15       A    That's correct.
16       Q    In other words, had she come to the realization
17   that, hey, I have to go do this job, she very well may have
18   continued to have this panic disorder, this depression and
19   this insomnia.  Is that correct?
20       A    That's right.
21       Q    Do you think, more probably than not, that that was
22   likely, given the way she presented on May the 28th, 2015?
23       A    I believe that's true.
24       Q    And all of those issues, the panic disorder, the
25   depression and the insomnia, would have substantially limited

63

Dennis Laravia, M.D.
August 17, 2017

```
 1    her ability to perform in that job as the Ferriday Junior
 2    High principal, which was the reason that you put her on
 3    medical leave.  Is that correct?
 4        A    Probably so, yes, sir.
 5        Q    More probably than not?
 6        A    Right.
 7        Q    All right.
 8             MR. WALTERS:  Thank you, Doctor.
 9             WITNESS:  Yes, sir.
10             MR. WALTERS:  I have no further questions.
11    EXAMINATION BY MR. JOHNSON:
12        Q    Just got a couple, Doc.  You were asked about some
13    surgeries mentioned in another report by another doctor.  I
14    think a Dr. Wolfe.  You don't have any independent knowledge
15    of the five surgeries he's talking about.
16        A    I do not.
17        Q    You don't know when those surgeries were?
18        A    I do not.
19        Q    You don't know if those surgeries were after you
20    discontinued your treatment of her or anything like that.
21        A    I'm sure Scott Wolfe didn't do them but probably a
22    podiatrist.
23        Q    Okay.  I'm just curious.
24        A    Yeah.
25        Q    I mean, you treated her until December 22nd.  At no
```

64

Dennis Laravia, M.D.
August 17, 2017

1          improperly hypothetical because I don't think

2          it properly lays a foundation about what kind

3          of surgeries we're talking about and things of

4          those nature.  But with that said, go ahead.

5     Q     Multiple foot surgeries where actual surgery was

6   performed.  Not something like an injection or something of

7   that nature, but actual foot surgeries.  In other words, two

8   or more foot surgeries.  For someone who's had multiple foot

9   surgeries, what would be the limitations for standing or

10  walking distances, things of that nature?

11         MR. JOHNSON:  Same objection.

12    A     That would be conjecture, but I will say that the

13  likelihood of her having more pain and more problems with

14  multiple surgeries is very likely. Does that make sense?

15    Q     Yes, sir.  And so for a patient who has had

16  multiple--

17    A     Right.

18    Q     --surgeries, that's something you can expect.  And

19  so the more strenuous the job is in terms of standing,

20  walking, moving while doing supervision, the more likely it

21  is that that person will have limitations from pain.  Is that

22  correct?

23    A     They'll have pain limitations, right.  How they

24  handle it will be individual.

25    Q     And from what you saw of Ms. Hinson and her psyche,

68

Dennis Laravia, M.D.
August 17, 2017

1    did it appear to you that she handled those kind of things

2    well?

3        A    No.

4        Q    And in other words, so whereas one person may have

5    been able to deal with those kind of limitations, pain

6    limitations, and tolerate it, Ms. Hinson, would you agree,

7    was not that type of person?

8        A    I would have to agree with that.

9             MR. WALTERS:  Okay.  Thank you.

10   EXAMINATION BY MR. JOHNSON:

11       Q    Doctor, on May 28, 2015, Ms. Hinson did not present

12   to you with any kind of foot pain related to the problems you

13   had diagnosed her with before.  The spasms of her left toe

14   was because she was sleeping incorrectly.  Correct?

15       A    Right.

16       Q    Other than that, she had no foot pain at all, did

17   she?

18       A    Of any consequence, that's right.

19       Q    And the same on June 23, 2015, unless I'm missing

20   something, did she complain of any foot pain to you on that

21   date?

22       A    No.

23             MR. JOHNSON:  Okay.  Thank you.

24

25                              DEPOSITION CONCLUDED.

                                                          69

01807-4584

# Concordia Medical Center
### Dennis LaRavia, M.D., AGFM — Charla Knapp, CFNP

900 CARTER STREET, SUITE A
VIDALIA, LA 71373
TELEPHONE 318-336-4780

PATIENT'S NAME: Bobbie Hinson

ALLERGIES: NKDA

DATE OF BIRTH: 3/5/50

PHARMACY #: Walgreen
North 44le-5810

| DRUG | STH. | QTY. | FREQ. | START | D/C | | REFILL DATES | | | | | | |
|------|------|------|-------|-------|-----|---|---|---|---|---|---|---|---|
| Levothyroxine 0.150mg | | | QD | | D/c 4/8/10 | | | | | | | | |
| Triamterene 37.5 mg | | | QD | | | #8-11-13 #8-10-14 | | | | | | | |
| Nature Made Magnesium 250mg | | | QD | | | | | | | | | | |
| D3 2000 IU QD | | | | | | | | | | | | | |
| Biotin 1000mg QD | | | | 3 tap | | | | | | | | | |
| Cefuroxime 500mg | | | Bid | — D/c | | | | | | | | | |
| Flaxseed Oil QD | | | | | | | | | | | | | |
| Naproxen sodium Bid | | | | | | | | | | | | | |
| Lipozene 1500 mg 4 tabs QD | | | | — Stop | | | | | | | | | |
| Super B Complex QD | | | | | | | | | | | | | |
| Hydrocordone/APC Q 6° prn | | | | | | | | | | | | | |
| Levothyroxine 100mcg QD | | | | | 4/8/10 #20x12 | | | | | | | | |
| Metformin 500mg QD | | | | | #40x4 | 8-11-13 #40x4 | | | | | | | |
| Gabapentin 100mg Bid | | | | | | 8-11-13 60x4 | | | | | | | |
| Celexa 20mg QD | | | | | 10-9-13 | 8-11-13 #40x4 8-11-13 #40x4 | | | | | | | |
| Levothyroxine 88mcg 1 each Am | | | | | | | | | | | | | |
| Vitamin C 500mg | | | | | | | | | | | | | |
| Orlistat 120 1 tid | | | | | 1-31-13 #90x4 | | | | | | | | |
| Ambien 10mg 1 tab QHS | | | | | 8-5-13 #30x7 | | | | | | | | |
| Amatiza 24mcg QD | | | | | #90x4 | 3-7-14 #90x4 4-7-14 130x4 | D/c 11/17/15 | | | | | | |
| Gabapentin 300mg Bid | | | | | | | | | | | | | |

Exhibit 6



CMS MAP - Clinical Results                                                Page 2 of 2

| Print | **CT ABD & PELVIS W/O CONTRAST** |

FLANK/ABD PAIN
Reason:Abd pain   Bed Name: 9

Procedure Acknowledge Date: 02/21/2015 01:07 PM

Examination

CT ABD AND PELVIS WO CONTRAST

Clinical History
Abdominal pain and flank pain.

| | 822 LAB | 02/21/15 02/22/15 0400 0991382 | CBC COMPLETE AUTOMATED | | | 02/22/15 0515 Final | 1997930 16 |

| Print | TEST NAME | RESULT | UNITS | RANGES | ABN FLAG |
|---|---|---|---|---|---|
| | WBC | 5.1 | K/uL | 4.8-10.8 | |
| | RBC | 4.16 | 10⁶/uL | 4.20-6.00 | L |
| | HGB | 12.7 | G/DL | 12.0-16.0 | |
| | HCT | 39.3 | % | 37.0-47.0 | |
| | MCV | 94.4 | fL | 81.0-99.0 | |
| | MCH | 30.5 | pg | 27.0-31.0 | |
| | MCHC | 32.3 | G/DL | 32.0-36.0 | |
| | PLATELET COUNT | 164 | K/uL | 150-450 | |
| | MPV | 11.6 | fL | 7.4-10.4 | H |
| | RDW | 13.7 | % | 11.5-14.5 | |
| | DIFFERENTIAL TYPE: | MANUAL | | | |
| | % NEUTROPHILS | 26.0 | % | 43.0-65.0 | L |
| | % LYMPHOCYTES | 70.0 | % | 20.5-45.0 | H |
| | % MONOCYTES | 4.0 | % | 0.6-12.0 | |
| | % EOSINOPHILS | 0.0 | % | 1.0-3.0 | L |
| | % BASOPHILS | 0.0 | % | 0.0-2.0 | |
| | ABS NEUTROPHILS | 1.3 | K/uL | 2.2-4.8 | L |
| | ABS LYMPHOCYTES | 3.6 | K/uL | 1.3-2.9 | H |
| | ABS MONOCYTES | 0.2 | K/uL | 0.3-0.8 | L |
| | ABS EOSINOPHILS | 0.0 | K/uL | 0.0-0.2 | |
| | ABS BASOPHILS | 0.0 | K/uL | 0.0-0.1 | |

5,1

| | 822 LAB | 02/21/15 02/21/15 0400 0991383 | BASIC METABOLIC PANEL | | 02/22/15 0507 Final | 1997930 15 |
| | 822 LAB | 02/21/15 02/21/15 1227 0991474 | CPK-MB | | 02/21/15 1359 Final | 1997930 7 |
| | 822 LAB | 02/21/15 02/21/15 1227 0991473 | TROPONIN QUANTITATIVE | | 02/21/15 1359 Final | 1997930 8 |
| | 822 LAB | 02/21/15 02/21/15 1227 0991475 | CPK TOTAL | | 02/21/15 1341 Final | 1997930 6 |
| | 822 LAB | 02/21/15 02/21/15 1215 0991484 | COMPREHENSIVE METABOLIC PANEL | | 02/21/15 1336 Final | 1997930 2 |

| Print | TEST NAME | RESULT | UNITS | RANGES | ABN FLAG |
|---|---|---|---|---|---|
| | GLUCOSE | 99 | mg/dL | 70-105 | |
| | BUN | 19 | mg/dL | 7-25 | |
| | CREATININE | 1.0 | mg/dL | 0.5-1.2 | |
| | BUN/CREATININE RATIO | 18.0 | | 7.0-25.0 | |
| | SODIUM | 139 | mmol/L | 135-145 | |
| | POTASSIUM | 3.9 | mmol/L | 3.5-5.1 | |
| | CHLORIDE | 102 | mmol/L | 98-107 | |
| | CO2 (BICARBONATE) | 29 | mmol/L | 21-31 | |
| | CALCIUM | 9.9 | mg/dL | 8.5-10.3 | |
| | TOTAL PROTEIN | 5.3 | gm/dL | 6.4-8.9 | L |
| | ALBUMIN | 3.7 | g/dL | 3.7-5.3 | |
| | GLOBULIN | 1.6 | g/dL | 2.3-3.5 | L |
| | A/G RATIO | 2.3 | | 1.1-1.9 | H |
| | ALKALINE PHOSPHATASE | 61 | U/L | 34-104 | |
| | AST (SGOT) | 9 | U/L | 13-39 | L |
| | ALT (SGPT) | 14 | U/L | 3-35 | |
| | BILIRUBIN TOTAL | 0.4 | mg/dL | 0.3-1.0 | |

139
3.9

| | 822 LAB | 02/21/15 02/21/15 1215 0991482 | AMYLASE | | 02/21/15 1336 Final | 1997930 4 |

Exhibit 6
17 of 127

Print **CHEST PA SINGLE VIEW**

FLANK/ABD PAIN
Reason:Chest pain/ Bed Name: 9

Procedure Acknowledge Date: 02/21/2015 01:07 PM

Examination

CHEST PA SINGLE VIEW

Clinical History
Abdominal pain.

822 RAD 02/21/15 02/21/15 1227 7920119 CT ABD & PELVIS W/O CONTRAST 02/22/15 1433 Final 1997930 7920119

Print **CT ABD & PELVIS W/O CONTRAST**

FLANK/ABD PAIN
Reason:Abd pain; Bed Name: 9

Procedure Acknowledge Date: 02/21/2015 01:07 PM

Examination

CT ABD AND PELVIS WO CONTRAST

Clinical History
abdominal pain and flank pain.

822 LAB 02/21/15 02/22/15 0400 0991362 CBC COMPLETE AUTOMATED 02/22/15 0515 Final 1997930 15

Print

| TEST NAME | RESULT | UNITS | RANGES | ABN FLAG |
|---|---|---|---|---|
| WBC | 5.1 | K/uL | 4.8-10.8 | |
| RBC | 4.16 | 10 6/uL | 4.20-5.40 | L |
| HGB | 12.7 | G/DL | 12.0-16.0 | |
| HCT | 39.3 | % | 37.0-47.0 | |
| MCV | 94.4 | fL | 81.0-99.0 | |
| MCH | 30.5 | pg | 27.0-31.0 | |
| MCHC | 32.3 | G/DL | 32.0-36.0 | |
| PLATELET COUNT | 164 | K/uL | 150-450 | |
| MPV | 11.6 | fL | 7.4-10.4 | H |
| RDW | 13.7 | % | 11.5-14.5 | |
| DIFFERENTIAL TYPE: | MANUAL | | | |
| % NEUTROPHILS | 26.0 | % | 43.0-65.0 | L |
| % LYMPHOCYTES | 70.0 | % | 20.0-45.0 | H |
| % MONOCYTES | 4.0 | % | 0.0-12.0 | |
| % EOSINOPHILS | 0.0 | % | 1.0-3.0 | L |
| % BASOPHILS | 0.0 | % | 0.0-2.0 | |
| ABS NEUTROPHILS | 1.3 | K/uL | 2.2-4.8 | L |
| ABS LYMPHOCYTES | 3.6 | K/uL | 1.3-2.9 | H |
| ABS MONOCYTES | 0.2 | K/uL | 0.3-0.8 | L |
| ABS EOSINOPHILS | 0.0 | K/uL | 0.0-0.2 | |
| ABS BASOPHILS | 0.0 | K/uL | 0.0-0.1 | |

5.1

822 LAB 02/21/15 02/22/15 0400 0991363 BASIC METABOLIC PANEL 02/22/15 0507 Final 1997930 15
822 LAB 02/21/15 02/21/15 1227 0991474 CPK-MB 02/21/15 1359 Final 1997930 7
822 LAB 02/21/15 02/21/15 1227 0991473 TROPONIN QUANTITATIVE 02/21/15 1359 Final 1997930 6
822 LAB 02/21/15 02/21/15 1227 0991475 CPK TOTAL 02/21/15 1341 Final 1997930 8
822 LAB 02/21/15 02/21/15 1215 0991464 COMPREHENSIVE METABOLIC PANEL 02/21/15 1356 Final 1997930 2

Print

| TEST NAME | RESULT | UNITS | RANGES | ABN FLAG |
|---|---|---|---|---|
| GLUCOSE | 99 | mg/dL | 70-105 | |
| BUN | 18 | mg/dL | 7-25 | |
| CREATININE | 1.0 | mg/dL | 0.8-1.2 | |
| BUN/CREATININE RATIO | 18.0 | | 7.0-25.0 | |
| SODIUM | 139 | mmol/L | 136-145 | |
| POTASSIUM | 3.9 | mmol/L | 3.5-5.1 | |
| CHLORIDE | 102 | mmol/l | 98-107 | |
| CO2 (BICARBONATE) | 29 | mmol/L | 21-31 | |
| CALCIUM | 9.9 | mg/dL | 8.6-10.3 | |
| TOTAL PROTEIN | 5.3 | gm/dL | 6.4-8.9 | L |
| ALBUMIN | 3.7 | g/dL | 3.7-5.3 | |
| GLOBULIN | 1.6 | g/dL | 2.3-3.5 | L |
| A/G RATIO | 2.3 | | 1.1-1.8 | H |
| ALKALINE PHOSPHATASE | 61 | U/L | 34-104 | |
| AST (SGOT) | 9 | U/L | 13-39 | L |
| ALT (SGPT) | 14 | U/L | 7-35 | |
| BILIRUBIN TOTAL | 0.4 | mg/dL | 0.3-1.0 | |

139 | 3.9

822 LAB 02/21/15 02/21/15 1215 0991462 AMYLASE 02/21/15 1336 Final 1997930 4

06/23/2015 3:18:41 PM   FROM: LABCORP LCLS FB   TO: 13183360924  LABCORP          Page 1 of 3

TO: Heather                        **Dennis Laravia, MD**

# LabCorp
Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South
Birmingham, AL 35233-1935

Phone: 205-581-3500

| Specimen Number | Patient ID | Control Number | Account Number | Account Phone Number | Route |
|---|---|---|---|---|---|
| 153-107-4098-0 | 5422 | ABE17385065 | 17385065 | 319-719-1993 | 00 |

| Patient Last Name | | |
|---|---|---|
| HINSON | | |

| Patient First Name | Patient Middle Name |
|---|---|
| BOBBIE | |

Account Address

Dennis Laravia, MD

1637 Carter Street
VIDALIA LA  71373

| Patient SS# | Patient Phone | Total Volume |
|---|---|---|
| ***-**-5422 | 000-000-0000 | |

| Age (Y/M/D) | Date of Birth | Sex | Fasting |
|---|---|---|---|
| 58/02/28 | 03/05/57 | M | |

Additional Information

Patient Address

209 S BLUEBIRD
NATCHEZ MS 39120

UPIN: C67524

| Date and Time Collected | Date Entered | Date and Time Reported | Physician Name | NPI | Physician ID |
|---|---|---|---|---|---|
| 06/02/15 08:45 | 06/02/15 | 06/03/15 14:22ET | LARAVIA , D | 1730157249 | LARAVIA |

Tests Ordered

CBC With Differential/Platelet; Comp. Metabolic Panel (14); Urinalysis, Routine; Lipid Panel;
Hemoglobin A1c; TSH

General Comments

ACC: ABE17385065                PID: 5422

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **CBC With Differential/Platelet** | | | | | |
| WBC | 6.0 | | x10E3/uL | 3.4 - 10.8 | 01 |
| RBC | 4.76 | | x10E6/uL | 4.14 - 5.80 | 01 |
| Hemoglobin | 14.6 | | g/dL | 12.6 - 17.7 | 01 |
| Hematocrit | 44.4 | | % | 37.5 - 51.0 | 01 |
| MCV | 93 | | fL | 79 - 97 | 01 |
| MCH | 30.7 | | pg | 26.6 - 33.0 | 01 |
| MCHC | 32.9 | | g/dL | 31.5 - 35.7 | 01 |
| RDW | 14.1 | | % | 12.3 - 15.4 | 01 |
| Platelets | 293 | | x10E3/uL | 150 - 379 | 01 |
| Neutrophils | 52 | | % | | 01 |
| Lymphs | 38 | | % | | 01 |
| Monocytes | 8 | | % | | 01 |
| Eos | 1 | | % | | 01 |
| Basos | 1 | | % | | 01 |
| Neutrophils (Absolute) | 3.2 | | x10E3/uL | 1.4 - 7.0 | 01 |
| Lymphs (Absolute) | 2.3 | | x10E3/uL | 0.7 - 3.1 | 01 |
| Monocytes(Absolute) | 0.5 | | x10E3/uL | 0.1 - 0.9 | 01 |
| Eos (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.4 | 01 |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.2 | 01 |
| Immature Granulocytes | 0 | | % | | 01 |
| Immature Grans (Abs) | 0.0 | | x10E3/uL | 0.0 - 0.1 | 01 |
| | | | | | |
| **Comp. Metabolic Panel (14)** | | | | | |
| Glucose, Serum | 99 | | mg/dL | 65 - 99 | 01 |
| BUN | 22 | | mg/dL | 6 - 24 | 01 |
| Creatinine, Serum | 1.24 | | mg/dL | 0.76 - 1.27 | 01 |
| eGFR If NonAfricn Am | 64 | | mL/min/1.73 | >59 | |
| eGFR If Africn Am | 74 | | mL/min/1.73 | >59 | |
| BUN/Creatinine Ratio | 18 | | | 9 - 20 | |

| HINSON, BOBBIE | 5422 | 153-107-4098-0 | Seq # 0001 |
|---|---|---|---|

06/23/15 15:18 ET      **DUPLICATE FINAL REPORT**                    Page 1 of 3

This document contains private and confidential health information protected by state and federal law.   ©2004-15 Laboratory Corporation of America® Holdings
If you have received this document in error, please call 205-581-3600.                                All Rights Reserved
                                                                                                      DOC1 Ver: 1.49

O2  6/23/15

Exhibit 6

06/23/2015 3:18:41 PM   FROM: LABCORP LCLS F8   TO: 13183360924  LABCORP                    Page 2 of 3   r
**TO: Heather**
                              **Dennis Laravia, MD**

# LabCorp
Laboratory Corporation of America®

LabCorp Birmingham
1801 First Avenue South
Birmingham, AL 35233-1935

Phone: 205-581-3500

| Patient Name | | | | Specimen Number | |
|---|---|---|---|---|---|
| **HINSON, BOBBIE** | | | | 153-107-4098-0 | |

| Account Number | Patient ID | Control Number | Date and Time Collected | Date Reported | Sex | Age(Y/M/D) | Date of Birth |
|---|---|---|---|---|---|---|---|
| 17385065 | 5422 | ABH17385065 | 06/02/15 08:45 | 06/03/15 | M | 58/02/28 | 03/05/57 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Sodium, Serum | 138 | | mmol/L | 134 - 144 | 01 |
| Potassium, Serum | 4.6 | | mmol/L | 3.5 - 5.2 | 01 |
| Chloride, Serum | 101 | | mmol/L | 97 - 108 | 01 |
| Carbon Dioxide, Total | 20 | | mmol/L | 18 - 29 | 01 |
| Calcium, Serum | 10.2 | | mg/dL | 8.7 - 10.2 | 01 |
| Protein, Total, Serum | 7.2 | | g/dL | 6.0 - 8.5 | 01 |
| Albumin, Serum | 4.6 | | g/dL | 3.5 - 5.5 | 01 |
| Globulin, Total | 2.6 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.8 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.3 | | mg/dL | 0.0 - 1.2 | 01 |
| Alkaline Phosphatase, S | 77 | | IU/L | 39 - 117 | 01 |
| AST (SGOT) | 14 | | IU/L | 0 - 40 | 01 |
| ALT (SGPT) | 13 | | IU/L | 0 - 44 | 01 |
| | | | | | |
| **Urinalysis, Routine** | | | | | |
| Urinalysis Gross Exam | | | | | 01 |
| Specific Gravity | 1.022 | | | 1.005 - 1.030 | 01 |
| pH | 6.0 | | | 5.0 - 7.5 | 01 |
| Urine-Color | Yellow | | | Yellow | 01 |
| Appearance | Clear | | | Clear | 01 |
| WBC Esterase | Negative | | | Negative | 01 |
| Protein | Negative | | | Negative/Trace | 01 |
| Glucose | Negative | | | Negative | 01 |
| Ketones | Negative | | | Negative | 01 |
| Occult Blood | Negative | | | Negative | 01 |
| Bilirubin | Negative | | | Negative | 01 |
| Urobilinogen,Semi-Qn | 0.2 | | mg/dL | 0.0 - 1.9 | 01 |
| Nitrite, Urine | Negative | | | Negative | 01 |
| Microscopic Examination | | | | | 01 |

    Microscopic not indicated and not performed.

| | | | | | |
|---|---|---|---|---|---|
| **Lipid Panel** | | | | | |
| **Cholesterol, Total** | 215 | High | mg/dL | 100 - 199 | 01 |
| Triglycerides | 65 | | mg/dL | 0 - 149 | 01 |
| HDL Cholesterol | 78 | | mg/dL | >39 | 01 |
| Comment | | | | | 01 |

    According to ATP-III Guidelines, HDL-C >59 mg/dL is considered a
    negative risk factor for CHD.

| | | | | | |
|---|---|---|---|---|---|
| VLDL Cholesterol Cal | 13 | | mg/dL | 5 - 40 | 01 |
| **LDL Cholesterol Calc** | 124 | High | mg/dL | 0 - 99 | 01 |
| | | | | | |
| **Hemoglobin A1c** | 6.0 | High | % | 4.8 - 5.6 | 01 |

    Increased risk for diabetes: 5.7 - 6.4
    Diabetes: >6.4
    Glycemic control for adults with diabetes: <7.0

| HINSON, BOBBIE | 5422 | 153-107-4098-0 | Seq # 0001 |
|---|---|---|---|

06/23/15 15:18 ET        DUPLICATE FINAL REPORT                    Page 2 of 3

This document contains private and confidential health information protected by state and federal law.        ©2004-15 Laboratory Corporation of America® Holdings
If you have received this document in error, please call 205-581-3600                                                                                  All Rights Reserved
                                                                                                                                                            DOC1 Ver: 1.49

Exhibit 6        20 of 127

06/23/2015 3:18:41 PM   FROM: LABCORP LCLS F8   TO: 13183360924  LABCORP   Page 3 of 3
TO: Heather                           Dennis Laravia, MD

# LabCorp
Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South
Birmingham, AL 35233-1935

Phone: 205-581-3500

| Patient Name | | | | | | Specimen Number |
|---|---|---|---|---|---|---|
| HINSON, BOBBIE | | | | | | 153-107-4098-0 |
| Account Number | Patient ID | Control Number | Date and Time Collected | Date Reported | Sex | Age(Y/M/D) | Date of Birth |
| 17385065 | 5422 | ABH17385065 | 06/02/15 08:45 | 06/03/15 | M | 58/02/28 | 03/05/57 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| TSH | 0.515 | | uIU/mL | 0.450 - 4.500 | 01 |

| 01    MB    LabCorp Birmingham              Dir: John Elgin, MD |
|---|
| 1801 First Avenue South, Birmingham, AL 35233-1935 |
| For inquiries, the physician may contact Branch: 800-737-5227  Lab: 205-581-3500 |



| HINSON, BOBBIE | 5422 | 153-107-4098-0 | Seq # 0001 |
|---|---|---|---|

06/23/15 15:18 ET          DUPLICATE FINAL REPORT                Page 3 of 3

This document contains private and confidential health information protected by state and federal law.   ©2004-15 Laboratory Corporation of America ® Holdings
If you have received this document in error, please call 205-581-3500                                          All Rights Reserved
                                                                                                               DOC1 Ver: 1.49

Exhibit 6                                21 of 127



Exhibit 6

22 of 127

11/27/2015 4:06:23 AM   FROM: LABCORP LCLS BULK   TO: 3183360924   LABCORP   Page 1 of 1
TO:                                Dennis Laravia, MD

# LabCorp

LabCorp Birmingham Cyto Histo
1801 First Avenue South
Birmingham AL 35233-1935

Phone: 205-581-3500

| Specimen Number | Patient ID | | Control Number | Account Number | Account Phone | Route |
|---|---|---|---|---|---|---|
| 322-G62-4002-0 | 5422 | | AGA17385065 | 17385065 | 319-719-1993 | 00 |

| Patient Last Name | Account Address |
|---|---|
| HINSON | Dennis Laravia, MD |

| Patient First Name | Patient Middle Name |
|---|---|
| BOBBIE | |

| Patient SS# | Patient Phone | Total Volume |
|---|---|---|
| ***-**-5422 | 601-807-4584 | |

1637 Carter Street
VIDALIA LA 71373

| Age (Y/M/D) | Date of Birth | Sex | Fasting |
|---|---|---|---|
| 058/08/12 | 03/05/57 | M | No |

Patient Address

209 S BLUEBIRD
NATCHEZ MS 39120

Additional Information

UPIN: C67524

| Date/Time Collected | Date Entered | Date/Time Reported | Physician Name | NPI# | Physician ID |
|---|---|---|---|---|---|
| 11/17/15 00:00 ET | 11/18/15 | 11/27/15 04:05 ET | LARAVIA, D | 1730157249 | LARAVIA |

Tests Ordered:
Pap IG, rfx HPV all pth; Physician Read Pap

Clinician Provided ICD Code(s) & Clinical History:

| Diagnosis: | (02) |
|---|---|

EPITHELIAL CELL ABNORMALITY.
LOW-GRADE SQUAMOUS INTRAEPITHELIAL LESION
(LGSIL); MILD DYSPLASIA IS
PRESENT.

Specimen Adequacy: (02)
Satisfactory for evaluation. No endocervical component is
identified.

Pathologist Provided ICD Code(s): (02)
R87.612

Clinician Provided Cytology Information:

GYN Source:   Cervix
Number of Containers:01 CYTYC Thin Prep Vial

HPV Results: (03)

HPV, high-risk: POSITIVE

This high-risk HPV test detects thirteen high-risk types (16/18/31/33/35/39/45/51/52/56/58/59/68) without differentiation.

Comments: (01)

The Pap smear is a screening test designed to aid in the detection of premalignant and malignant conditions of the uterine cervix. It is not
a diagnostic procedure and should not be used as the sole means of detecting cervical cancer. Both false-positive and false-negative
reports do occur.

CO-PNN2015-32240020

Test Methodology:
This liquid based ThinPrep(R) pap test was screened with the use of an image guided system.

PAP Performed by (01)          PAP Electronically signed by (02)
Pooran Ramdeo, Cytotechnologist (ASCP)   John N Elgin, MD, Pathologist

*[handwritten] Rec: (1) Repeat Pap Smear in one year (2) No intercourse unprotected by condom [illegible] 12/1/15*

| (01) BA | LabCorp Birmingham Cyto Histo | 1801 First Avenue South | Birmingham AL 35233-1935 | Lab: 205-581-3500 Dir: John Elgin, MD |
|---|---|---|---|---|
| (02) AT | LabCorp Tucker | 1957 Lakeside Pkwy Suite 542 | Tucker GA 30084-5882 | Lab: 770-939-4811 Dir: John Elgin, MD |
| (03) MB | LabCorp Birmingham | 1801 First Avenue South | Birmingham AL 35233-1935 | Lab: 205-581-3500 Dir: John Elgin, MD |

For inquiries, the physician may contact the lab using the numbers indicated above:

| HINSON, BOBBIE | 5422 | 322-G62-4002-0 | Seq # 0531 |
|---|---|---|---|

FINAL REPORT

document contains private and confidential health information protected by state and federal law
J have received this document in error, please call 800-222-7566

Page 1 of 1

© 2004-15 Laboratory Corporation of America ® Holdings
All Rights Reserved
DOC1 Ver 1.28

Exhibit 6

# HubCare Pathology

Kurt G. Kratz, M. D., FCAP, Medical Director
Diplomates of American Board of Pathology

5052 West Fourth Street
Hattiesburg, MS 39402
(601)268-5995

## SURGICAL PATHOLOGY REPORT

| Patient Name: | **Hinson, Bobbie** | Pt ID #: 632785 | | Accession #: **S15-1198** |
|---|---|---|---|---|
| DOB: | 3/5/1957 (Age: 57) | Client | Dr. Dennis Laravia | Removed: 2/3/2015 |
| Gender: | F | Location: | | Received: 2/5/2015 |
| Physician(s): | LaRavia, Dennis | MRN #: 632785 | | Reported: 2/6/2015 |

### Specimen(s) Received
Skin, excisional biopsy

### Clinical History
Right buttocks.                          Lipoma vs lipo sarcoma

### Gross Description
Received is formalin filled specimen container labeled with the patient's name and "right buttocks" and it consists of multiple fragments of very ragged fibrofatty tissue which measures together 7 x 4.5 x 2.5 cm. Upon sectioning through some of these tissue fragments; very firm tan-yellow areas are seen and these have an appearance and cut section of calcified material. Representative sections of the softer portions of tissue are submitted in "A"; and representative sections of the calcified appearing areas and additional soft tissue are submitted in cassettes "B" and "C". Cassettes "B" and "C" are submitted following decalcification.

ls/2/5/2015/BB

### Final Diagnosis
**MICROSCOPIC EXAMINATION AND DIAGNOSIS:**
SOFT TISSUE, RIGHT BUTTOCKS, EXCISION:
  - MATURE ADIPOSE TISSUE WITH EXTENSIVE FAT NECROSIS AND CALCIFICATION.
  - NO MALIGNANCY IDENTIFIED.
  - SEE COMMENT.

COMMENT: The differential diagnosis for the above findings includes both a lipoma with fat necrosis and fat necrosis, which itself can present clinically as a mass. Clinical correlation and correlation with history of previous trauma is recommended in this case.

Selected slides from this case have been reviewed in conjunction with Dr. Gary Benson.

***Electronically signed out by Summer

Bohman, M.D.***
ls/2/6/2015

OK

2/9/15

Surgical Department

*ANATOMICAL PATHOLOGY REPORT*

Page 1 of 1

Exhibit 6                                    24 of 127

# HubCare Pathology

Kurt G. Kratz, M. D., FCAP, Medical Director
Diplomates of American Board of Pathology

5052 West Fourth Street
Hattiesburg, MS 39402
(601)268-5995

## SURGICAL PATHOLOGY REPORT

Patient Name: **Hinson, Bobbie**
DOB:        3/5/1957 (Age: 58)
Gender:     F
Physician(s): LaRavia, Dennis

Pt ID #:  5422
Client    Dr. Dennis Laravia
Location:
MRN #:  5422

Accession #: **S15-12532**
Removed:   12/8/2015
Received:   12/9/2015
Reported:   12/11/2015

### Specimen(s) Received
Skin, excisional biopsy

### Clinical History
Hyperpigmented lesion R face.                Melanoma vs hyper melanocytic nevus

### Gross Description
Received is a formalin filled specimen container labeled with the patient's name and "right face" and it consists of an irregularly-shaped portion of tan-grey tissue, which measures approximately 0.7 x 0.2 x 0.1 cm. It is submitted in cassette "A" without further sectioning.

Please note that the specimen was lodged between the container and the screw on cap and appears to have been crushed when the cap was placed on the container.

### PROVISIONAL MICROSCOPIC EXAMINATION AND DIAGNOSIS (12/10/15):
SKIN, "RIGHT FACE," EXCISIONAL BIOPSY:
- SMALL PORTION OF SKIN WITH A SMALL CYSTIC STRUCTURE LINED BY SQUAMOUS EPITHELIUM.

COMMENT: The final diagnosis is pending additional levels through the tissue block and intradepartmental consultation.

ie/12/9/2015/88

### Final Diagnosis
MICROSCOPIC EXAMINATION AND DIAGNOSIS:
SKIN, "RIGHT FACE," EXCISIONAL BIOPSY:
- SMALL PORTION OF SKIN WITH A SMALL CYSTIC STRUCTURE LINED BY SQUAMOUS EPITHELIUM.
- SEE COMMENT.

COMMENT: Histologic sections from five different levels from within the tissue block are examined. The histopathologic findings are suggestive of a small epidermal inclusion cyst or milium since the cystic structure is less than 3 mm in greatest dimension. The histopathologic findings also include focal mild chronic inflammation and there is also some hyperpigmentation of

Surgical Department

*ANATOMICAL PATHOLOGY REPORT*

Page 1 of 2

O2   12/15/15

Exhibit 6                                           25 of 127

the basal cell layer in the epidermis, but an immunohistochemical study for Mart-1 performed on Block "A" shows no atypical melanocytic proliferation in the the presence of an adequate control. That being said, the clinical differential diagnosis of a "melanoma versus a hypermelanocytic nevus" is noted and considering that it appears this biopsy specimen was inadvertently pressed between the specimen container and the specimen lid upon receipt and a melanocytic lesion does not appear to be present, additional biopsy material may be beneficial depending upon the clinical scenario and continued clinical follow-up to this area is recommended.  No dysplasia or malignancy is identified.  Clinical correlation is required.  This case was seen in consultation by Dr. Benson and Dr. Kratz.

SS-IP x1 (Mart-1 (A103 – mono))

The Leica Bond-Max is an automated immunohistochemical stainer that aids a qualified pathologist in diagnosing tissue by exploiting the principle of antibodies binding specifically to antigens in biological tissue.  The Leica Bond-Max stains formalin fixed, paraffin embedded, normal and neoplastic specimens for a wide variety of antibodies using heat induced epitope retrieval (HIER) technology along with Leica, Biocare Medical, Cell Marque reagents, Leica's DAB copper chromogen and nuclear hematoxylin. This system was developed by Leica BioSystems and its performance characteristics determined by HubCare Pathology, PA. This lab is regulated under the Clinical Laboratory Improvement Amendments (CLIA88) as qualified to perform high complexity clinical testing.

***Electronically signed out by Keith

Bohman, M.D.***
la/12/10/2015

*ANATOMICAL PATHOLOGY REPORT*

Exhibit 6

No. 5988   P. 1/1

 **RIVERPARK** *Imaging Center A New Vision in Healthcare*

PATIENT: BOBBIE HINSON

DOB: 03/05/1957
EXAM DATE: 12/21/2015

REFERRING PHYSICIAN: DENNIS LARAVIA, MD
PATIENT #: 17149_1

MAMMOGRAPHY SCREENING BILATERAL

HISTORY: Routine screening.

COMPARISON STUDIES: 12/15/2014.

TECHNIQUE: Bilateral digital mammographic study was obtained with the use of CAD.

FINDINGS: Diffuse benign-appearing calcifications are seen mainly in the right breast. Mild fibroglandular tissue pattern of a stable nature is identified. No dominant or irregular mass lesions are seen. No stippled or tumoral type calcifications are detected. No skin thickening or neovascularity is identified.

IMPRESSION: Stable mammographic study.

Category 2, Benign findings.

Electronically signed by: Fred Emrick, M.D. (Dec 21, 2015 17:26:02)

12/22/15

Exhibit 6                27 of 127

Dennis LaRavia, MD

NAME Bobbie Hanson     AGE _____ DOB 3-5-57     DATE 2-3-15   3-5-57

HPI C/o lesion on buttocks, Also, c/o pain
Left 5th toes, also, c/o swelling in ® foot — c/o ears
being full and "off balance"!!

Allergy: NKDA     PMH: DM HTN CAD CHF CVA Asthma/COPD Anemia Chronic Pain OA CA _____
PSxH: _____
MEDS: _____     SH: M S W D  TOBACCO: CIG/DIP/CHEW ____ x ___ yr Quit ____ ETOH ____ DRUG ___
                  Caffeine _____ Exercise _____ Diet _____   • Pharmacy denied
          ROS: GEN: _____ ENT: _____ CVL: _____   refilling xenical
               Resp: _____   GI: _____
               MSK: Swelling 3/4-1   NEURO: _____   • Atty (Dict Program)
               INTEG: Prob legs/arm   Breast: _____   has orlistat in
               GU: _____   Endo: _____   pills
               Hem/Lymph: _____   Allerg: _____   • Not drinking enough
               Psych: _____   water daily —

VS: WT 204 HT ___ BMI ___ Right BP 120 80 Left BP ___ P 75 R 18 T 97.8 O Ax Tym Pulse OX 97
     Visual Acuity: R ___ L ___ Both ___ Uncorrected ___ Corrected glasses/contacts
PE: GEN: Thin/ ow/ obese/ no distress
   HEENT: Head _____ Eyes _____ Ears moderate cerumen Nose _____
          Oral _____ Pharynx _____ No wet int info Tonsils _____ Neck _____
          /LS1/ S2/ S3/ S4 Mur _____ Rhythm _____ Pulses _____ JVD _____ Bruit _____ Edema _____
   RESP: Clear _____ Rhon/ wheeze/rales/ cough _____
   GI: Abdomen soft
   MSK: _____
   NEURO: • 4X10 cm swelling ® buttock
   INTEG: • 5X6 mm swelling ® 4th-5th toe webspace
   Breast: • Calous ① foot, plantar aspect
   Lymph: _____
   PROCEDURE: _____

EKG _____ Xray _____ CBC _____ UA _____ Wet Prep _____ Glucose _____ Strep ___

Imp: 1 Lipomatous Tumor ® Plan: ① Stop Smoking           BMP/CMP
     2  Buttocks        ② Pumice                          TSH/ T3/T4
     3 Calous ① web space  ③ Post op instruction           Lipids
     4    4th-5th Toes   ④ Valsalva's                      PSA
     5 Smoker           ⑤ with pt's permission, anti-       Mammo
     6 Calous ① foot plant    septic prep, then local      BoneDens.
     7                  Anesthetic, then excise            PAP
     8                  ① 4X6 cm lesion from               Biopsy
     9                  Right Buttock; Penrose             Culture
    10                  Drain suture to sutes;             HSV
    1                   then suture drain & excise         Echo
    1                   area with interrupted 50 sutures   RTC
                  RTC _____ days weeks months
   (NOT DICT)         ⑥ Recheck 1 week
                      ⑦ Dr. Scholl's Pro - 4th & 5th toes
                      ⑧ Excise Calous ① 4th/5th toes

Exhibit 6

Dennis LaRavia, MD

NAME _Bobbie Henson_  AGE _57_  DOB _3/5/57_  DATE _2-10-15_

C_____  HPI_____

_____

_____ _XXX App._

_____

Allergy: _NKDA_  PMH: DM  HTN  CAD CHF CVA  Asthma/COPD  Anemia Chronic Pain  OA  CA _____
_____  PSxH: _____
MEDS:_____  SH: M S W D  TOBACCO: CIG/DIP/CHEW ___x___ yr Quit____ ETOH____ DRUG___
_____  Caffeine_____  Exercise_____  Diet_____
  ROS: GEN:_____  ENT:_____  CVL:_____
    Resp:_____  GI:_____
    MSK:_____  NEURO:_____
    INTEG:_____  Breast:_____
    GU:_____  Endo:_____
    Hem/Lymph:_____  Allerg:_____
    Psych:_____

VS: WT _202_ HT____ BMI____ BP _140/80_ BP____ P _10_ R _8_ T _98_ O Ax Tym  Pulse OX _98_
  Visual Acuity: R____ L____ Both____  Uncorrected  Corrected  glasses/ contacts
PE: GEN: Thin/ ow/ obese/ no distress_____
  HEENT: Head_____  Eyes_____  Ears _Right_ _Extern partially occluded with cerumen_ Nose____
    Oral_____  Pharynx_____  Tonsils_____  Neck_____
  CVL:S1/ S2/ S3/ S4  Mur_____  Rhythm_____  Pulses_____  JVD____ Bruit____ Edema____
  RESP: Clear_____ Rhon/ wheeze/rales/ cough_____
  GI:_____
  MSK:_____
  NEURO:_____
  INTEG: _Wound site healing well & Drain in place_
  Breast:_____  GU:_____
  Lymph:_____
  PROCEDURE:_____

EKG_____ Xray_____ CBC_____ UA_____ Wet Prep_____ Glucose_____ Strep___

Imp: 1 _(1) Right external_  Plan: _(1) Irrigate Right ext ear_____ BMP/CMP
2 ___ _ear infection_  _(2) Remove Drain_  TSH/T3/T4
3 _(2) Serous otitis_  _(3) Post op instruction_  Lipids
4 _(3) S/P Excision Fat_  _(4) Alcohol in R ear_  PSA
5 _Necrosis Right Buttock_  _(5) 1 week_  Mammo
6 _(4) Constipation_  _(6) Valsabra?_  BoneDens
7 _(5) overweight_  PAP
8 ___  Biopsy
9 ___  Culture___
10 ___  HSV
11 ___  Echo
12 ___  SleepStudy

RTC_____ days  weeks  months

_(NO DICT)_

_RR_

Exhibit 6

Dennis LaRavia, MD

NAME Hinson, Bobbie       AGE ____ DOB 3-5-57   DATE 2-17-15

HPI Chills, Nausea, vomiting x 3 days

Allergy: NKDA          PMH: DM HTN CAD CHF CVA Asthma/COPD  Anemia Chronic Pain  OA  CA ____
                       PSxH: ____

MEDS: ____             SH: M S W D  TOBACCO: CIG/DIP/CHEW ___ x ___ yr Quit ____ ETOH ____ DRUG ____
                           Caffeine ____ Exercise ____ Diet ____
                       ROS: GEN: ____ ENT: ____ CVL: ____
                            Resp: ____ GI: ____
                            MSK: ____ NEURO: ____
                            INTEG: ____ Breast: ____
                            GU: ____ Endo: ____
                            Hem/Lymph: ____ Allerg: ____
                            Psych: ____

VS : WT 201 HT ____ BMI ____ BP 120/80 BP ____ P 71 R 18 T 98   O Ax Tym Pulse OX 97
                                    Right   Left
     Visual Acuity: R ____ L ____ Both ____   Uncorrected   Corrected glasses/ contacts
PE: GEN: Thin/ ow/ obese/ no distress
    HEENT: Head ____ Eyes ____ Ears ____ Nose ____
           Oral ____ Pharynx ____ Tonsils ____ Neck ____
    CVL:S1/ S2/ S3/ S4 Mur ____ Rhythm ____ Pulses ____ JVD ____ Bruit ____ Edema ____
    RESP: Clear ____ Rhon/ wheeze/rales/ cough ____
    GI: ____
    MSK: ____
    NEURO: ____
    INTEG: Excision Site healing well on Right Buttocks
    Breast: ____       GU: ____
    Lymph: ____
    PROCEDURE: ____

EKG ____ Xray ____ CBC ____ UA ____ Wet Prep ____ Glucose ____ Strep ____

Imp: 1 Influenza          Plan: (1) Tamiflu 75 mg † BID        ____ BMP/CMP
2 S/P ETCT Lymphoma R            # 10 (ab)                     ____ TSH/ T3/T4
3                            (2) Ibuprofen                     ____ Lipids
4 Buttocks                   (3) Rest                          ____ PSA
5 Smoker                     (4) ↑ Liquids                     ____ Mammo
6                            (5) Zofran 8 mg # 10 † BID         ____ BoneDens
7                                pu nausea (x1)                ____ PAP
8 2-23-15 TC- Called to updt (6) Remove 1/2 of sutures        ____ Biopsy
9 He was admitted to Hosp   (7) Recheck po                     ____ Culture
10 over the weekend i Dr.   (8) ↑ Fluid                        ____ HSV
11 J Buxxxbibilis - po                                         ____ Echo
12                                                             ____ SleepStudy
                            RTC ____ days weeks months
                            (9) S/P Removal of Drain 1 week
        (NOT Dict.)         (10) Recheck in 2 weeks
                            (11) Zofran 4 mg / IM

Exhibit 6       30 of 127

DATE: 02/26/15

PATIENT NAME: BOBBIE HINSON
DATE OF BIRTH: 03/05/1957

HISTORY OF PRESENT ILLNESS:  This is a 57 year old black female in for followup. She was discharged from Natchez Community Hospital yesterday after being an inpatient there for five days. She was treated for colon diverticulitis, pneumonia and constipation. She had evaluation, including CT of the abdomen, colonoscopy, chest x-ray and lab work. She was also on IV antibiotics.

She states she is feeling better at this time after having bowel cleansing. She was placed on Amitiza 24 mcg daily. She was also put on Cipro 500 mg b.i.d.

ALLERGIES:  No known drug allergies.

PHYSICAL EXAM:
VITAL SIGNS:  WT 202 LBS, HT 64'', BMI 34,  BP 118/60, PULSE 70, RR 18, TEMP 98.4, PULSE OX 98% on room air.
GENERAL:  Alert, overweight, 57 year old black female.
HEENT: Negative.
NECK: Supple.
CHEST:  Clear to auscultation.
CV: Regular rhythm.
ABD:  Soft, no organomegaly.
EXT:  Symmetrical, no edema.

IMPRESSION:
1) STATUS POST VIRAL PNEUMONITIS
2) OVERWEIGHT
3) STATUS POST FECAL IMPACTION
4) HYPERTENSION
5) DIABETES MELLITUS TYPE II
6) CHRONIC ANXIETY
7) ALOPECIA, SECONDARY TO STRESS
8) HYPOTHYROID

RECOMMENDATIONS:
1) Continue Gabapentin 300 mg b.i.d.
2) Continue magnesium 400 mg one or two a day.
3) Continue Biotin 500 mcg daily.
4) Continue Triamterene-hydrochlorothiazide 37.5/25 mg daily.
5) Continue Levothyroxine 88 mcg each morning.
6) Continue Metformin 500 mg b.i.d.
7) Continue Amitiza 24 mcg daily.
8) Continue Citalopram 20 mg daily.
9) Continue no smoking.
10) Aerobic exercise three times a week and build up to 30 to 45 minutes each time.
11) Recheck in four weeks.
12) Polyethylene glycol 17 grams in water daily.

3|9|15

DENNIS LARAVIA, M.D.

/SS
dd: 02/26/15
dt: 03/03/15

Exhibit 6                                          31 of 127

DATE: 05/28/15

PATIENT NAME: BOBBIE HINSON
DATE OF BIRTH: 03/05/1957

HISTORY OF PRESENT ILLNESS: This is a 57 year old black female in for evaluation today. She states she is having a good bit of discomfort in her right hand, particularly at night. It wakes her up feeling numb. She also has had spasms of her left great toe. She states that her bowels are doing better on the Amitiza at 24 mcg daily.

She states she has been having panic episodes over the last few days. She is extremely upset about being moved from elementary to junior high school and the impact it is going to make on her evenings and her overall health.

She states she has been in the school system for thirty years.

ALLERGIES: No known drug allergies.

PHYSICAL EXAM:
VITAL SIGNS: WT 198 LBS, HT 64", BMI 34, BP 120/80, PULSE 78, RR 18, TEMP 98.7, PULSE OX 97% on room air.
GENERAL: Overweight 57 year old black female who is emotionally distressed.
HEENT: Both TMs slightly retracted with inflammation.
NECK: Supple.
CHEST: Clear to auscultation.
CV: Regular rhythm.
ABD: Soft, no organomegaly.
EXT: Symmetrical, no edema.

IMPRESSION:
   1) PANIC DISORDER
   2) SEROUS OTITIS
   3) EARLY OTITIS MEDIA
   4) CONSTIPATION
   5) DIABETES MELLITUS TYPE II
   6) HYPOTHYROID
   7) DEPRESSION
   8) CERVICAL DEGENERATIVE DISK DISEASE
   9) INSOMNIA
   10) URETHRAL SPASM

RECOMMENDATIONS:
   1) Letter for medical leave to Dr. Paul Nelson at fax number 318-336-5875.
   2) Increase Celexa to 20 mg, 1 ½ tablets h.s.
   3) Walking daily.
   4) Diabetic strips and lancets, dispense one hundred, refill times two.
   5) Glucometer.
   6) Recheck in three to four weeks or p.r.n.
   7) Valsalva maneuvers.
   8) Bactrim DS one b.i.d. p.c., dispense twenty-eight, no refill.
   9) Increase water intake.
   10) CBC, CMP, lipids, UA, A1C, TSH within the next week.
   11) Vesicare 10 mg one b.i.d., dispense thirty, refill once.
   12) Recheck p.r.n.

ENNIS LARAVIA, M.D.
/SS
dd: 05/28/15
dt: 06/01/15

6/2/15

6/2/15 – Note
Sent – Chronic
problems; no further
medical problems

Exhibit 6

DATE: 06/23/15

PATIENT NAME: BOBBIE HINSON
DATE OF BIRTH: 03/05/1957

HISTORY OF PRESENT ILLNESS:   This is a 58 year old black female in for followup. She states she has been generally feeling better since she has been out of school and out of the system on her medical leave over the last few weeks. She has been having slight left shoulder discomfort over the last two weeks. She has been keeping her three year old and five year old grandchildren.

She still complains of fullness and discomfort in her ears but she has been getting water in her ears and scratching the external ears with the end of a comb.

ALLERGIES: No known drug allergies.

She did quit smoking on May 26.

PHYSICAL EXAM:
VITAL SIGNS: WT 201 LBS, BP 114/76, PULSE 69, RR 18, TEMP 98.4, PULSE OX 98% on room air.
GENERAL: Alert overweight 58 year old black female who appears to be much calmer today.
HEENT: Both external ears inflamed and moist cerumen noticed in them.
NECK: Supple.
CHEST: Clear.
CV: Regular rhythm.

IMPRESSION:
1) BILATERAL EXTERNAL OTITIS
2) LEFT SHOULDER SPRAIN, MILD
3) PANIC DISORDER
4) CONSTIPATION
5) DIABETES MELLITUS, TYPE II
6) HYPOTHYROID
7) CERVICAL DEGENERATIVE DISK DISEASE
8) URETHRAL SPASM
9) INSOMNIA
10) HYPERLIPIDEMIA

RECOMMENDATIONS:
1) Cortisporin otic suspension three to four drops q.i.d. both ears after using 2 ml of alcohol in both external ears today only.
2) No water in the ears.
3) Prednisone 20 mg daily for four days, take after breakfast, no refill.
4) Icy Hot to left shoulder.
5) Cover shoulder at night.
6) Recheck in one week.
7) CBC within normal limits.
8) CMP within normal limits.
9) Urinalysis negative.
10) Lipid panel reveals slightly elevated cholesterol at 215 and LDL cholesterol of 124.
11) Hemoglobin A1C is 6.0.
12) TSH is 0.515.

R. 6/30/15

_____
NNIS LARAVIA, M.D.
DL/SS
dd: 06/23/15
dt: 06/28/15

Exhibit 6                                    33 of 127

DATE: 06/30/15

PATIENT NAME: BOBBIE HINSON
DATE OF BIRTH: 03/05/1957

HISTORY OF PRESENT ILLNESS: This is a 58 year old black female in for followup. She states she is feeling very well overall in her ears. She did talk to a friend in Baton Rouge who recommended she see an orthopaedist there for more foot surgery. She is not clear that it is a good idea. She states she does have some pain between her left fourth and fifth toes and between her left first and third toes.

ALLERGIES: No known drug allergies.

PHYSICAL EXAM:
VITAL SIGNS: WT 202 LBS, HT 64", BMI 34, BP 118/72, PULSE 60, RR 18, TEMP 98.6, PULSE OX 95% on room air.
GENERAL: Alert, overweight 58 year old black female.
HEENT: Both external ears with less swelling; no erythema now; no tenderness.
NECK: Supple.
CHEST: Clear.
CV: Regular rhythm.
EXT: Small callus between the left fourth and fifth toes. Tenderness between the first and second toes and left second and third toes.

IMPRESSION:
   1) EXTERNAL OTITIS, RESOLVING
   2) CHRONIC EXTERNAL EAR SENSITIVITY
   3) DIABETES MELLITUS TYPE 2
   4) HYPOTHYROID
   5) CERVICAL DEGENERATIVE DISK DISEASE
   6) MARTIN'S NEUROMA LEFT FOOT, FIRST AND SECOND TOES, AND SECOND AND THIRD TOES
   7) CALLUS BETWEEN LEFT FOURTH AND FIFTH TOES
   8) CALLUSES LEFT PLANTAR SURFACE, FOOT
   9) HYPERLIPIDEMIA

RECOMMENDATIONS:
   1) Continue meds.
   2) No water in ears.
   3) Cortisporin otic suspension p.r.n.
   4) DC Cipro.
   5) Use alcohol, 2 cc in both external ears today only.
   6) Interpret lab work with patient as follows:
      CBC within normal limits.
      CMP within normal limits.
      UA negative.
      Lipid panel reveals an LDL cholesterol of 124.
      A1C is 6.0.
      TSH is 0.515.
   7) Use emery cloth between left fourth and fifth toes daily after bathing.
   8) With patient's permission, antiseptic preparation, local Xylocaine with Epinephrine, over the dorsal aspect of the left first and second toes and the left second and third toes, then inject 2 mg of Decadron, 40 mg of Depo-Medrol and ½ cc of Lidocaine into each area between the first and second toes and the second and third toes of the left foot with good results.
   9) Recheck in one month.
   10) Excise callus.

Continued...

Exhibit 6

34 of 127

DATE: 06/30/15

PATIENT NAME: BOBBIE HINSON
DATE OF BIRTH: 03/05/1957

CONTINUATION – PAGE 2

_____ UL  7/7/15
DENNIS LARAVIA, M.D.

DL/SS
dd: 06/30/15
dt: 07/08/15

Exhibit 6                    35 of 127

## DENNIS LARAVIA, MD
### 1637 CARTER STREET,
### VIDALIA, LA 71373

FAX                    TELEPHONE
318-336-0924      318-719-1993

NAME _Bobbie Henson_ ___ AGE 58 DOB 3-5-57 DATE 11/17/15

CC_____ HPI_____
 • Eat3
 • Needs Mammogra

Allergy: NKDA   PMH: DM  HTN  CAD CHF CVA  Asthma/COPD  Anemia Chronic Pain  OA  CA
              PSxH:_____
MEDS:_____   SH: M S W D  TOBACCO: CIG/DIP/CHEW ___x___ Yr Quit___  ETOH___  DRUG___
              Caffeine_____ Exercise_____ Diet_____
See       ROS: GEN:_____ ENT:_____ CVL:_____
Pack           Resp:_____ GI:_____
              MSK:_____ NEURO:_____
              INTEG:_____ Breast:_____
              GU:_____ Endo:_____
              Hem/Lymph:_____ Allerg:_____
              Psych:_____

S : WT 206 HT 64 BMI 35 BP 132/80 BP___ Right  Left  P 70 R 18 T 98° O Ax Tym Pulse OX 98
   Visual Acuity: R___ L___ Both___  Uncorrected  Corrected  glasses/ contacts
PE: GEN:  Thin/ ow/ obese/ no distress
   HEENT: Head_____ Eyes_____ Ears_____ Nose_____
          Oral_____ Pharynx_____ Tonsils_____ Neck_____
   CVL: S1/ S2/ S3/ S4  Mur_____ Rhythm_____ Pulses_____ JVD___ Bruit___ Edema___
   RESP: Clear_____ Rhon/ wheeze/rales/ cough_____
   GI:_____
   MSK:_____
   NEURO:  On Dulcolax                    • Smoking ~ 2-3 cig/day
   INTEG:                                 • Drinking Caffeine
   Breast:_____ GU:_____
   Lymph:_____
   PROCEDURE:_____

EKG_____ Xray_____ CBC_____ UA_____ Wet Prep_____ Glucose_____ Strep___
Imp: 1 Ext. Otitis          Plan: (1) Mammogram - 12/15/15
2                                (2) Pelvic/ pap          BMP/CMP
3 Allergic Rhinitis               (3) Z-PAK (x1)          TSH/T3/T4
4                                (4) DR Austin - McComb   Lipids
5 Hemorrhoids                                            PSA
6                                (5) Lactulose 1 QI 4 Tablets Mammo
7                                     (x3)                BoneDens
8                                (6) Antibiotic ear       PAP
9                                                         Biopsy
                                 (7) _____             Culture
Exhibit 6

DATE: 11/17/15

PATIENT NAME:  BOBBIE HINSON
DATE OF BIRTH:  03/05/1957

HISTORY OF PRESENT ILLNESS:  This is a 58 year old black female in for followup. She is not working this year in the school system yet. She has been offered a job in Natchez so she will consider that after Thanksgiving.

She states her ears are still uncomfortable. She is still smoking a few cigarettes a day and drinking caffeinated drinks.

ALLERGIES:  No known drug allergies.

PHYSICAL EXAM:
VITAL SIGNS:  WT 206 LBS, HT 64", BMI 35, BP 132/80, PULSE 70, RR 18, TEMP 98.9, PULSE OX 98% on room air.
GENERAL:  Alert 58 year old black female overweight.
HEENT:  Both external ears have slight erythema with slight thickening of the TMs.
NECK:  Supple.
CHEST:  Clear to auscultation.
CV:  Regular rhythm.
BREASTS.  Scars bilaterally. Bilateral stromal thickening in the upper outer quadrant of both breasts.
ABD:  Soft.
GU:  Tight vaginal introitus with well healed vaginal vault.
RECTAL:  Negative except for fairly tight sphincter.
EXT:  Symmetrical.

IMPRESSION:
   1)  EXTERNAL OTITIS
   2)  ALLERGIC RHINITIS
   3)  STATUS POST EXTERNAL HEMORRHOIDS
   4)  HYPOTHYROID
   5)  CERVICAL DEGENERATIVE DISK DISEASE
   6)  HYPERLIPIDEMIA

RECOMMENDATIONS:
   1)  Schedule mammogram for 12/15/15.
   2)  Pap smear.
   3)  Z-Pak one refill.
   4)  See Dr. Austin in McComb for ear evaluation.
   5)  Lactulose one quart, four tablespoons daily, refill three times.
   6)  3 to 4 cc alcohol in both external ears today only.
   7)  Triamcinolone 0.1% cream, 120 grams, refill once. Use for external hemorrhoids.
   8)  Hot baths. Use for hemorrhoids.
   9)  On Dr. Austin's appointment, make sure it is not on December 10 or December 21.

_____
DENNIS LARAVIA, M.D.

/SS
    11/17/15
cc:  11/21/15

Exhibit 6                     37 of 127

DATE: 12/08/15

PATIENT NAME: BOBBIE HINSON
DATE OF BIRTH: 03/05/1957

HISTORY OF PRESENT ILLNESS: This is a 58 year old black female in for followup. She saw Dr. Will Austin in McComb who said her ears were fine. He didn't find any abnormality.

ALLERGIES: No known drug allergies.

She complains of a dark spot on her right face and her left TM joint area hurting. She also wants to try Chantix to discontinue smoking.

PHYSICAL EXAM:
VITAL SIGNS: WT 210 LBS, HT 64", BMI 36, BP 128/76, PULSE 81, RR 18, TEMP 98.2, PULSE OX 98% on room air.
GENERAL: Alert, overweight 58 year old black female.
HEENT: Hyperpigmented area measuring about 2 x 2 mm right mid face. Tenderness of the left TM joint.
NECK: Supple.
CHEST: Clear.
CV: Regular rhythm.

IMPRESSION:
1) TEMPOROMANDIBULAR JOINT ARTHRALGIA, WORSE ON LEFT
2) HYPERPIGMENTED NEVUS RIGHT FACE
3) PARESTHESIAS, FEET
4) NICOTINE DEPENDENCE
5) OVERWEIGHT
6) HYPOTHYROID
7) CERVICAL DEGENERATIVE DISK DISEASE
8) HYPERLIPIDEMIA

RECOMMENDATIONS:
1) Slow weight loss.
2) Chantix 0.5 mg, dispense thirty, one refill, take one daily as needed; discussed side effects.
3) Aerobics.
4) Magnesium one or two daily.
5) With patient's permission, antiseptic preparation with local Xylocaine with epinephrine, the inject 2 mg of Decadron, 5 mg of Celestone and 2/10 cc Lidocaine in left TM joint with good results.
6) With patient's permission, antiseptic preparation with local Xylocaine with epinephrine, then 3 mm keypunch biopsy and 6-0 nylon suture for the lesion on the right face.
7) Triamterene 37. 5 mg, dispense thirty, refill times five, one daily.
8) Schedule mammogram.
9) Recheck p.r.n.

12/10/15

_____
DENNIS LARAVIA, M.D.

DL/SS
    12/08/15
    12/09/15

Exhibit 6                                             38 of 127

DATE: 12/22/15

PATIENT NAME:  BOBBIE HINSON
DATE OF BIRTH:  03/05/1957

HISTORY OF PRESENT ILLNESS:  This is a 58 year old black female who complains of sore throat over the last two days. She states she is doing well and is pleased with the results of her face.

ALLERGIES:  No known drug allergies.

PHYSICAL EXAM:
VITAL SIGNS:  WT 210 LBS, HT 64", BMI 36, BP 128/76, PULSE 78, RR 18, TEMP 98.6, PULSE OX 98% on room air.
GENERAL:  Alert 58 year old black female overweight.
HEENT:  Negative except for inflamed posterior pharynx.
NECK:  Tender neck nodes in the anterior neck.
CHEST:  Clear.
CV:  Regular rhythm.

IMPRESSION:
1) PHARYNGITIS
2) NICOTINE DEPENDENCE
3) HYPOTHYROID
4) OVERWEIGHT
5) CERVICAL DEGENERATIVE DISK DISEASE
6) HYPERLIPIDEMIA

RECOMMENDATIONS:
1) Z-Pak, no refill.
2) Decadron 4 mg one daily for three days after breakfast, no refill.
3) Mammogram negative.
4) Recheck p.r.n. for further work on face and/or p.r.n.

_____ 1/5/16

DENNIS LARAVIA, M.D.

DL/SS
dd: 12/22/15
dt: 12/23/15

Exhibit 6   39 of 127

# NATCHEZ COMMUNITY HOSPITAL
## CONSULTATION REPORT

PATIENT:         HINSON, BOBBIE        MED REC#:    000100519
DATE OF BIRTH:    03/05/1957             ACCOUNT#:   1997930
DICTATING:      C R Tillman, MD       ROOM#:       0205
ATTENDING:      Akinremi Akinwale, MD
DATE:             02/23/2015
CONSULTING PHYSICIAN:   C R Tillman, MD

DATE OF CONSULTATION: 02/23/2015

**HISTORY OF PRESENT ILLNESS:** The patient is a 57-year-old female who presents with rectal bleeding and CAT scan evidence of sigmoid diverticulitis. The patient presented to the emergency room with right lower quadrant and right flank pain. She had been feeling ill lately, having been to Dr. LaRavia 4 days prior to presentation and was given Tamiflu. CAT scan in the emergency room showed prominent constipation in the cecum and left lower quadrant and findings of active diverticulitis in the sigmoid. The patient's chest x-ray showed right perihilar and upper lobe pneumonia. It is notable that in January of 2010 the patient had a colonoscopy performed by me showing diffuse melanosis coli consistent with chronic laxative use with moderate sigmoid diverticulosis and a hyperplastic polyp removed from 65 cm. In December of 2013 the patient had a colonoscopy by Dr. LaRavia with scattered diverticular disease throughout the colon.

**PLAN:** The patient has been started on IV Cipro and Flagyl.

**ALLERGIES:** She has no known allergies.

**MEDICATIONS:** At home she was on:
1. Dyazide.
2. Metformin.
3. Gabapentin.
4. Tamiflu.
5. Levothyroxine.
6. Magnesium oxide.
7. Xenical.
8. Byetta.

**PAST MEDICAL HISTORY:** She has a history of hypothyroidism, hypertension, and diabetes.

**PAST SOCIAL HISTORY:** The patient has a prior history of mammoplasty and a tonsillectomy.

**SOCIAL HISTORY:** She is divorced. Smokes half a pack a day, but does not use alcohol.

**FAMILY HISTORY:** Is positive for breast cancer, stroke, hypertension, and diabetes.

Exhibit 6

## NATCHEZ COMMUNITY HOSPITAL
## CONSULTATION REPORT

| | | | |
|---|---|---|---|
| PATIENT: | HINSON, BOBBIE | MED REC#: | 000100519 |
| DATE OF BIRTH: | 03/05/1957 | ACCOUNT#: | 1997930 |
| DICTATING: | C R Tillman, MD | ROOM#: | 0205 |
| ATTENDING: | Akinremi Akinwale, MD | | |
| DATE: | 02/23/2015 | | |
| CONSULTING PHYSICIAN: | C R Tillman, MD | | |

**PHYSICAL EXAMINATION:**
GENERAL: She is alert, oriented, and cooperative.
ABDOMEN: Her abdomen is soft; however, there is some hint of left lower quadrant tenderness.

**IMPRESSION:** The patient has constipation, probable acute sigmoid diverticulitis, and a right upper lobe pneumonia. At this point we will switch her to Zosyn, initiate MiraLax and enemas. She will require a repeat colonoscopy to further evaluate the area of concern.

_____
C R Tillman, MD

_____
DATE

_____
TIME

CC:

DD: 02/23/2015 07:25 P CST
DT: 02/23/2015 09:27 P CST
Job#: 76135997
21319

Page 2

Exhibit 6

# NATCHEZ COMMUNITY HOSPITAL
## OPERATIVE REPORT

| | | | |
|---|---|---|---|
| PATIENT: | HINSON, BOBBIE | MED REC#: | 000100519 |
| DATE OF BIRTH: | 03/05/1957 | ACCOUNT#: | 1997930 |
| DICTATING: | C R Tillman, MD | ROOM#: | 0205 |
| ATTENDING: | Akinremi Akinwale, MD | | |
| DATE: | 02/25/2015 | | |

DATE OF OPERATION: 02/25/2015

**PROCEDURE:** Colonoscopy.

**PREOPERATIVE AND INTRAOPERATIVE MEDICATION:** See anesthesia note.

**DESCRIPTION OF PROCEDURE:** The patient was placed in the right lateral decubitus position. The rectal exam revealed grade 3 hemorrhoids. The Olympus colonoscope was passed anally without difficulty through the rectum, sigmoid, descending, transverse, and ascending colons to the cecum. The colon was dilated and elongated. The endoscope was withdrawn. The patient was returned to her room in good condition.

**IMPRESSION:** Colonoscopy to the cecum with a dilated, elongated colon. Grade 3 hemorrhoids are the probable source of the patient's recent bleeding. Long-term Amitiza twice daily and MiraLax daily are recommended.


C R Tillman, MD
_____

DATE
_____

TIME
_____

CC: Akinremi Akinwale, MD; C R Tillman, MD

DD: 02/25/2015 01:47 P CST
DT: 02/25/2015 03:46 P CST
Job#: 76178439
21319

DICTATED TRANSCRIBED

Exhibit 6

eAbstract Summary
*NCH - Natchez 822*

HINSON, Bobbie

| Medical Record # | 0000100519 | Encounter # | 1997930 | Name | HINSON, BOBBIE |

| | | | |
|---|---|---|---|
| Admission Date | 02/21/2015 | Encounter Type | Inpatient Acute |
| Discharge Date | | Race | N |
| Birthdate | 03/05/1957 | Primary Payor | B-Blue Cross |
| | | Sex | Female |
| Admission Type | Emergency | LOS | 3 |
| Admission Source | Physician/Self refer | Admission Service | Emergency Dept |
| Discharge Disposition | | Discharge Service | |

| | | | | |
|---|---|---|---|---|
| Admit Diag | 56213 | DIVRTICULIT-COLON/HEMOR | | |
| Princ Diag | 56213 | DIVRTICULIT-COLON/HEMOR | Y | |
| Other Diag | 486 | PNEUMONIA, ORGANISM NOS | Y | mcc |
| Other Diag | 27800 | OBESITY NOS | Y | |
| Other Diag | V8534 | BMI 34.0-34.9,ADULT | 1 | |
| Other Diag | 3051 | TOBACCO USE DISORDER | Y | |
| Other Diag | 2449 | HYPOTHYROIDISM NOS | Y | |
| Other Diag | 4019 | HYPERTENSION NOS | Y | |
| Other Diag | 25000 | DMII WO CMP NT ST UNCNTR | Y | |
| Other Diag | 56032 | FECAL IMPACTION | Y | |

### Summary DRG

| | | |
|---|---|---|
| DRG | 377 | G.I. HEMORRHAGE W MCC |
| MDC | 06 | DISEASES & DISORDERS OF THE DIGESTIVE SYSTEM |
| Grouper | CMS V32.0 | |

### Secondary DRG

| | | |
|---|---|---|
| DRG | 244 | DIVERTICULITIS & DIVERTICULOSIS |
| MDC | 06 | D&D OF THE DIGESTIVE SYSTEM |
| Grouper | MS Medicaid APR V31 | |

| | | |
|---|---|---|
| Coded | 02/23/2015 | AJOHNSON19 |
| Coded Update | 02/24/2015 | AJOHNSON19 |
| Bill Submitted | | |
| Abstracted | | |
| Abstract Status: | Incomplete | |

Exhibit 6



6014450833        IMA                                                          7:26 p.m.   08-19-2013        3/5

10/19/2012 4:01 PM  FROM: Fax Novarad  TO: 9(601)445-0833   PAGE: 001 OF 002



**Natchez Regional**
**MEDICAL CENTER**

**Report Details**

Patient Name:   **HINSON, BOBBIE**              Procedure Date:  **10/10/2012**
Patient ID:     M000204848                      Patient Group:   MS-NRMC
Date of Birth:  3/5/1957 (Age 55)               Phone:           6014465331
Accession:      000389656                       Referring Physician: DALY, EDWARD
Reporting       YATES, ALLEN
Physician:
Procedure:      MAMMOGRAM SCREENING DIGITAL
Procedure ID:   56679                           Account Number:   BillingAccountsCustomField1

**Report Text**

AH6272413

10OCT2012

DIGITAL SCREENING MAMMOGRAM WITH CAD

INDICATION:  Previous bilateral breast reductions 1997.  Two sisters with breast carcinoma.

COMPARISON:  06SEPT2011 AND 10SEPT2009

FINDINGS:  There has been previous bilateral breast reduction surgery with the usual pattern of faint skin and parenchymal scarring and scattered benign skin calcifications bilaterally.  There is no appreciable change.  No mass or suspicous focus was seen.

IMPRESSION:  **BIRADS Category 2:** Benign findings. No suspicion of malignancy.
Note:
1) There may be false negative and false positive results averaging 6% to 10%,
2) Malignant lesions may not be identified especially in patients with dense breast tissue or fibrocystic condition.
3) Negative report should not delay biopsy of a dominant mass or clinically suspicious condition.

Dr. Allen Yates

Signed by:      YATES ALLEN              Date Signed:      10/19/2012 3:36:17 PM

MS-NRMC Facility

Exhibit 6

 

06/10/__ __UE 15:16  FAX 2257787200 CHAMP___ ___ICAL CENTER                            ☒004/016

HINSON BOBBIE                    HSV: ORG
DOB: 03/05/1957  AGE:  57        SEX: F
ADMIT: 05/13/14      AM/2ED:        /
ATT: FORMANEK CHRISTOPHER #: 111
MR #: 000000008              PT#: 0000015.

Bobbie Hinson
Page - 2

Presently, there is mild reproducible pain with deep and direct palpation on the medial calcaneal tubercle as well as medial plantar fascial instep significantly improved from previous.

ASSESSMENT:
1.   Plantarflexed second metatarsal left foot.
2.   Recurrent heloma dura fourth interspace left foot.
3.   Plantar fasciitis right foot with 70% pain alleviation.
4.   Subcalcaneal bursitis with 70% pain alleviation right foot.
5.   Diabetes mellitus type II with peripheral neuropathy early onset.

PLAN: The etiology and treatment options were discussed with the patient both conservative and surgical. Due to progression and severity with recurrence, I have offered outpatient surgical correction consisting of syndactylization of the fourth interspace as well as an elevational second metatarsal osteotomy for alleviation of the forefoot pressure, which the patient desires. I have discussed the procedure, risk and postoperative course in detail. Risks include, but are not limited to pain, swelling, infection, recurrence, delayed healing, nonhealing, nerve damage, tendon damage, painful nerve or scar formation. Questions were answered and invited. The consent is signed and in the chart. We are awaiting her preoperative history and physical with the clearance along with lab work, EKG and chest x-ray presently. I have discussed postsurgical instructions consisting of non-weight bearing six weeks with crutches left foot and immobilization with Cam walker boot. Today, the patient was crutch trained and fitted for Cam walker boot. She is tentatively scheduled for outpatient surgery on 06/06/14 upon receipt of clearance from her primary care doctor.

Christopher Formanek, D.P.M.
CFO/Pts

EXHIBIT
5

Exhibit 6                                    46 of 127

# CERTIFICATION OF
# MEDICAL/BILLING RECORDS and/or RADIOLOGY FILMS

Name:     STA-Home Health – Hospice (centralized)

Address:  406 Briarwood Drive, Building 200
          Jackson, MS 39206

Patient Name:   Bobbie Hinson

Patient DOB:    03/05/1957

Patient SSN:    XXX-XX-5422

[✓]  Option 1 (complete only if facility is providing records):

Please place a check mark in the box above if providing records.

I, the undersigned, being the authorized custodian of records or other qualified witnesses, and having the authority to certify the attached records proclaim the following:

The attached records were prepared by the personnel of this business in the normal course of business at or near the time of the act, condition or event and that;

A true, legible and durable copy of _66_ page(s) of the described records was sent to the attorney's representative according to the applicable request and that the admissions in the attached records are entries made by the company personnel with the actual knowledge or with information from a report regularly made by a person under a business duty to describe.

[ ]  Option 2 (complete only if facility is unable to provide records):

Please place a check mark in the box above if certifying no records.

I, the undersigned, being the authorized custodian of records or other qualified witnesses, proclaim the following:

A thorough search of our files, including all possible A.K.A.'s, carried out under my direction revealed no documents, records or other materials called for in the subpoena or authorization.

## I DECLARE THAT THE FOREGOING IS TRUE AND CORRECT.

Custodian of Records

_Faye Dunaway_                _07/24/2017_              _Faye Dunaway_
       Signature                    Date                    Printed Name

36550                                                   File/Ref #: LARMA-L274

BH - 12012015-01082016: Page 4 of 72

Exhibit 6                                                           Page 47 of 127

| STA-HOME HEALTH AGENCY OF JACKSON, 406 BRIARWOOD DR BLDG 200 JACKSON MS 39208-3003 601-956-5100 | STA-HOME HEALTH AND HOSPICE 406 BRIARWOOD DR, BLDG 200 JACKSON MS 39208-3003 | 3a PAT CNTL # 764602 | | |
|---|---|---|---|---|
| | | b MED REC # J4B0001266S3201 | | 323 |
| | | 5 FED TAX NO. 64D867171 | 6 STATEMENT COVERS PERIOD FROM 120115   THROUGH 123115 | |

| PATIENT NAME | 9 PATIENT ADDRESS | 209 S BLUEBIRD DR | | | |
|---|---|---|---|---|---|
| HINSON, BOBBIE N | NATCHEZ | | | MS | 39120- |

| 10 BIRTHDATE | 11 SEX | 12 DATE ADMISSION | 13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT | 18 | 19 | 20 | CONDITION CODES 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 ACDT STATE | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03051957 | F | 120115 | 00 | 9 | 1 | | 30 | | | | | | | | | | | | | |

| 31 OCCURRENCE CODE | DATE | 32 OCCURRENCE CODE | DATE | 33 OCCURRENCE CODE | DATE | 34 OCCURRENCE CODE | DATE | 35 CODE | OCCURRENCE SPAN FROM | THROUGH | 36 CODE | OCCURRENCE SPAN FROM | THROUGH | 37 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 38 BLUE CROSS BLUE SHIELD OF MISSISSIPPI P O BOX 1043 JACKSON MS 39215-1043 | | 39 CODE | VALUE CODES AMOUNT | 40 CODE | VALUE CODES AMOUNT | 41 CODE | VALUE CODES AMOUNT |
|---|---|---|---|---|---|---|---|
| | a | | | | | | |
| | b | | | | | | |
| | c | | | | | | |
| | d | | | | | | |

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 421 | PT SERVICES | G0151 | 120115 | 1 | 150 00 | | |
| 421 | PT SERVICES | G0151 | 120415 | 1 | 150 00 | | |
| 421 | PT SERVICES | G0151 | 121515 | 1 | 150 00 | | |
| 421 | PT SERVICES | G0151 | 121715 | 1 | 150 00 | | |
| 421 | PT SERVICES | G0151 | 122215 | 1 | 150 00 | | |
| 421 | PT SERVICES | G0151 | 122915 | 1 | 150 00 | | |
| 421 | PT SERVICES | G0151 | 123115 | 1 | 150 00 | | |
| 001 | TOTAL CHARGES | | | 7 | 1050 00 | | |

| PAGE 1 OF 1 | CREATION DATE 012016 | TOTALS | 1050 00 | 0 00 |
|---|---|---|---|---|

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG. BEN. | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI 1356482749 |
|---|---|---|---|---|---|---|
| BLUE CROSS BLUE SHIELD OF | 000070021 | Y | Y | | | 57 OTHER PRV ID |

| 58 INSURED'S NAME | 59 P. REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| HINSON, BOBBIE | 18 | OGS201215873 | | ST222ERC/2015 |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|
| AA0867558 | | |

| 66 DX | Z47.89 | E11.9 | I10 | E03.9 | | | | | 68 |
|---|---|---|---|---|---|---|---|---|---|

| 67 PRIN. DX | a | | | | | | | | |

| 70 PATIENT REASON DX | a | | | 71 PPS CODE | 72 ECI | | | | |
|---|---|---|---|---|---|---|---|---|---|

| 74 PRINCIPAL PROCEDURE CODE DATE | a. OTHER PROCEDURE CODE DATE | b. OTHER PROCEDURE CODE DATE | 76 ATTENDING NPI 1467516567 | QUAL |
|---|---|---|---|---|
| | | | LAST WARNER   FIRST MEREDITH | |
| c. OTHER PROCEDURE CODE DATE | d. OTHER PROCEDURE CODE DATE | e. OTHER PROCEDURE CODE DATE | 77 OPERATING NPI | QUAL |
| | | | LAST   FIRST | |
| 81 REMARKS | | cc a | 78 OTHER NPI | QUAL |
| | | b | LAST   FIRST | |
| | | c | 79 OTHER NPI | QUAL |
| | | d | LAST   FIRST | |

UB-04 CMS-1450                NUBC™ OMB APPROVAL PENDING



## AGREEMENT FOR PATIENT CARE

In consideration of Sta-Home providing care to patient, Sta-Home and patient agree and covenant as follows:

### PERMIT PAYMENT

I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I request that payment of authorized benefits be made on my behalf. I certify that I have been informed of the extent to which payment may be expected from Medicare, Medicaid, or other third party payor. **Please be advised that if your payor source for Sta-Home's services is anything other than traditional Medicare or Medicaid, e.g. Medicare Advantage or private insurance, you will be personally responsible to pay Sta-Home any co-pay or deductibles associated with such plans. In the event Sta-home is required to pursue collections, you are responsible for any and all attorney fees and court costs involved.**

By signing below, you acknowledge your responsibility and agree to pay Sta-Home the amount of any co-pays or deductibles which your payor source withholds from Sta-Home's compensation for services rendered to you.

### RECORD RELEASE

I consent to the release of my home health agency records to be reviewed by authorized representatives of Medicaid/Medicare, Area Council on Aging, and/or my private insurance company(ies) and/or healthcare facilities. In addition, I authorize the records to be reviewed for any necessary audits within the agency. I further authorize Sta-Home and its social workers (whether they be in-house employees or otherwise) to release such medical information as they deem reasonable and necessary under the circumstances for the purpose of procuring services for me.

### HOSPITAL RECORDS

I agree to permit the home health agency to obtain and review any part, or all of my existing hospital records and any hospital records arising out of hospital admission after the date of this release as the agency deems necessary for my care.

### PHYSICIAN'S ORDERS

I agree to permit the home health/hospice agency to obtain and review any part or all of my private physician's medical record as deemed necessary by the agency for my care. I hereby authorize the home health agency staff of Sta-Home to carry out all procedures as ordered by my physician on the Plan of Treatment form.

### PATIENT'S BILL OF RIGHTS AND RESPONSIBILITIES

I also do hereby certify that I have received a copy of my rights and responsibilities as a Sta-Home patient and that my rights and responsibilities have been thoroughly explained to me. I agree to adhere to the care plan specified by my physician and will be willing to listen/follow instructions in regard thereto. (Cooperation of the patient and his/her family is necessary in order to achieve the goals of the Patient's Bill of Rights and Responsibilities).

### ADVANCE HEALTH CARE DIRECTIVES EVIDENCED

I do hereby acknowledge receipt of Sta-Home's Policy on Advance Health Care Directives and the information prepared by the Mississippi State Health Department of my rights under Mississippi law to make health care decisions.

_____ A copy of my Advance Care Directives will be placed in my medical record

_____ I have Advance Care Directives, but I have not furnished Sta-Home with a copy for my medical record

_____X\_\_\_\_\_ I do not have Advance Care Directives.

Exhibit 6                    49 of 127

**MEDICARE SECONDARY PAYOR INSURANCE QUESTIONNAIRE**
I certify that the information provided on the Medicare Secondary Payor Insurance
Questionnaire is true and accurate.

**NOTICE OF PRIVACY RIGHTS**
I acknowledge receipt of Sta-Home's Notice of Privacy Rights as mandated by federal law
(HIPAA).

**NOTICE TO MEDICARE BENEFICIARIES**
As your primary home health agency, Sta-Home will be providing all of your home health
services including therapy and supplies, either directly or by arrangement, according to the
home health plan of care established by your physician.  Should you receive outpatient therapy
services (Physical Therapy, Occupational Therapy, Speech-Language Pathology) while under
the care of  Sta-Home, Medicare will deny payment to the provider of outpatient therapy and
you may become liable for payment for these services.
In order to avoid out of pocket expenses, please contact Sta-home Health & Hospice to discuss
any possible arrangement for outpatient therapy **prior** to beginning outpatient therapy. Your
signature below, also verifies that you have been informed that no other home health agency will
receive Medicare payment on your behalf and will no longer provide you with Medicare  covered
services after the date you choose Sta-Home as your primary home health agency.

**PRIVACY ACT STATEMENT**
I acknowledge receipt and review of The Privacy Act Statement related to my care and
"Outcome and Assessment Information Set" (OASIS) data collected as mandated by the Health
Care Financing Administration.

**CONSENT TO PHOTOGRAPH WOUND/OSTOMY, AS APPLICABLE**
I hereby consent that photographs may be taken of the named patient or me by an employee of
Sta-Home Health & Hospice for the purpose of treatment/medical documentation/education
which Sta-Home Health & Hospice may deem necessary to provide care to my wound.

| PATIENT OR CAREGIVER SIGNATURE | RELATIONSHIP/REASON PATIENT COULD NOT SIGN | DATE 12/1/15 |
|---|---|---|
| WITNESS, IF APPLICABLE | AGENCY REPRESENTATIVE *Bobbie Hinson* | DATE 12/1/15 |

| PATIENT NAME Bobbie Hinson | DOB 3/5/1957 | MEDICAL RECORD NUMBER J4600012663201 | SOCIAL SECURITY NUMBER 5422 |
|---|---|---|---|

BH - 12012015-01082016: Page 9 of 72

Exhibit 6                                        50 of 127

Order Number: **1873396**

HOME HEALTH CERTIFICATION AND PLAN OF CARE

| 1. Patient's HI Claim No. | 2. Start of Care Date 12/1/2015 | 3. Certification Period 12/1/2015 to 1/29/2016 | 4. Medical Record No. J4600012663201 | 5. Provider No. 257102 |
|---|---|---|---|---|

| 6. Patient's Name and Address | 7. Provider's Name and Address and Telephone Number |
|---|---|
| BOBBIE N HINSON    (601) 807-4584 209 S BLUEBIRD DR NATCHEZ, MS 39120- | STA-HOME HEALTH AGENCY OF JACKSON, INC 113 JEFFERSON DAVIS BLVD STE B NATCHEZ, MS 39120-   (601) 442-7919   Fax: (601) 442-7991 |

| 8. Date of Birth: 3/5/1957 | 9. Sex ☐ M ☒ F |
|---|---|

**10. Medications: Dose/Frequency/Route (New (C)hanged**
GABAPENTIN ORAL, 300 MG, ONE TABLET, BID
 REASON: PAIN
 INSTRUCTIONS: DR LARAVIA
LEVOTHYROXINE ORAL, 0.088 MG, ONE TABLET, DAILY
 REASON: HYPOTHYROIDISM
 INSTRUCTIONS: DR LARAVIA
MAGNESIUM ORAL, 400 MG, ONE TABLET, DAILY
 REASON: SUPPLEMENT
 INSTRUCTIONS: OTC
METFORMIN ORAL, 500 MG, ONE TABLET, BID
 REASON: DM
 INSTRUCTIONS: DR LARAVIA
TRIAMTERENE-HYDROCHLOROTHIAZIDE ORAL, 37.5-25 MG, ONE

| 11. ICD-10 Z47.89 | Principal Diagnosis ENCOUNTER FOR OTHER ORTHOPEDIC AF | Date 11/19/15  E |
|---|---|---|
| 12. ICD-10 | Surgical Procedure | Date |
| 13. ICD-10 | Other Pertinent Diagnoses | Date |
| E11.9 | TYPE 2 DIABETES MELLITUS WITHOUT | 01/01/15  E |
| I10 | ESSENTIAL (PRIMARY) HYPERTENSION | 01/01/15  E |
| E03.9 | HYPOTHYROIDISM, UNSPECIFIED | 01/01/15  E |

| 14. DME and Supplies NONE | 15. Safety Measures: AMBULATION, PAIN, ROM |
|---|---|
| **16. Nutritional Req.**  2000 CALORIE | **17. Allergies**  NKA |

| 18.A. Functional Limitations | | | | 18.B. Activities Permitted | | | |
|---|---|---|---|---|---|---|---|
| 1. ☐ Amputation | 5. ☐ Paralysis | 9. ☐ Legally Blind | | 1. ☐ Complete Bedrest | 6. ☐ Partial Wt. Bearing | A. ☐ Wheelchair | |
| 2. ☐ Bowel/Bladder (Incontinence) | 6. ☒ Endurance | A. ☐ Dyspnea With Minimal Exertion | | 2. ☐ Bedrest BRP | 7. ☐ Independent At Home | B. ☐ Walker | |
| 3. ☐ Contracture | 7. ☒ Ambulation | | | 3. ☐ Up As Tolerated | | C. ☒ No Restrictions | |
| 4. ☐ Hearing | 8. ☐ Speech | B. ☒ Other (Specify) | | 4. ☐ Transfer Bed/Chair | 8. ☐ Crutches | D. ☐ Other (Specify) | |
| | | | | 5. ☐ Exercise Prescribed | D. ☐ Cane | | |

| 19. Mental Status | 1. ☒ Oriented | 3. ☐ Forgetful | 5. ☐ Disoriented | 7. ☐ Agitated |
|---|---|---|---|---|
| | 2. ☐ Comatose | 4. ☐ Depressed | 6. ☐ Lethargic | 8. ☐ Other |

| 20. Prognosis | 1. ☐ Poor | 2. ☐ Guarded | 3. ☐ Fair | 4. ☐ Good | 5. ☒ Excellent |
|---|---|---|---|---|---|

**21. Orders of Discipline and Treatments (Specify Amount/Frequency/Duration)**
PT 2WK3, 1WK2

PT EVALUATION. PHYSICAL THERAPIST TO ASSESS PATIENT AND INFORM PHYSICIAN OF FINDINGS TO ENABLE PHYSICIAN TO ESTABLISH AND INITIATE A PLAN OF CARE.  DISCHARGE FROM PHYSICAL THERAPY OR FROM AGENCY, AS APPROPRIATE, WHEN POC GOALS ARE MET, OR SKILLED INTERVENTIONS ARE NO LONGER REQUIRED, OR PATIENT IS NO LONGER HOMEBOUND, OR MAY DISCHARGE TO AN ALTERNATE LEVEL OF CARE.

PHYSICAL THERAPY TO PROVIDE FALL RISK PREVENTION INTERVENTIONS TO MINIMIZE PATIENT RISK OF FALLS AT HOME.

PHYSICAL THERAPIST TO PROVIDE INSTRUCTION REGARDING PAIN CONTROL METHODOLOGIES INCLUDING PHARMACOLOGIC AND NON-PHARMACOLOGIC METHODS.

PHYSICAL THERAPY TO INSTRUCT PATIENT/CAREGIVER IN AND ASSIST PATIENT/CAREGIVER IN PERFORMANCE OF PRESSURE ULCER PREVENTION TECHNIQUES.  THERAPIST TO REPORT ANY PRESSURE ULCER RISK CONCERNS TO PRIMARY CARE PHYSICIAN.

**22. Goals/Rehabilitation Potential/Discharge Plans**
A PHYSICAL THERAPY PLAN OF CARE WILL BE ORDERED BY THE PHYSICIAN AND PROVIDED BY PHYSICAL THERAPY.
PATIENT/CAREGIVER WILL DEMONSTRATE KNOWLEDGE/APPROPRIATE UTILIZATION OF SAFETY PRECAUTIONS AS NEEDED TO MINIMIZE RISK FOR FALLS.
PATIENT/CAREGIVER WILL VERBALIZE UNDERSTANDING OF AND PROPER USAGE OF AVAILABLE PAIN CONTROL METHODOLOGIES WITH PAIN DECREASED TO 2/10
PATIENT/CAREGIVER WILL DEMONSTRATE KNOWLEDGE AND SAFE PERFORMANCE OF PRESSURE ULCER PREVENTION TECHNIQUES.

| 23. Nurse's Signature and Date of Verbal SOC Where Applicable: (deemed as electronic signature) JAMES JOHNSON, PT / JAMIE GROSS RN          11/20/2015 | 23. Date HHA Received Signed POT Received |
|---|---|

| 24. Physician's Name & Address P: (225)754-8088   F: (225)755-2147 Dr. MEREDITH A. WARNER 18161 EAST PETROLEUM DRIVE BATON ROUGE, LA  70809- | 26. I certify that this patient is confined to his/her home and needs intermittent skilled nursing care, physical therapy and/or speech therapy or continues to need occupational therapy. This patient is under my care, and I have authorized the services on this plan of care and will periodically review the plan. |
|---|---|
| 27. Attending Physician's Signature and Date Signed | 28. Anyone who misrepresents, falsifies, or conceals essential information required for payment of federal funds may be subject to fine, imprisonment, or civil penalty under applicable federal laws. |

Exhibit 6

51 of 127

| ADDENDUM TO: | ☒ PLAN OF TREATMENT | | ☐ MEDICAL UPDATE | |
|---|---|---|---|---|
| 1. Patient's HI Claim No. | 2. SOC Date 12/1/2015 | 3. Certification Period 12/1/2015 to 1/29/2016 | 4. Medical Record No. J4600012663201 | 5. Provider No. 287102 |
| 6. Patient's Name BOBBIE N HINSON | | 7. Provider's Name STA-HOME HEALTH AGENCY OF JACKSON, INC | | |

**10. Medications**
TRIAMTERENE-HYDROCHLOROTHIAZIDE ORAL (continued)
    TABLET, DAILY
    REASON: HTN
    INSTRUCTIONS: DR LARAVIA
VITAMIN D3 ORAL, ONE TABLET, ONE TABLET, DAILY
    REASON: SUPPLEMENT
    INSTRUCTIONS: OTC

**19. Other Pertinent Diagnoses**
ICD-9
  V54.89    OTHER ORTHOPEDIC AFTERCARE        11/19/15    E

**21. Orders:**
P.T. TO PROVIDE MEDICATION MANAGEMENT: INSTRUCT PATIENT/CAREGIVER TO MONITOR EFFECTIVENESS OF DRUG THERAPY, DRUG REACTIONS, SIDE EFFECTS, AND HOW AND WHEN TO REPORT PROBLEMS THAT MAY OCCUR. P.T. TO CONTACT PHYSICIAN TO RESOLVE CLINICALLY SIGNIFICANT MEDICATION ISSUES, INCLUDING RECONCILIATION.

PHYSICAL THERAPY TO INSTRUCT PATIENT/CAREGIVER IN AND ASSIST PATIENT/CAREGIVER IN THE PERFORMANCE OF DIABETIC FOOT CARE. THERAPIST TO REPORT ANY CONCERNS REGARDING DIABETIC FOOT CARE TO PRIMARY CARE PHYSICIAN.

PHYSICAL THERAPY TO ESTABLISH A WRITTEN FINAL HOME PROGRAM AND INSTRUCT PATIENT/CAREGIVER(S) IN PERFORMANCE OF WRITTEN FINAL HOME PROGRAM TO HELP PREVENT POTENTIAL FUNCTIONAL DECLINE AFTER DISCHARGE FROM THERAPY.

PHYSICAL THERAPY TO INSTRUCT PATIENT IN AND ASSIST PATIENT TO PERFORM THERAPEUTIC EXERCISES DESIGNED TO IMPROVE JOINT ROM, MUSCLE STRENGTH I.LE

PHYSICAL THERAPY TO EVALUATE GAIT AND PROVIDE GAIT TRAINING USING APPROPRIATE ASSISTIVE DEVICE TO ENSURE PATIENT SAFETY.

PHYSICAL THERAPY TO EVALUATE BALANCE DEFICITS AND PROVIDE BALANCE TRAINING.

PHYSICAL THERAPIST TO MONITOR CLINICAL FINDINGS ASSOCIATED WITH PATIENTS SECONDARY DIAGNOSES AND REPORT ABNORMALITIES OR SIGNIFICANT CHANGES IN SUCH FINDINGS TO PATIENTS PRIMARY CARE PHYSICIAN DR LARAVIA OR AGENCY MEDICAL DIRECTOR IF PRIMARY CARE PHYSICIAN IS NOT AVAILABLE.

**22. Goals:**
PT/CG WILL RECEIVE MEDICATION MANAGEMENT AND PHYSICIAN WILL BE CONTACTED WITHIN ONE CALENDAR DAY OF THE ASSESSMENT TO RESOLVE CLINICALLY SIGNIFICANT MEDICATION ISSUES, INCLUDING RECONCILIATION
PATIENT/CAREGIVER WILL DEMONSTRATE KNOWLEDGE OF APPROPRIATE DIABETIC FOOT CARE.
PATIENT/CAREGIVER(S) WILL BE TRAINED/TAUGHT A WRITTEN FINAL HOME PROGRAM TO HELP PREVENT POTENTIAL FUNCTIONAL DECLINE AFTER DISCHARGE FROM THERAPY.
PATIENT WILL DEMONSTRATE IMPROVED FUNCTION FOLLOWING PERFORMANCE OF THERAPEUTIC EXERCISES WITH MMT LEFT ANKLE AND FOOT IMPROVED TO GROSSLY 4 /5 AND PROM 2ND LEFT MTP IMPROVED TO 65 DEGREES EXT AND 40 DEGREES FLEX
PATIENT WILL DEMONSTRATE USE OF SAFETY PRECAUTIONS AND IMPROVED AMBULATION X 1000 FEET WITH INDEPENDENCE SANS AD WITH USE OF ASSISTIVE DEVICE AS NEEDED TO MINIMIZE RISK OF INJURY.
PATIENT WILL DEMONSTRATE IMPROVED BALANCE IN STANDING TO G +WITH IMPROVED SAFETY IN MOBILITY SKILLS.
WHEN ABNORMALITIES OR SIGNIFICANT CHANGES IN PATIENTS CLINICAL FINDINGS ASSOCIATED WITH SECONDARY DIAGNOSES ARE IDENTIFIED, THEY WILL BE REPORTED TO PATIENTS PRIMARY CARE PHYSICIAN OR AGENCY MEDICAL DIRECTOR IF PRIMARY CARE PHYSICIAN IS NOT AVAILABLE.

**22. Rehab Potential:**
GOOD/MARKED IMPROVEMENT IN FUNCTIONAL STATUS IS EXPECTED

**22. DC Plans:**
D/C HOME HEALTH WHEN 485 GOALS MET, SKILLED INTERVENTION NO LONGER REQUIRED OR PT NO LONGER HOMEBOUND. PT WILL BE EVALUATED AT THE END OF THE 60 DAY EPISODE OF CARE FOR DISCHARGE OR RECERTIFICATION.

| 9. Signature of Physician | | 10. Date |
|---|---|---|
| | | 12/1/15 |
| 11. Optional Name/Signature Of JAMES JOHNSON, PT / JAMIE GROSS RN | | 12. Date 11/20/2015 |

Received By SOCRNWELL

BH - 12012015-01082016; Page 118 Page 2 of 2

| Order Number: **1886625** | PHYSICIAN VERBAL ORDER | 1/12/2016 |

STA-HOME HEALTH AGENCY OF JACKSON, INC
113 JEFFERSON DAVIS BLVD STE B
NATCHEZ, MS 39120-5103
Phone: (601) 442-7919
Fax: (601) 442-7991

| PHYSICIAN: | CLIENT: |
|---|---|

Dr. MEREDITH WARNER
18161 EAST PETROLEUM DRIVE
BATON ROUGE, LA 70809-

Phone:  (225)754-8888
Fax:      (225)755-2147
2nd Physician:  WARNER, MEREDITH
Send to Physician:  Y

HINSON, BOBBIE N
209 S BLUEBIRD DR
NATCHEZ, MS 39120-

SSN:   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      HIC No:
DOB:  3/5/1957      MR#:    J4600012663201
CERT:  12/1/2015 to 1/29/2016
Order Read Back to Physician/Agent of Physician?:    N
ABN Delivered to Patient?:                    NA

Order Date:      12/22/2015 10:36 AM    Order Type:   DISCHARGE FROM AGENCY

Order Description:
ADD PHYSICAL THERAPY VISITS PRIOR TO DC FROM AGENCY

Service Changes:

Calendar Frequency:
  PT 2WK2,1WK1

| | | |
|---|---|---|
| AGENCY REPRESENTATIVE (ELECTRONICALLY SIGNED): | JAMES JOHNSON, PT | DATE:  12/22/2015 |
| LICENSED PROFESSIONAL (ELECTRONICALLY SIGNED): | JO ANN BATTISTE, RN | DATE:  12/22/2015 |
| PHYSICIAN SIGNATURE: | | DATE: |

Page 1 of 1

| Order Number: | 1896236 | PHYSICIAN VERBAL ORDER | 1/12/2016 |

**STA-HOME HEALTH AGENCY OF JACKSON, INC**
113 JEFFERSON DAVIS BLVD STE B
NATCHEZ, MS  39120-5103
Phone: (601) 442-7919
Fax: (601) 442-7991

| PHYSICIAN: | CLIENT: |
|---|---|
| Dr. MEREDITH WARNER | HINSON, BOBBIE N |
| 18161 EAST PETROLEUM DRIVE | 209 S BLUEBIRD DR |
| BATON ROUGE, LA  70809- | NATCHEZ, MS  39120- |

Phone:  (225)754-8888
Fax:      (225)755-2147
2nd Physician:
Send to Physician:   Y

SSN:   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       HIC No:
DOB: 3/5/1957        MR#:      J4600012663201
CERT:   12/1/2015  to  1/29/2016
Order Read Back to Physician/Agent of Physician?:      N
ABN Delivered to Patient?:                          NA

| Order Date: | 1/7/2016 4:57 PM | Order Type:   DISCHARGE FROM AGENCY |

Order Description:
DC FROM AGENCY

Service Changes:

Calendar Frequency:
   PT 1WK1

| AGENCY REPRESENTATIVE (ELECTRONICALLY SIGNED): | JAMES JOHNSON, PT | DATE:  01/07/2016 |
| LICENSED PROFESSIONAL (ELECTRONICALLY SIGNED): | JO ANN BATTISTE, RN | DATE:  01/07/2016 |
| PHYSICIAN SIGNATURE: | | DATE: |

Page 1 of 1

Exhibit 6

01/12/2016 07:57:35 AM

## Client Medication Report

| Client: | HINSON, BOBBIE | Insured ID: | OGS201215873 | Primary Payor: | BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| --- | --- | --- | --- | --- | --- |
| Address: | 209 S BLUEBIRD DR NATCHEZ, MS 35120- | Insured ID: | | Secondary Payor: | SELF PAY |
| MR No: | J46000126663201 | Physician: | WARNER, MEREDITH | | Phone: (225)754-8888 |
| Legacy MR No: | | Address: | 18161 EAST PETROLEUM DRIVE | | |
| Admission Date: | 12/1/2015 | | BATON ROUGE, LA 70809- | | |

### ICD-9 Diagnoses/Procedures

| Order | Code | Description | Onset / Exac: | O/E Date | Type: |
| --- | --- | --- | --- | --- | --- |
| 1 | V54.89 | OTHER ORTHOPEDIC AFTERCARE | EXACERBATION | 11/19/2015 | DIAGNOSIS |

### ICD-10 Diagnoses/Procedures

| Order | Code | Description | Onset / Exac: | O/E Date | Type |
| --- | --- | --- | --- | --- | --- |
| 1 | Z47.89 | ENCOUNTER FOR OTHER ORTHOPEDIC AFTERCARE | EXACERBATION | 11/19/2015 | DIAGNOSIS |
| 2 | E11.9 | TYPE 2 DIABETES MELLITUS WITHOUT COMPLICATIONS | EXACERBATION | 01/01/2015 | DIAGNOSIS |

### Facilities

| Facility Type | Facility Name | Address | Contact Name | Phone |
| --- | --- | --- | --- | --- |
| PHARMACY | WALGREENS - NATCHEZ - DEVEREUX | 303 DEVEREUX DR NATCHEZ, MS 39120- | | 6014458810 |

### Client Allergies
NKA

### Client Medications

* Denotes Non-Vital Or Reporting Collection

| Start Date And Date | Classification | Dose | Amount | Frequency | Route/Alt. Route/Via | Purpose | Directions for use | Side Effects/ Interactions | N/C | Financial Resp. | PRN | Entered By | Date |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 12/1/2014 | GABAPENTIN ORAL CENTRAL NERVOUS SYSTEM AGENTS Reason: PAIN | 300 mg | One tablet | Bid | | N | N | N | N | OTH | | JAMES JOHNSON, PT | 12/01/2015 |

BH - 120120...2016: Page 14 of 72

Financial Responsibility: PRO = Provider, PAT = Patient, PTD = Part D, OTH = Other

Powered by Homecare Homebase™

Exhibit 6

## Client Medication Report

| Client: | HINSON, BOBBIE | Insured ID: | OGS201215673 | Primary Payor: | BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| --- | --- | --- | --- | --- | --- |
| MR No: | J460001266320? | Insured ID: | | Secondary Payor: | SELF PAY |

| Start Date / End Date Classification | Dose | Amount | Frequency | Route/Alt Route/Via | Purpose | Directions for use | Side Effects/ Interactions | N/C | Financial Resp. | PRN | Entered By | Date |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| LEVOTHYROXINE ORAL | | | | | | | | | | | | |
| 12/21/2014 ENDOCRINE | 0.088 MG | ONE TABLET | DAILY | | N | N | N | | OTH | N | JAMES JOHNSON, PT | 12/07/2015 |
| Instructions: DR LARAVIA | | | | | | | | | | | | |
| Reason: HYPOTHYROIDISM | | | | | | | | | | | | |
| MAGNESIUM ORAL | | | | | | | | | | | | |
| 12/21/2014 ELECTROLYTE BALANCE-NUTRITIONAL PRODUCTS | 400 mg | One tablet | DAILY | | N | N | N | | OTH | N | JAMES JOHNSON, PT | 12/01/2015 |
| Instructions: DR LARAVIA | | | | | | | | | | | | |
| Reason: SUPPLEMENT | | | | | | | | | | | | |
| Instructions: OTC | | | | | | | | | | | | |
| METFORMIN ORAL | | | | | | | | | | | | |
| 12/21/2014 ENDOCRINE | 500 mg | One tablet | Bid | | N | N | N | | OTH | N | JAMES JOHNSON, PT | 12/01/2015 |
| Reason: DM | | | | | | | | | | | | |
| Instructions: DR LARAVIA | | | | | | | | | | | | |
| TRIAMTERENE-HYDROCHLOROTHIAZIDE ORAL | | | | | | | | | | | | |
| 12/21/2014 CARDIOVASCULAR THERAPY AGENTS | 37.5-25 mg | One tablet | DAILY | | N | N | N | | OTH | N | JAMES JOHNSON, PT | 12/01/2015 |
| Reason: HTN | | | | | | | | | | | | |
| Instructions: DR LARAVIA | | | | | | | | | | | | |
| VITAMIN D3 ORAL | | | | | | | | | | | | |
| 12/21/2014 ELECTROLYTE BALANCE-NUTRITIONAL PRODUCTS | One tablet | One tablet | DAILY | | N | N | N | | OTH | N | JAMES JOHNSON, PT | 12/01/2015 |
| Reason: SUPPLEMENT | | | | | | | | | | | | |
| Instructions: OTC | | | | | | | | | | | | |

Client Meds Review → BY SIGNING BELOW, YOU ATTEST THAT A REVIEW OF MEDICATIONS THE PT IS USING HAS BEEN PERFORMED AND USED TO IDENTIFY POTENTIAL ADVERSE EFFECTS AND DRUG REACTIONS, INCLUDING INEFFECTIVE DRUG THERAPY, SIGNIFICANT SIDE EFFECTS, DRUG INTERACTIONS, DUPLICATE DRUG THERAPY, AND NONCOMPLIANCE W/DRUG THERAPY.

| Reviewed By | Date Reviewed |
| --- | --- |
| DARLA MAYO, LPN | 12/26/2015 |
| JAMES JOHNSON, PT | 12/13/2015 |

Client Meds Review ~ 120- 120-01082016: Page 15 of 72

Exhibit 6

## Visit Note Report

01/12/2016 07:57:33 AM

| | | | |
|---|---|---|---|
| Client: HINSON, BOBBIE | | MR No: J4600012663201 | Legacy MR No: |
| Insured ID: OGS201215873 | | Primary Payor: | BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| Insured ID: | | Secondary Payor: | SELF PAY |

| | | | |
|---|---|---|---|
| Visit Date: 12/01/2015 | Visit Number: 1 | Visit Type: | PT00X - PT ADMISSION WITHOUT OASIS (NON MEDICARE/MEDICAID CLIENTS) |

| | | |
|---|---|---|
| Agent Name: JOHNSON, JAMES | | Therapy Visit Number: 1 |
| Time: In: 12/01/2015 10:21 AM | Out: 12/01/2015 11:19 AM | |

**Vital Signs**

| Vital Signs | Reading | Time Recorded | Details |
|---|---|---|---|
| Pulse | 86 | 12/01/2015 10:46 AM | RADIAL |
| Pulse Characteristics: | | | WNL |
| Blood Pressure | 122 / 88 | 12/01/2015 10:45 AM | SITTING ARM - RT |
| Oxygen Saturation Level (%) | 98 | 12/01/2015 10:45 AM | |

\* denotes Encounter QI Reporting Collection

**Assessment**

THERAPY SUBJECTIVE

INDICATE BASIC REASON FOR REFERRAL TO THERAPY, AS REPORTED BY PATIENT/CAREGIVER

PATIENT IS 58 YEAR OLD FEMALE WHO HAS HAD MULTIPLE SURGERIES LEFT FOOT AND TOES WITH RESULTING DIFFICULTY PERFORMING MOBILITY AND ADLS FOR FUNCTIONAL TIMES AND DISTANCES DUE TO PAIN LEFT FOOT AND TOES AS WELL AS R HIP RELATED TO SHIFTING WEIGHT OFF OF LLE.

LIST ALL PAST AND CURRENT DIAGNOSIS(ES) AND SURGICAL PROCEDURES, AS NOTED ON REFERRAL DATA AND/OR REPORTED BY PATIENT/CAREGIVER

DM, HTN, HYPOTHYROIDISM

PROVIDE SUMMARY OF RECENT HEALTH HISTORY RELEVANT TO THIS REFERRAL, AS REPORTED BY PATIENT/CAREGIVER

DIFFICULTY WITH ALL MOBILITY AND ADLS ASSOCIATED WITH MULTIPLE RECENT LEFT FOOT SURGERIES

DESCRIBE PRIOR LEVEL OF FUNCTION AS RELATED TO MOVEMENT AND FUNCTIONAL MOBILITY (BEFORE EITHER ONSET OR EXACERBATION OF CONDITION TO BE TREATED), AND INDICATE TIMEFRAMES/DATES AS APPROPRIATE, AS REPORTED BY PATIENT/CAREGIVER.

PATIENT WAS I IN COMMUNITY PRIOR TO SURGERY

INDICATE PATIENT'S OWN MOBILITY FUNCTIONAL GOALS, AS REPORTED BY PATIENT/CAREGIVER

PATIENT WISHES TO DECREASE PAIN LEFT FOOT/TOES SO SHE CAN BEAR MORE WEIGHT LEFT LE AND NORMALIZE GAIT PATTERN AND AMBULATE FUNCTIONAL DISTANCES

CLIENT DEMOGRAPHICS

DISASTER STATUS: REVIEW REFERENCE MATERIAL

IS AN EMERGENCY CONTACT THAT DOES NOT RESIDE IN THE HOME LISTED IN CONTACT INFORMATION

YES

ARE THE DME COMPANIES WHO PROVIDE EQUIPMENT AND SUPPLIES TO THE PATIENT LISTED UNDER FACILITIES

YES

DOES THE PATIENT REQUIRE POWER FOR LIFE SUPPORT EQUIPMENT (VENTILATOR OR LVAD PATIENT) ?

NO

A LIST OF ITEMS TO HAVE PREPARED AND AVAILABLE FOR USE IN THE EVENT OF AN EMERGENCY WAS PROVIDED TO THE PATIENT AND EMERGENCY PLANNING OPTIONS WERE DISCUSSED.

YES

ADDITIONAL COMMENTS RELATED TO PATIENT DEMOGRAPHIC INFORMATION?

NO

PROVIDER

## Visit Note Report

| | |
|---|---|
| Client:   HINSON, BOBBIE | MR No:  J4600012663201        Legacy MR No: |
| Insured ID:   OGS201215573 | Primary Payor:   BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| Insured ID: | Secondary Payor:   SELF PAY |
| Visit Date:   12/01/2015   Visit Number:   1 | Visit Type:   PT00X - PT ADMISSION WITHOUT OASIS (NON MEDICARE/MEDICAID CLIENTS) |

**Assessment**

HAS THE PATIENT RECEIVED HOME HEALTH SERVICES IN THE PAST 60 DAYS?
  YES

WERE THE HOME HEALTH SERVICES PROVIDED BY THIS HOME HEALTH AGENCY?
  NO

INDICATE THE NAME OF THE HOME HEALTH AGENCY THAT PROVIDED RECENT SERVICES:
  DEACONESS

HAS THE PATIENT RECEIVED OUTPATIENT THERAPY SERVICES IN THE PAST 60 DAYS?
  NO

HOMEBOUND  STATUS

INDICATE ALL REASONS THAT THE PATIENT IS CONSIDERED HOMEBOUND (MARK ALL THAT APPLY) :
  ASSISTIVE / SUPPORTIVE DEVICES REQUIRED FOR PATIENT TO LEAVE THEIR PLACE OF RESIDENCE

INDICATE TYPE OF ASSISTIVE / SUPPORTIVE DEVICE(S) THAT IS NEEDED FOR THE PATIENT TO LEAVE THEIR PLACE OF RESIDENCE (MARK ALL THAT APPLY) :
  OTHER (SPECIFY)

SPECIFY OTHER TYPE OF ASSISTIVE / SUPPORTIVE DEVICE(S) THAT IS NEEDED FOR THE PATIENT TO LEAVE THEIR PLACE OF RESIDENCE:
  FURNITURE AND WALLS

INDICATE REASON(S) WHY THERE EXISTS A NORMAL INABILITY FOR THE PATIENT TO LEAVE THEIR PLACE OF RESIDENCE (MARK ALL THAT APPLY) :
  UNSAFE / IMPAIRED AMBULATION

INDICATE HOW OFTEN THE PATIENT LEAVES THEIR PLACE OF RESIDENCE:
  INFREQUENTLY, FOR DOCTOR VISITS OR MEDICAL TREATMENT AND SOME OCCASIONAL RELIGIOUS OR FAMILY EVENTS

INDICATE WHY LEAVING HOME REQUIRES CONSIDERABLE AND TAXING EFFORT BY PROVIDING A PATIENT - SPECIFIC DESCRIPTION (SEE REFERENCE) :
  PATIENT HAS PAIN AND DECREASED ROM IN LEFT SECOND TOE AND FOOT WHICH CAUSE PATIENT TO HAVE ABNORMAL GAIT PATTERN WITH DECREASED AMBULATION DISTANCES.   PATIENT REQUIRES FREQUENT REST BREAKS AND PROLONGED PERIODS OF SITTING

ENVIRONMENTAL

INDICATE TYPE OF RESIDENCE:
  SINGLE FAMILY RESIDENCE WITHOUT STAIRS

INDICATE TYPE OF STRUCTURAL OR MOBILITY BARRIERS PRESENT IN PATIENT RESIDENCE (MARK ALL THAT APPLY)
  NARROW OR OBSTRUCTED DOORWAYS
  HIGH OR UNSTABLE DOOR THRESHOLD
  COMBINED REGULAR DOOR AND SCREEN OR GLASS DOOR
  CROWDED OR CLUTTERED ENVIRONMENT

INDICATE PATIENT  LIVING ARRANGEMENT
  LIVES ALONE

FROM WHOM DOES THE PATIENT RECEIVE ASSISTANCE? (MARK ALL THAT APPLY)
  RELATIVES, FRIENDS OR NEIGHBORS LIVING OUTSIDE THE HOME

EYES/EARS/NOSE/THROAT

WERE EYES ASSESSED?
  YES

INDICATE EYES ASSESSMENT: (MARK ALL THAT APPLY)
  WITHIN NORMAL LIMITS

WERE EARS ASSESSED?
  YES

INDICATE EARS ASSESSMENT: (MARK ALL THAT APPLY)
  WITHIN NORMAL LIMITS

PAIN

WAS PAIN ASSESSED?
  YES

HAS THE PATIENT EXPRESSED OR EXHIBITED VERBAL OR NON-VERBAL S/SX OF PAIN OR DISCOMFORT WITHIN THE LAST 48 HRS?
  YES

IS THE PATIENT EXPRESSING OR EXHIBITING VERBAL OR NON-VERBAL S/SX OF PAIN OR DISCOMFORT ON TODAYS VISIT?

Exhibit 6                     58 of 127

## Visit Note Report

| | | |
|---|---|---|
| Client: HINSON, BOBBIE | MR No: J4600012663201 | Legacy MR No: |
| Insured ID: OGS201215673 | Primary Payor: | BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| Insured ID: | Secondary Payor: | SELF PAY |
| Visit Date: 12/01/2015   Visit Number: 1 | Visit Type: | PT00X - PT ADMISSION WITHOUT OASIS (NON MEDICARE/MEDICAID CLIENTS) |

**Assessment**

YES

INDICATE PATIENT MOST SEVERE PAIN SCALE RATING AS OF TODAYS VISIT
  7-10: SEVERE OR INTENSE PAIN

INDICATE LOCATION OF PAIN:
  LEFT FOOT AND TOES

INDICATE QUALITY OF PAIN: (MARK ALL THAT APPLY)
  ACHING
  SHARP

INDICATE WHAT EXACERBATES PAIN (MARK ALL THAT APPLY):
  WALKING
  STANDING
  ALL ACTIVITY

INDICATE WHAT RELIEVES PAIN (MARK ALL THAT APPLY):
  REST

INDICATE WHEN PAIN IS WORSE: (MARK ALL THAT APPLY)
  PAIN VARIES, NO CONSISTENT PATTERN

INDICATE WHEN PATIENT HAS LESS PAIN: (MARK ALL THAT APPLY)
  PAIN VARIES, NO CONSISTENT PATTERN

BRADEN RISK ASSESSMENT SCALE

DO YOU WISH TO DOCUMENT RISK OF A PRESSURE SORE USING THE "BRADEN RISK ASSESSMENT SCALE"?
  YES

SENSORY PERCEPTION - ABILITY TO RESPOND MEANINGFULLY TO PRESSURE-RELATED DISCOMFORT
  4. NO IMPAIRMENT - RESPONDS TO VERBAL COMMANDS. HAS NO SENSORY DEFICIT WHICH WOULD LIMIT ABILITY TO FEEL OR VOICE PAIN OR DISCOMFORT.

MOISTURE - DEGREE TO WHICH SKIN IS EXPOSED TO MOISTURE
  4. RARELY MOIST - SKIN IS USUALLY DRY. LINEN ONLY REQUIRES CHANGING AT ROUTINE INTERVALS.

ACTIVITY - DEGREE OF PHYSICAL ACTIVITY
  4. WALKS FREQUENTLY - WALKS OUTSIDE BEDROOM TWICE A DAY AND INSIDE ROOM AT LEAST ONCE EVERY TWO HOURS DURING WAKING HOURS.

MOBILITY - ABILITY TO CHANGE AND CONTROL BODY POSITION
  4. NO LIMITATIONS - MAKES MAJOR AND FREQUENT CHANGES IN POSITION WITHOUT ASSISTANCE.

NUTRITION - USUAL FOOD INTAKE PATTERN
  3. ADEQUATE - EATS OVER HALF OF MOST MEALS. EATS A TOTAL OF 4 SERVINGS OF PROTEIN (MEAT, DAIRY PRODUCTS) PER DAY. OCCASIONALLY WILL REFUSE A MEAL, BUT WILL USUALLY TAKE A SUPPLEMENT WHEN OFFERED, OR IS ON A TUBE FEEDING OR TPN REGIMEN, WHICH PROBABLY MEETS MOST OF NUTRITIONAL NEEDS.

FRICTION AND SHEAR
  3. NO APPARENT PROBLEM - MOVES IN BED AND IN CHAIR INDEPENDENTLY AND HAS SUFFICIENT MUSCLE STRENGTH TO LIFT UP COMPLETELY DURING MOVE. MAINTAINS GOOD POSITION IN BED OR CHAIR.

TOTAL SCORE IS:
  22

BASED ON THE SCORE, THE RISK LEVEL FOR THIS PATIENT IS:
  MILD TO NONE

INTEGUMENTARY

WAS INTEGUMENTARY ASSESSED?
  YES

INDICATE FINDINGS OF INTEGUMENTARY ASSESSMENT (MARK ALL THAT APPLY)
  WNL

CARDIOVASCULAR

WAS CARDIOVASCULAR SYSTEM ASSESSED?
  YES

INDICATE CARDIOVASCULAR FINDINGS [MARK ALL THAT APPLY]:
  HYPERTENSION

## Visit Note Report

| | | |
|---|---|---|
| Client:  HINSON, BOBBIE | MR No: J4S00012663201 | Legacy MR No: |
| Insured ID:  OGS201215873 | Primary Payor: | BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| Insured ID: | Secondary Payor: | SELF PAY |

| | | | |
|---|---|---|---|
| Visit Date:  12/01/2015 | Visit Number:  1 | Visit Type: | PT00X - PT ADMISSION WITHOUT OASIS (NON MEDICARE/MEDICAID CLIENTS) |

### Assessment

**RESPIRATORY**

WAS RESPIRATORY SYSTEM ASSESSED?
- YES

INDICATE RESPIRATORY ASSESSMENT FINDINGS: (MARK ALL THAT APPLY)
- DYSPNEA

**GENITOURINARY**

WAS GENITOURINARY SYSTEM ASSESSED?
- YES

GENITOURINARY ASSESSMENT: (MARK ALL THAT APPLY)
- WNL

**GASTROINTESTINAL**

WAS GASTROINTESTINAL SYSTEM ASSESSED?
- YES

INDICATE GASTROINTESTINAL ASSESSMENT (MARK ALL THAT APPLY):
- WNL

**EMOTIONAL**

DOES THE PATIENT HAVE A HISTORY OF PSYCHIATRIC ILLNESS?
- NO

**ENDOCRINE/HEMATOPOIETIC**

WAS ENDOCRINE/HEMATOPOIETIC ASSESSED?
- YES

INDICATE ENDOCRINE/HEMATOPOIETIC ASSESSMENT: (MARK ALL THAT APPLY)
- HYPOTHYROID
- DIABETES

IS THE PATIENT TAKING INSULIN?
- NO

IS THE PATIENT TAKING AN ANTIDIABETIC AGENT?
- YES

IS THE PATIENTS DIABETES CONTROLLED THROUGH DIET MANAGEMENT ONLY?
- NO

HAVE THE PATIENTS BLOOD SUGARS REMAINED STABLE FOR THE PAST TWO WEEKS?
- YES

IS THE PT TAKING AN ANTICOAGULANT?
- NO

**NEUROLOGIC**

INDICATE PATIENTS MENTAL STATUS: (MARK ALL THAT APPLY)
- ALERT
- ORIENTED TO PLACE
- ORIENTED TO PERSON
- ORIENTED TO TIME

INDICATE ABNORMAL NEUROLOGIC FINDINGS:
- NONE

WAS SENSATION ASSESSED?
- YES

IS SENSATION NORMAL?
- YES

WAS PROPRIOCEPTION ASSESSED?
- YES

INDICATE PROPRIOCEPTION STATUS:
- INTACT

## Visit Note Report

| | |
|---|---|
| Client: HINSON, BOBBIE | MR No: J4600012663201    Legacy MR No: |
| sured ID: OGS201215673 | Primary Payor:    BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| Insured ID: | Secondary Payor:    SELF PAY |
| Visit Date:   12/01/2015    Visit Number:   1 | Visit Type:    PT00X - PT ADMISSION WITHOUT OASIS (NON MEDICARE/MEDICAID CLIENTS) |

### Assessment

WAS MUSCLE TONE ASSESSED?
  YES

INDICATE TYPE OF MUSCLE TONE:
  NORMAL

TINETTI ASSESSMENT

WAS A TINETTI BALANCE AND GAIT ASSESSMENT PERFORMED?
  YES

SITTING BALANCE:
  STEADY, SAFE

ARISES:
  ABLE, USES ARMS TO HELP

ATTEMPTS TO ARISE:
  ABLE TO RISE, 1 ATTEMPT

IMMEDIATE STANDING BALANCE (FIRST 5 SECONDS):
  STEADY WITHOUT WALKER OR OTHER SUPPORT

STANDING BALANCE:
  STEADY, BUT WIDE STANCE (MEDIAL HEELS MORE THAN 4 INCHES APART); USES CANE OR OTHER SUPPORT

STERNAL NUDGE (SUBJECT WITH FEET AS CLOSE TOGETHER AS POSSIBLE;  EXAMINER PUSHES LIGHTLY ON SUBJECT'S STERNUM WITH PALM OF HAND 3 TIMES):
  STEADY

EYES CLOSED (AT MAXIMUM POSITION, FEET TOGETHER):
  STEADY

TURNING 360 DEGREES (STEPS):
  CONTINUOUS

TURNING 360 DEGREES:
  STEADY

SITTING DOWN:
  USES ARMS OR NOT A SMOOTH MOTION

TOTAL BALANCE SCORE:
  13

INITIATION OF GAIT (IMMEDIATELY AFTER TOLD TO "GO"):
  ANY HESITANCY OR MULTIPLE ATTEMPTS TO START

STEP LENGTH AND HEIGHT - RIGHT SWING FOOT:
  PASSES LEFT STANCE FOOT WITH STEP

STEP LENGTH AND HEIGHT - RIGHT SWING FOOT (CONTINUED):
  RIGHT FOOT COMPLETELY CLEARS FLOOR

STEP LENGTH AND HEIGHT - LEFT SWING FOOT:
  PASSES RIGHT STANCE FOOT WITH STEP

STEP LENGTH AND HEIGHT - LEFT SWING FOOT (CONTINUED):
  LEFT FOOT COMPLETELY CLEARS FLOOR

STEP SYMMETRY:
  RIGHT AND LEFT STEP LENGTH NOT EQUAL (ESTIMATE)

STEP CONTINUITY:
  STEPS APPEAR CONTINUOUS

PATH (OBSERVE EXCURSION OF ONE FOOT OVER APPROXIMATELY 10 FEET):
  MILD/MODERATE DEVIATION OR USES WALKING AID

TRUNK:
  NO SWAY, BUT FLEXION OF KNEES OR BACK OR ARMS SPREAD OUT WHILE WALKING

WALKING STANCE:
  HEELS APART

TOTAL GAIT SCORE:

## Visit Note Report

Client:   HINSON, BOBBIE
  sured ID:   OGS201215873
insured ID:

MR No:  J4600012663201     Legacy MR No:
Primary Payor:   BLUE CROSS BLUE SHIELD OF MISSISSIPPI
Secondary Payor:   SELF PAY

Visit Date:   12/01/2015     Visit Number:   1     Visit Type:   PT00X - PT ADMISSION WITHOUT OASIS (NON MEDICARE/MEDICAID CLIENTS)

**Assessment**

7

TOTAL TINETTI ASSESSMENT SCORE (BALANCE + GAIT):
  20

BASED ON THE TOTAL SCORE, THE RISK LEVEL FOR THIS PATIENT IS:
  AT RISK

FALLS

DO YOU WANT TO PERFORM A TUG (TIMED UP AND GO) ASSESSMENT?
  NO

INDICATE REASON TIMED GET UP AND GO (TUG) SCREEN NOT PERFORMED:
  TINETTI  PERFORMED

CONDUCT A FALL RISK ASSESSMENT ON EACH PATIENT AT START OF CARE AND RE-CERTIFICATION. ASSESS ONE POINT FOR EACH CORE ELEMENT "YES". INFORMATION MAY BE GATHERED FROM MEDICAL RECORD, ASSESSMENT AND IF APPLICABLE, THE PATIENT/CAREGIVER. BEYOND PROTOCOLS LISTED BELOW, SCORING SHOULD BE BASED ON YOUR CLINICAL JUDGMENT.

WAS MAHC 10 FALL RISK ASSESSMENT COMPLETED?
  YES

AGE 65+
  NO

DIAGNOSIS (3 OR MORE CO-EXISTING) -- INCLUDES ONLY DOCUMENTED MEDICAL DIAGNOSIS
  YES

PRIOR HISTORY OF FALLS WITHIN 3 MONTHS -- AN UNINTENTIONAL CHANGE IN POSITION RESULTING IN COMING TO REST ON THE GROUND OR AT A LOWER LEVEL
  NO

INCONTINENCE -- INABILITY TO MAKE IT TO THE BATHROOM OR COMMODE IN TIMELY MANNER INCLUDES FREQUENCY, URGENCY, AND/OR NOCTURIA.
  NO

VISUAL IMPAIRMENT -- INCLUDES BUT NOT LIMITED TO, MACULAR DEGENERATION, DIABETIC RETINOPATHIES, VISUAL FIELD LOSS, AGE RELATED CHANGES, DECLINE IN VISUAL ACUITY, ACCOMMODATION, GLARE TOLERANCE, DEPTH PERCEPTION, AND NIGHT VISION OR NOT WEARING PRESCRIBED GLASSES OR HAVING THE CORRECT PRESCRIPTION.
  NO

IMPAIRED FUNCTIONAL MOBILITY -- MAY INCLUDE PATIENTS WHO NEED HELP WITH IADLS OR ADLS OR HAVE GAIT OR TRANSFER PROBLEMS, ARTHRITIS, PAIN, FEAR OF FALLING, FOOT PROBLEMS, IMPAIRED SENSATION, IMPAIRED COORDINATION OR IMPROPER USE OF ASSISTIVE DEVICES.
  YES

ENVIRONMENTAL HAZARDS -- MAY INCLUDE BUT NOT LIMITED TO, POOR ILLUMINATION, EQUIPMENT TUBING, INAPPROPRIATE FOOTWEAR, PETS, HARD TO REACH ITEMS, FLOOR SURFACES THAT ARE UNEVEN OR CLUTTERED, OR OUTDOOR ENTRY AND EXITS.
  YES

POLY PHARMACY (4 OR MORE PRESCRIPTIONS - ANY TYPE) -- ALL PRESCRIPTIONS INCLUDING PRESCRIPTIONS FOR OTC MEDS. DRUGS HIGHLY ASSOCIATED WITH FALL RISK INCLUDE BUT NOT LIMITED TO, SEDATIVES, ANTI-DEPRESSANTS, TRANQUILIZERS, NARCOTICS, ANTIHYPERTENSIVES, CARDIAC MEDS, CORTICOSTEROIDS, ANTI-ANXIETY DRUGS, ANTICHOLINERGIC DRUGS, AND HYPOGLYCEMIC DRUGS.
  YES

PAIN AFFECTING LEVEL OF FUNCTION -- PAIN OFTEN AFFECTS AN INDIVIDUAL'S DESIRE OR ABILITY TO MOVE, OR PAIN CAN BE A FACTOR IN DEPRESSION OR COMPLIANCE WITH SAFETY RECOMMENDATIONS.
  YES

COGNITIVE IMPAIRMENT -- COULD INCLUDE PATIENTS WITH DEMENTIA, ALZHEIMER'S OR STROKE PATIENTS, OR PATIENTS WHO ARE CONFUSED, USE POOR JUDGMENT, HAVE DECREASED COMPREHENSION, IMPULSIVITY, MEMORY DEFICITS, CONSIDER PATIENTS ABILITY TO ADHERE TO THE PLAN OF CARE.
  NO

ACCORDING TO THE MAHC 10 FALL RISK ASSESSMENT, THIS PATIENT'S SCORE IS:
  5

BASED ON THE SCORE, THE PATIENT IS:
  AT RISK FOR FALLING

MEDICATIONS

WAS MEDICATION MANAGEMENT ASSESSED?
  YES

## Visit Note Report

| | | | |
|---|---|---|---|
| Client:  HINSON, BOBBIE | MR No:  J4600012663201 | Legacy MR No: | |
| Insured ID:  OGS201215973 | Primary Payor: | BLUE CROSS BLUE SHIELD OF MISSISSIPPI | |
| Insured ID: | Secondary Payor: | SELF PAY | |
| Visit Date:  12/01/2015   Visit Number:   1 | Visit Type: | PT00X - PT ADMISSION WITHOUT OASIS (NON MEDICARE/MEDICAID CLIENTS) | |

**Assessment**

INDICATE MEDICATION MANAGEMENT FINDINGS:
   ABLE TO INDEPENDENTLY TAKE THE CORRECT MEDICATION AND PROPER DOSAGE AT THE CORRECT TIMES

EQUIPMENT/SUPPLIES

(TC) IS NEEDED EQUIPMENT AVAILABLE?
   NA - NOT APPLICABLE

DURABLE MEDICAL EQUIPMENT AVAILABLE: (MARK ALL THAT APPLY)
   CANE

DURABLE MEDICAL EQUIPMENT RECOMMENDED: (MARK ALL THAT APPLY)
   NONE

THERAPY ASSESSMENT/PLAN

PROVIDE A COMPREHENSIVE DESCRIPTION OF PATIENT'S CURRENT LEVEL OF FUNCTION, BASED ON TODAY'S SKILLED ASSESSMENT. ADDITIONAL ASSESSMENT DETAILS ARE DOCUMENTED IN THE STATUS FIELDS WITHIN THE THERAPY GOALS/STATUS SECTION.
   PATIENT HAS DECREASED FUNCTIONAL AMBULATION DISTANCES AND DECREASED TOLERANCE TO FUNCTIONAL STANDING TIMES DUE TO PAIN AND DECREASED ROM LEFT 2ND MTP JOINT.   PATIENT SHOULD SHOW VERY GOOD FUNCTIONAL GAINS WITH SKILLED PHYSICAL THERAPY INTERVENTION

INDICATE WHETHER OR NOT A THERAPY POC WILL BE GENERATED
   YES

INDICATE PATIENT'S MAIN SYMPTOMS OR CLINICAL DEFICITS (E.G. PAIN, BREATHING, PALPITATIONS, MUSCLE WEAKNESS, JOINT ROM LOSS OR STIFFNESS, EDEMA, LOSS OF BALANCE) WHICH NEGATIVELY IMPACT CURRENT FUNCTION)
   PAIN, DECREASED STRENGTH AND ROM, ABNORMAL GAIT, DECREASED FUNCTIONAL ACTIVITY TOLERANCE

INDICATE PATIENT'S MAIN CURRENT FUNCTIONAL IMPAIRMENTS TO BE ADDRESSED BY THERAPY
   PATIENT HAS DECREASED INDEPENDENCE WITH FUNCTIONAL AMBULATION DISTANCES ASSOCIATED WITH MULTIPLE RECENT SURGERIES LEFT FOOT

INDICATE THE MAIN UNDERLYING DIAGNOSIS(ES) AND/OR CONDITION(S) TO BE ADDRESSED BY THERAPY
   MUSCLE WEAKNESS, ABNORMAL GAIT

PROVIDE RATING OF THE PATIENT'S REHABILITATION POTENTIAL
   EXCELLENT (USE RESTORATIVE PROGRAM)

ARE THERE ANY ADDITIONAL COMMENTS CONCERNING THERAPY ASSESSMENT?
   NO

PROVIDE DETERMINATION OF INTERVENTION TYPE
   RESTORATIVE PROGRAM

INDICATE PROPOSED TREATMENT PROCEDURES AND/OR MODALITIES  SELECTED FOR TREATING CURRENT ILLNESS OR INJURY (PT)
   THERAPEUTIC  EXERCISE
   BALANCE  TRAINING
   NEUROMUSCULAR  REEDUCATION
   GAIT TRAINING

INDICATE PROPOSED FREQUENCY AND DURATION OF THERAPY
   2W3,1W2

INITIATE SKILLED TREATMENT
   AT NEXT VISIT PENDING PHYSICIAN APPROVAL OF POC

INDICATE MAIN TREATMENT FOCUS FOR NEXT SCHEDULED VISIT
   STRENGTH, ROM, GAIT

NUTRITIONAL

DOES THE PATIENT HAVE ANY OF THE FOLLOWING HIGH NUTRITION RISK PROBLEMS OR ISSUES (IF YES, ENTER A DIETITIAN CONSULT REQUEST) AND PROVIDE ADDITIONAL NUTRITIONAL INTERVENTION
   PATIENT DOES NOT HAVE HIGH RISK NUTRITIONAL PROBLEMS

ADDITIONAL NUTRITIONAL PROBLEMS OR ISSUES PRESENT OF SUSPECTED
   NO NUTRITIONAL ISSUES IDENTIFIED OR SUSPECTED

IF NUTRITIONAL PROBLEMS WERE IDENTIFIED, DOCUMENT NUTRITIONAL INTERVENTIONS PROVIDED TO IMPROVE PATIENT'S NUTRITIONAL STATUS
   NO CURRENT SN NUTRITIONAL INTERVENTIONS REQUIRED.

**Therapy Goals/Status**

FUNCTIONAL

Exhibit 6                                    63 of 127

## Visit Note Report

| | | |
|---|---|---|
| Client:  HINSON, BOBBIE | MR No:  J4600012663201 | Legacy MR No: |
| sured ID:  OGS201215873 | Primary Payor: | BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| Insured ID: | Secondary Payor: | SELF PAY |
| Visit Date:  12/01/2015    Visit Number:  1 | Visit Type: | PT00X - PT ADMISSION WITHOUT OASIS (NON MEDICARE/MEDICAID CLIENTS) |

**Therapy Goals/Status**

```
BALANCE (PT)
    DYNAMIC STANDING (PT)
        STATUS: GOOD-
            STG: GOOD-MAINTAINS BALANCE W/O SUPPORT, ACCEPTS MOD. CHALLENGE; SHIFTS WT W/SOME EVIDENCE OF
            LIMITATIONS
            TARGET DATE: 12/19/2015
            GOAL MET: N
            COMMENTS:

            LTG: GOOD+
            TARGET DATE: 12/26/2015
            GOAL MET: N
            COMMENTS:

            CARRYOVER:
GAIT (PT)
    LEVEL SURFACE DISTANCE (IN FEET)
        STATUS: 250
            STG: 500
            TARGET DATE: 12/19/2015
            GOAL MET: N
            COMMENTS:

            LTG: 1000
            TARGET DATE: 12/26/2015
            GOAL MET: N
            COMMENTS:

            CARRYOVER:
    LEVEL SURFACE ASSISTANCE
        STATUS: MODIFIED INDEPENDENT
            STG: INDEPENDENT
            TARGET DATE: 12/26/2015
            GOAL MET: N
            COMMENTS:

            LTG:
            TARGET DATE:
            GOAL MET: N
            COMMENTS:

            CARRYOVER:
    LEVEL SURFACE GAIT FINDINGS
        STATUS: OTHER (ENTER COMMENT)
            STG:
            TARGET DATE:
            GOAL MET: N
```

Exhibit 6                    64 of 127

## Visit Note Report

Client:  HINSON, BOBBIE
  sured ID:   OGS201215973
.nsured ID:

MR No: J4600012663201      Legacy MR No:
Primary Payor:    BLUE CROSS BLUE SHIELD OF MISSISSIPPI
Secondary Payor:    SELF PAY

Visit Date:   12/01/2015      Visit Number:   1      Visit Type:   PT00X - PT ADMISSION WITHOUT OASIS (NON MEDICARE/MEDICAID CLIENTS)

**Therapy Goals Status**

COMMENTS: DECREASED STANCE LLE WITH SHIFTING TOWARD RLE.

LTG:
TARGET DATE:
GOAL MET: N
COMMENTS:

CARRYOVER:
LEVEL SURFACE DEVICE
STATUS:  OTHER (ENTER COMMENT)
STG:
TARGET DATE:
GOAL MET: N
COMMENTS: OCCASIONALLY USES FURNITURE AND WALLS

LTG:
TARGET DATE:
GOAL MET: N
COMMENTS:

CARRYOVER:
UNLEVEL SURFACE ASSISTANCE
STATUS:  MODIFIED INDEPENDENT
STG:  INDEPENDENT
TARGET DATE: 12/26/2015
GOAL MET: N
COMMENTS:

LTG:
TARGET DATE:
GOAL MET: N
COMMENTS:

CARRYOVER:
TINETTI (PT)
TINETTI BALANCE PLUS GAIT SCORE
STATUS:  20
STG:  24
TARGET DATE: 12/26/2015
GOAL MET: N
COMMENTS:

LTG:
TARGET DATE:
GOAL MET: N
COMMENTS:

## Visit Note Report

| | |
|---|---|
| Client: HINSON, BOBBIE | MR No: J4600012663201    Legacy MR No: |
| Insured ID:  OGS201215673 | Primary Payor:  BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| Insured ID: | Secondary Payor:  SELF PAY |

| | | | |
|---|---|---|---|
| Visit Date:  12/01/2015 | Visit Number:  1 | Visit Type: | PT00X - PT ADMISSION WITHOUT OASIS (NON MEDICARE/MEDICAID CLIENTS) |

**Therapy Goals/Status**

CARRYOVER:

HOME PROGRAM (PT)
    HOME PROGRAM (PT)
        HOME PROGRAM (PT)
            STATUS:  HOME PROGRAM NOT PROVIDED
                STG:  INITIAL HOME PROGRAM PROVIDED
                TARGET DATE: 12/12/2015
                GOAL MET: N
                COMMENTS:

                LTG:  FINAL HOME PROGRAM PROVIDED
                TARGET DATE: 12/26/2015
                GOAL MET: N
                COMMENTS:

                CARRYOVER:

MUSCULOSKELETAL (PT)
    GROSS ROM (PT)
        GROSS ROM L LE (PT)
            STATUS:  OTHER (SEE COMMENTS)
                STG: OTHER (SEE COMMENTS)
                TARGET DATE: 12/19/2015
                GOAL MET: Y
                COMMENTS: CURRENT ROM LEFT 2ND MTP JOINT IS 45 DEGREES EXT AND 20 DEGREES FLEX.  ST GOAL FOR 55 DEGREES EXT AND 30 DEGREES FLEX

                LTG:  WITHIN FUNCTIONAL LIMITS
                TARGET DATE: 12/26/2015
                GOAL MET: N
                COMMENTS: LT GOAL FOR 65 DEGREES EXT AND 40 DEGREES FLEX

                CARRYOVER: Y
    GROSS STRENGTH (PT)
        GROSS STRENGTH L LE (PT)
            STATUS:  3/FAIR
                STG:  4/GOOD
                TARGET DATE: 12/26/2015
                GOAL MET: N
                COMMENTS: ANKLE AND FOOT

                LTG:
                TARGET DATE:
                GOAL MET: N
                COMMENTS:

                CARRYOVER:

Exhibit 6                                                    66 of 127

## Visit Note Report

| | | | |
|---|---|---|---|
| Client: HINSON, BOBBIE | MR No: J4600012663201 | Legacy MR No: | |
| Insured ID: OGS201215673 | Primary Payor: | BLUE CROSS BLUE SHIELD OF MISSISSIPPI | |
| Insured ID: | Secondary Payor: | SELF PAY | |
| Visit Date: 12/01/2015   Visit Number: 1 | Visit Type: | PT00X - PT ADMISSION WITHOUT OASIS (NON MEDICARE/MEDICAID CLIENTS) | |

**Therapy Goals/Status**

PAIN (PT)

    PAIN (PT)

        PAIN (PT)

            STATUS: 9

                STG: 2

                TARGET DATE: 12/26/2015

                GOAL MET: N

                COMMENTS:


                LTG:

                TARGET DATE:

                GOAL MET: N

                COMMENTS:


                CARRYOVER:

**Interventions Provided**

1. INST PT/CG RE: ON CALL PROCESS AND S/SX OF EXACERBATION OF DISEASE PROCESS THAT REQUIRE MEDICAL INTERVENTION.

DETAILS/COMMENTS: INSTRUCTED PATIENT ON PRIMARY DIAGNOSIS RECONSTRUCTION SX LEFT FOOT AND S/SX OF EXACERBATION TO REPORT TO RN/MD: WRITTEN LIST GIVEN TO PATIENT
INSTRUCTED AN RN IS ON CALL 24 HRS/DAY FOR QUESTIONS AND PATIENT ASSESSMENT. OFFICE HOURS ARE 8-4:30 MONDAY THROUGH FRIDAY. USE THE SAME OFFICE NUMBER AFTER HRS AND ON WEEK-ENDS. THE ANSWERING SERVICE WILL TAKE YOUR NAME AND CONTACT THE ON CALL NURSE. AN RN WILL RETURN YOUR CALL AND ARRANGE FOR A HOME VISIT IF NEEDED.
INSTRUCTED PATIENT ON SIGNS AND SYMPTOMS THAT REQUIRE IMMEDIATE ATTENTION (911 CALL): SEVERE SHORTNESS OF BREATH; UNCONTROLLED BLEEDING; CHEST PAIN UNRELIEVED WITH MEDICATION AND REST. THESE SYMPTOMS INDICATE A MEDICAL EMERGENCY AND 911 SHOULD BE CALLED FOR IMMEDIATE ASSISTANCE.
PT WAS ABLE TO DEMONSTRATE ABILITY TO CONTACT THE OFFICE. EMERGENT CARE GUIDE WITH OFFICE NUMBER AND 911 INSTRUCTIONS POSTED IN HOME IN VISIBLE AREA FOR FUTURE REFERENCE.

2. INSTRUCT ON BASIC PROCESS MEASURES

DETAILS/COMMENTS: PAIN: INSTRUCTED PATIENT IN NON-PHARMACOLOGIC PAIN CONTROL METHODS: BY RESTING FREQUENTLY AND PERFORMING REGULAR AROM LEFT FOOT AND TOES.

DIABETIC FOOT CARE: PATIENT EDUCATION ON WEARING SOCKS AND SHOES AT ALL TIMES (NEVER WALKING BAREFOOT). EDUCATION ON SHAKING OUT SHOES AND CHECKING INSIDE PRIOR TO WEARING TO CHECK FOR OBJECTS/IRRITANTS, EDUCATION ON ASSURING THAT SHOE LINING IS SMOOTH.

DEPRESSION: ASSESSED PATIENT FOR SIGNS AND SYMPTOMS OF DEPRESSION AND REPORTED FINDINGS TO PHYSICIAN.

MEDICATION MANAGEMENT: INSTRUCTED PT THAT ALL MEDICATIONS USED FOR THE TREATMENT OF ANY HEALTH CONDITION CAN CAUSE SIDE EFFECTS. SIDE EFFECTS ARE PROBLEMS THAT OCCUR IN ADDITION TO THE DESIRED THERAPEUTIC EFFECT. INSTRUCTED PT THAT MANY PEOPLE WHO TAKE A DRUG OR COMBINATION OF DRUGS HAVE NO SIDE EFFECTS OR MINOR SIDE EFFECTS, BUT SOME SIDE EFFECTS MAY BE SEVERE AND REQUIRE MEDICAL ATTENTION.

Agent Signature:

Client Signature:

JAMES JOHNSON PT 12/01/2015 05:05 PM
{Electronically Signed}

Exhibit 6

67 of 127

## Visit Note Report

01/12/2016 07:57:32 AM

| | | |
|---|---|---|
| Client:  HINSON, BOBBIE | MR No:  J4600012663201 | Legacy MR No: |
| Insured ID:  OGS201215873 | Primary Payor:  BLUE CROSS BLUE SHIELD OF MISSISSIPPI | |
| Insured ID: | Secondary Payor:  SELF PAY | |

| | | | |
|---|---|---|---|
| Visit Date:  12/04/2015 | Visit Number:  2 | Visit Type: | PT11 - PT VISIT |

Agent Name:  JOHNSON, JAMES                                 Therapy Visit Number:          2

Time:   In: 12/04/2015 09:03 AM          Out: 12/04/2015 09:50 AM

### Assessment

THERAPY SUBJECTIVE

INDICATE ANY NEW SYMPTOMS OR CLINICAL CHANGES SINCE LAST VISIT (E.G., PAIN, BREATHING, PALPITATIONS, MUSCLE WEAKNESS, JOINT ROM LOSS OR STIFFNESS, EDEMA, LOSS OF BALANCE) AS REPORTED BY PATIENT/CAREGIVER
   NONE

INDICATE ANY NEW FUNCTIONAL CHANGES SINCE LAST VISIT, AS REPORTED BY PATIENT/CAREGIVER
   NONE

HAS THERE BEEN ANY CHANGE IN PATIENT'S MEDICATION REGIMEN SINCE LAST VISIT, AS REPORTED BY PATIENT/CAREGIVER?
   NO

HOMEBOUND STATUS

THE PATIENT HAS A NORMAL INABILITY TO LEAVE THE HOME AND LEAVING THE HOME REQUIRES A CONSIDERABLE AND TAXING EFFORT DUE TO THE FOLLOWING REASONS (MARK ALL THAT APPLY) :
   SUPPORTIVE DEVICE REQUIRED SUCH AS CANE, WALKER, WHEELCHAIR, CRUTCHES
   GENERALIZED WEAKNESS INTERFERING WITH MOBILITY
   ASSISTANCE OF ANOTHER PERSON REQUIRED TO LEAVE PATIENT'S PLACE OF RESIDENCE
   DIFFICULT, LIMITED AND / OR UNSAFE AMBULATION

PAIN

WAS PAIN ASSESSED?
   YES

HAS THE PATIENT EXPRESSED OR EXHIBITED VERBAL OR NON-VERBAL S/SX OF PAIN OR DISCOMFORT WITHIN THE LAST 48 HRS?
   YES

IS THE PATIENT EXPRESSING OR EXHIBITING VERBAL OR NON-VERBAL S/SX OF PAIN OR DISCOMFORT ON TODAYS VISIT?
   YES

INDICATE PATIENT REPORTED PAIN LEVEL
   4-6: MODERATE OR DISCOMFORTING PAIN.

INDICATE LOCATION OF PAIN:
   LEFT FOOT

HAS PAIN QUALITY OR EXACERBATING FACTORS CHANGED SIGNIFICANTLY SINCE LAST VISIT?
   NO

ARE THERE ANY ADDITIONAL COMMENTS CONCERNING PAIN?
   NO

INTEGUMENTARY

WAS INTEGUMENTARY ASSESSED?
   NO

INDICATE REASON INTEGUMENTARY NOT ASSESSED:
   NOT APPLICABLE

NEUROLOGIC

HAS NEUROLOGIC STATUS CHANGED SINCE LAST VISIT?
   NO

TINETTI ASSESSMENT

Exhibit 6

68 of 127

## Visit Note Report

| | | |
|---|---|---|
| Client:  HINSON, BOBBIE | MR No:  J4600012663201 | Legacy MR No: |
| nsured ID:  OGS201215973 | Primary Payor: | BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| nsured ID: | Secondary Payor: | SELF PAY |

| | | | |
|---|---|---|---|
| Visit Date:  12/04/2015 | Visit Number:  2 | Visit Type: | PT11 - PT VISIT |

### Assessment

WAS A TINETTI BALANCE AND GAIT ASSESSMENT PERFORMED?
   NO

INDICATE REASON TINETTI BALANCE AND GAIT ASSESSMENT NOT PERFORMED:
   NOT APPLICABLE TO THIS VISIT

REHAB SECONDARY DIAGNOSIS

ASSESS CLINICAL FINDINGS ASSOCIATED WITH PATIENTS SECONDARY DIAGNOSIS
   NO

INDICATE REASON SECONDARY DIAGNOSIS WAS NOT ASSESSED
   NOT APPLICABLE

SUPERVISORY  FUNCTIONS

WERE SUPERVISORY FUNCTIONS PERFORMED?
   NO

INDICATE REASON SUPERVISORY FUNCTIONS NOT PERFORMED:
   NOT APPLICABLE

THERAPY ASSESSMENT/PLAN

PROVIDE A BRIEF OBJECTIVE DESCRIPTION OF PATIENT'S RESPONSE TO TODAY'S TREATMENT.  ADDITIONAL DETAILS ARE DOCUMENTED
IN THE STATUS FIELDS WITHIN THE THERAPY GOALS/STATUS SECTION.
   PATIENT SHOWS DECREASING PAIN WITH STRETCHING AND MOBILITY BUT REMAINS LIMITED WITH AMBULATION DISTANCES.   PATIENT
   SHOULD SHOW VERY GOOD FUNCTIONAL GAINS WITH CONTINUED PHYSICAL THERAPY INTERVENTION

INDICATE LEVEL OF PATIENT'S COOPERATION AND COMPLIANCE
   EXCELLENT

ARE THERE ANY ADDITIONAL COMMENTS CONCERNING PATIENT'S COOPERATION AND COMPLIANCE?
   NO

WAS A CAREGIVER INVOLVED IN THE PATIENT'S CARE DURING TODAY'S VISIT?
   NO

ARE THERE ANY ADDITIONAL COMMENTS CONCERNING THERAPY ASSESSMENT?
   NO

INDICATE THE PATIENT'S REMAINING FUNCTIONAL PROBLEMS TO BE ADDRESSED BY DISCIPLINE
   PAIN, DECREASED STRENGTH AND ROM, ABNORMAL GAIT, DECREASED FUNCTIONAL ACTIVITY TOLERANCE

INDICATE PLAN FOR NEXT VISIT
   CONTINUE PER CURRENT POC/GOALS

IS THE NEXT VISIT FOR THIS PATIENT SCHEDULED TO OCCUR IN A NEW EPISODE (RECERTIFICATION)?
   NO

INDICATE MAIN TREATMENT FOCUS FOR NEXT SCHEDULED VISIT
   STRENGTH, ROM, GAIT, SAFETY

IS THIS A SKILLED MAINTENANCE THERAPY (TRADITIONAL MEDICARE) VISIT?
   NO

### Therapy Goals/Status

FUNCTIONAL

   BALANCE (PT)

      DYNAMIC STANDING (PT)

         STATUS: GOOD-

            STG: GOOD-MAINTAINS BALANCE W/O SUPPORT, ACCEPTS MOD. CHALLENGE; SHIFTS WT W/SOME EVIDENCE OF
            LIMITATIONS
            TARGET DATE: 12/19/2015

            GOAL MET: N

            COMMENTS:


            LTG:  GOOD+

            TARGET DATE: 12/26/2015

## Visit Note Report

| | | |
|---|---|---|
| Client:  HINSON, BOBBIE | MR No:  J4800012663201 | Legacy MR No: |
| sured ID:  OGS201215873 | Primary Payor: | BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| Insured ID: | Secondary Payor: | SELF PAY |

Visit Date:   12/04/2015      Visit Number:   2        Visit Type:        PT11 - PT VISIT

Therapy Goals/Status

```
                  GOAL MET: N
                  COMMENTS:

                  CARRYOVER:
     GAIT (PT)
          LEVEL SURFACE DISTANCE (IN FEET)
               STATUS:  300
                    STG:  500
                    TARGET DATE: 12/19/2015
                    GOAL MET: N
                    COMMENTS:

                    LTG:  1000
                    TARGET DATE: 12/26/2015
                    GOAL MET: N
                    COMMENTS:

                    CARRYOVER:
          LEVEL SURFACE ASSISTANCE
               STATUS:  MODIFIED INDEPENDENT
                    STG:  INDEPENDENT
                    TARGET DATE: 12/26/2015
                    GOAL MET: N
                    COMMENTS:

                    LTG:
                    TARGET DATE:
                    GOAL MET: N
                    COMMENTS:

                    CARRYOVER:
          LEVEL SURFACE GAIT FINDINGS
               STATUS:  OTHER (ENTER COMMENT)
                    STG:
                    TARGET DATE:
                    GOAL MET: N
                    COMMENTS:

                    LTG:
                    TARGET DATE:
                    GOAL MET: N
                    COMMENTS:

                    CARRYOVER:
          LEVEL SURFACE DEVICE
               STATUS:  OTHER (ENTER COMMENT)
```

Exhibit 6                                    70 of 127

Visit Note Report

Client:   HINSON, BOBBIE                    MR No:  J4600012663201        Legacy MR No:
 sured ID:   OGS201215873                   Primary Payor:    BLUE CROSS BLUE SHIELD OF MISSISSIPPI
nsured ID:                                  Secondary Payor:    SELF PAY

Visit Date:    12/04/2015    Visit Number:   2       Visit Type:        PT11 - PT VISIT

Therapy Goals/Status

                    STG:
                        TARGET DATE:
                        GOAL MET: N
                        COMMENTS:

                    LTG:
                        TARGET DATE:
                        GOAL MET: N
                        COMMENTS:

                    CARRYOVER:
HOME PROGRAM (PT)
       HOME PROGRAM (PT)
             HOME PROGRAM (PT)
                    STATUS:  INITIAL HOME PROGRAM PROVIDED
                        STG:  INITIAL HOME PROGRAM PROVIDED
                        TARGET DATE: 12/12/2015
                        GOAL MET: Y
                        COMMENTS:

                    LTG:  FINAL HOME PROGRAM PROVIDED
                        TARGET DATE: 12/26/2015
                        GOAL MET: N
                        COMMENTS:

                    CARRYOVER:
MUSCULOSKELETAL (PT)
       GROSS ROM (PT)
             GROSS ROM L LE (PT)
                    STATUS:  OTHER (SEE COMMENTS)
                        STG:  OTHER (SEE COMMENTS)
                        TARGET DATE: 12/19/2015
                        GOAL MET: Y
                        COMMENTS: CURRENT ROM LEFT 2ND MTP JOINT IS 45 DEGREES EXT AND 20 DEGREES FLEX.  ST GOAL FOR 55 DEGREES
                        EXT AND 30 DEGREES FLEX

                    LTG:  WITHIN FUNCTIONAL LIMITS
                        TARGET DATE: 12/26/2015
                        GOAL MET: N
                        COMMENTS: LT GOAL FOR 65 DEGREES EXT AND 40 DEGREES FLEX

                    CARRYOVER: Y
       GROSS STRENGTH (PT)
             GROSS STRENGTH L LE (PT)
                    STATUS:  3/FAIR
                        STG:  4/GOOD
                        TARGET DATE: 12/26/2015

Visit Note Report

| | | | |
|---|---|---|---|
| Client: HINSON, BOBBIE | | MR No: J4600012663201 | Legacy MR No: |
| Insured ID: OGS201215873 | | Primary Payor: | BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| Insured ID: | | Secondary Payor: | SELF PAY |
| Visit Date: 12/04/2015 | Visit Number: 2 | Visit Type: | PT11 - PT VISIT |

**Therapy Goals/Status**

GOAL MET: N

COMMENTS:

LTG:

TARGET DATE:

GOAL MET: N

COMMENTS:

CARRYOVER:

PAIN (PT)

PAIN (PT)

PAIN (PT)

STATUS: 6

STG: 2

TARGET DATE: 12/26/2015

GOAL MET: N

COMMENTS:

LTG:

TARGET DATE:

GOAL MET: N

COMMENTS:

CARRYOVER:

Exhibit 6

## Visit Note Report

| | | | |
|---|---|---|---|
| Client: HINSON, BOBBIE | | MR No: J4600012663201 | Legacy MR No: |
| Insured ID: OGS201215873 | | Primary Payor: | BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| Insured ID: | | Secondary Payor: | SELF PAY |
| Visit Date: 12/04/2015 | Visit Number: 2 | Visit Type: | PT11 - PT VISIT |

**Interventions Provided**

1. ASSESS PATIENTS CLINICAL STATUS FOR ABNORMALITIES OR SIGNIFICANT CLINICAL FINDINGS ASSOCIATED WITH ANY OF THE FOLLOWING SECONDARY DIAGNOSES AS DECLARED ON THE POC: HEART FAILURE, COPD, HYPERTENSION, DIABETES, VISION IMPAIRMENT, DEPRESSION DEMENTIA, GI CONDITIONS (ALWAYS SELECT THIS INTERVENTION)

DETAILS/COMMENTS: NO ABNORMALITIES OR SIGNIFICANT CHANGES IDENTIFIED.

2. INSTRUCT PATIENT/CAREGIVER IN PERFORMANCE OF DIABETIC FOOT CARE

DETAILS/COMMENTS: PATIENT EDUCAITON ON KEEPING SKIN SOFT AND SMOOTH BY APPLYING A THIN COAT OF WATER BASED SKIN LOTION ON TOPS AND BOTTOMS OF FEET (BUT NOT BETWEEN TOES).

PATIENT EDUCATION ON PROPERLY FITTED FOOTWEAR THAT IS STURDY, COMFORTABLE AND PROVIDES ADEQUATE PROTECTION OF FEET, WITH RECOMMENDATION OF PRESCRIPTION SHOES OR SHOE INSERTS TO MD AS WARRANTED.

3. P.T. TO PROVIDE MEDICATION MANAGEMENT: INSTRUCT PT/CG TO MONITOR EFFECTIVENESS OF DRUG THERAPY, DRUG REACTIONS, SIDE EFFECTS AND HOW AND WHEN TO REPORT PROBLEMS THAT MAY OCCUR. WHEN WARRANTED, CONSULT WITH SN FOR ADDITIONAL GUIDANCE.

DETAILS/COMMENTS: INSTRUCTED PT THAT ALL MEDICATIONS USED FOR THE TREATMENT OF ANY HEALTH CONDITION CAN CAUSE SIDE EFFECTS. SIDE EFFECTS ARE PROBLEMS THAT OCCUR IN ADDITION TO THE DESIRED THERAPEUTIC EFFECT. INSTRUCTED PT THAT MANY PEOPLE WHO TAKE A DRUG OR COMBINATION OF DRUGS HAVE NO SIDE EFFECTS OR MINOR SIDE EFFECTS, BUT SOME SIDE EFFECTS MAY BE SEVERE AND REQUIRE MEDICAL ATTENTION.

4. INSTRUCT PATIENT IN SAFE GAIT TRAINING WITH/WITHOUT USE OF DEVICES ON PATIENT APPROPRIATE LEVELS.

DETAILS/COMMENTS: INSTRUCTED PATIENT IN GAIT TRAINING FULL WB L/R LE FOR 300 FEET WITH MOD I ASSISTANCE, OCCASIONALLY USING FURNITURE ASSISTIVE DEVICE AND EMPHASIS ON INCONSISTENT RYTHM WITH DECREASED PUSH OFF LEFT FOOT .

5. INSTRUCT PATIENT IN AND ASSIST PATIENT TO PERFORM THERAPEUTIC EXERCISES; OBSERVE RETURN DEMONSTRATION FROM PATIENT.

DETAILS/COMMENTS: STATIC STRETCH PROXIMAL MTP AND DISTAL MTP JOINTS OF 2ND TOE IN FLEX AND EXT 3X2 MIN. STATIC STRETCH LATERAL DEVIATION LEFT 2ND TOE 3X2 MIN. JOINT MOBILIZATIONS PROXIMAL MTP JOINT 2ND TOE.

6. INSTRUCT PATIENT/CAREGIVER IN NON-PHARMACOLOGIC PAIN CONTROL METHODS.

DETAILS/COMMENTS: INSTRUCTED PATIENT ON IMPORTANCE OF PERFORMING REGULAR AROM AND STRETCHING LEFT 2ND TOE

7. ESTABLISH A WRITTEN HOME PROGRAM AND INSTRUCT PATIENT/CAREGIVER(S) IN PERFORMANCE OF WRITTEN HOME PROGRAM; OBSERVE RETURN DEMONSTRATION FROM PATIENT/CAREGIVER(S). PT

DETAILS/COMMENTS: ESTABLISHED INITIAL HOME PROGRAM AND INSTRUCTED PATIENT IN PERFORMANCE OF INITIAL HOME PROGRAM/OBSERVED RETURN DEMONSTRATION FROM PATIENT

PRESSURE ULCER PREVENTION

PAIN CONTROL

THERAPEUTIC EXERCISES

AMBULATION MOBILITY

8. INSTRUCT PATIENT/CAREGIVER ON FALL RISK PREVENTION MEASURES.

DETAILS/COMMENTS: INSTRUCTED PATIENT ON IMPORTANCE OF PERFORMING LOWER EXTREMITY THERAPEUTIC EXERCISES REGULARLY FOR INCREASED MUSCULAR STRENGTH, DECREASED RISK FOR FALLS.

INSTRUCTED PATIENT ON PAIN MODALITIES TO IMPROVE FUNCTIONAL MOBILITY AND REDUCE FALL RISK.

9. INSTRUCT PATIENT/CAREGIVER IN PERFORMANCE OF THERAPEUTIC PRESSURE ULCER PREVENTION MEASURES

DETAILS/COMMENTS: INSTRUCTED PATIENT ON IMPORTANCE OF CHANGING POSITION Q TWO HOURS

y

## Visit Note Report

| | |
|---|---|
| Client:  HINSON, BOBBIE | MR No:  J4600012663201          Legacy MR No: |
| nsured ID:    OGS201215973 | Primary Payor:        BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| Insured ID: | Secondary Payor:      SELF PAY |

| | | | |
|---|---|---|---|
| Visit Date:    12/04/2015 | Visit Number:    2 | Visit Type: | PT11 - PT VISIT |

Agent Signature:                                    Client Signature:

JAMES JOHNSON PT 12/04/2015 04:24 PM
(Electronically Signed)

# Visit Note Report

01/12/2016 07:57:31 AM

| | | |
|---|---|---|
| Client: HINSON, BOBBIE | MR No: J4600012663201 | Legacy MR No: |
| Insured ID: OGS201215873 | Primary Payor: | BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| Insured ID: | Secondary Payor: | SELF PAY |

| | | | | |
|---|---|---|---|---|
| Visit Date: 12/15/2015 | Visit Number: 3 | Visit Type: | PT11 - PT VISIT | |

| | |
|---|---|
| Agent Name: JOHNSON, JAMES | Therapy Visit Number: 3 |

Time:    In: 12/15/2015 09:00 AM    Out: 12/15/2015 09:55 AM

## Assessment

**THERAPY SUBJECTIVE**

INDICATE ANY NEW SYMPTOMS OR CLINICAL CHANGES SINCE LAST VISIT (E.G., PAIN, BREATHING, PALPITATIONS, MUSCLE WEAKNESS, JOINT ROM LOSS OR STIFFNESS, EDEMA, LOSS OF BALANCE) AS REPORTED BY PATIENT/CAREGIVER
  PATIENT STATES MD DIAGNOSED HER WITH NEUROPATHY IN FOOT BUT FOUND NOTHING WRONG WITH STRUCTURE OF FOOT

INDICATE ANY NEW FUNCTIONAL CHANGES SINCE LAST VISIT, AS REPORTED BY PATIENT/CAREGIVER
  NONE

HAS THERE BEEN ANY CHANGE IN PATIENT'S MEDICATION REGIMEN SINCE LAST VISIT, AS REPORTED BY PATIENT/CAREGIVER?
  NO

**HOMEBOUND STATUS**

THE PATIENT HAS A NORMAL INABILITY TO LEAVE THE HOME AND LEAVING THE HOME REQUIRES A CONSIDERABLE AND TAXING EFFORT DUE TO THE FOLLOWING REASONS (MARK ALL THAT APPLY):
  SUPPORTIVE DEVICE REQUIRED SUCH AS CANE, WALKER, WHEELCHAIR, CRUTCHES
  GENERALIZED WEAKNESS INTERFERING WITH MOBILITY
  ASSISTANCE OF ANOTHER PERSON REQUIRED TO LEAVE PATIENT'S PLACE OF RESIDENCE
  DIFFICULT, LIMITED AND / OR UNSAFE AMBULATION

**PAIN**

WAS PAIN ASSESSED?
  YES

HAS THE PATIENT EXPRESSED OR EXHIBITED VERBAL OR NON-VERBAL S/SX OF PAIN OR DISCOMFORT WITHIN THE LAST 48 HRS?
  YES

IS THE PATIENT EXPRESSING OR EXHIBITING VERBAL OR NON-VERBAL S/SX OF PAIN OR DISCOMFORT ON TODAYS VISIT?
  YES

INDICATE PATIENT REPORTED PAIN LEVEL
  7-10: SEVERE OR INTENSE PAIN

INDICATE LOCATION OF PAIN:
  LEFT FOOT AND TOES

HAS PAIN QUALITY OR EXACERBATING FACTORS CHANGED SIGNIFICANTLY SINCE LAST VISIT?
  NO

ARE THERE ANY ADDITIONAL COMMENTS CONCERNING PAIN?
  NO

**INTEGUMENTARY**

WAS INTEGUMENTARY ASSESSED?
  NO

INDICATE REASON INTEGUMENTARY NOT ASSESSED:
  NOT APPLICABLE

**NEUROLOGIC**

HAS NEUROLOGIC STATUS CHANGED SINCE LAST VISIT?
  NO

**TINETTI ASSESSMENT**

Exhibit 6

75 of 127

## Visit Note Report

| | |
|---|---|
| Client:   HINSON, BOBBIE | MR No: J4600012663201     Legacy MR No: |
| Insured ID:   OGS201215873 | Primary Payor:   BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| Insured ID: | Secondary Payor:   SELF PAY |

Visit Date:   12/15/2015     Visit Number:   3     Visit Type:   PT11 - PT VISIT

### Assessment

WAS A TINETTI BALANCE AND GAIT ASSESSMENT PERFORMED?
  NO
INDICATE REASON TINETTI BALANCE AND GAIT ASSESSMENT NOT PERFORMED:
  NOT APPLICABLE TO THIS VISIT
REHAB SECONDARY DIAGNOSIS
  ASSESS CLINICAL FINDINGS ASSOCIATED WITH PATIENTS SECONDARY DIAGNOSIS
    NO
  INDICATE REASON SECONDARY DIAGNOSIS WAS NOT ASSESSED
    · NOT APPLICABLE
SUPERVISORY FUNCTIONS
  WERE SUPERVISORY FUNCTIONS PERFORMED?
    NO
  INDICATE REASON SUPERVISORY FUNCTIONS NOT PERFORMED:
    NOT APPLICABLE
THERAPY ASSESSMENT/PLAN
  PROVIDE A BRIEF OBJECTIVE DESCRIPTION OF PATIENT'S RESPONSE TO TODAY'S TREATMENT.  ADDITIONAL DETAILS ARE DOCUMENTED IN THE STATUS FIELDS WITHIN THE THERAPY GOALS/STATUS SECTION.
    NONE
  INDICATE LEVEL OF PATIENT'S COOPERATION AND COMPLIANCE
    EXCELLENT
  ARE THERE ANY ADDITIONAL COMMENTS CONCERNING PATIENT'S COOPERATION AND COMPLIANCE?
    NO
  WAS A CAREGIVER INVOLVED IN THE PATIENT'S CARE DURING TODAY'S VISIT?
    NO
  ARE THERE ANY ADDITIONAL COMMENTS CONCERNING THERAPY ASSESSMENT?
    NO
  INDICATE THE PATIENT'S REMAINING FUNCTIONAL PROBLEMS TO BE ADDRESSED BY DISCIPLINE
    PATIENT DEMONSTRATES EXCELLENT UNDERSTANDING OF ALL SAFETY AND SELF EX PROGRAM TRAINING THIS VISIT.  PATIENT ABLE TO MAINTAIN PROPER GAIT WITH INCREASED DISTANCES BUT SHOWS INCREASED LIMP WITH INCREASED WB ONTO RLE WITH INCREASED LOB.   PATIENT SHOULD SHOW VERY GOOD FUNCTIONAL GAINS WITH CONTINUED PHYSICAL THERAPY INTERVENTION
  INDICATE PLAN FOR NEXT VISIT
    CONTINUE PER CURRENT POC/GOALS
  IS THE NEXT VISIT FOR THIS PATIENT SCHEDULED TO OCCUR IN A NEW EPISODE (RECERTIFICATION)?
    NO
  INDICATE MAIN TREATMENT FOCUS FOR NEXT SCHEDULED VISIT
    STRENGTH, ROM, GAIT, BALANCE
  IS THIS A SKILLED MAINTENANCE THERAPY (TRADITIONAL MEDICARE) VISIT?
    NO

### Therapy Goals Status

FUNCTIONAL
    BALANCE (PT)
        DYNAMIC STANDING (PT)
            STATUS: GOOD-
                STG: GOOD-MAINTAINS BALANCE W/O SUPPORT, ACCEPTS MOD. CHALLENGE; SHIFTS WT W/SOME EVIDENCE OF LIMITATIONS
                TARGET DATE: 12/19/2015
                GOAL MET: N
                COMMENTS:

                LTG: GOOD+

## Visit Note Report

| | | | |
|---|---|---|---|
| Client: HINSON, BOBBIE | | MR No: J4600012663201 | Legacy MR No: |
| sured ID: OGS201215973 | | Primary Payor: | BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| Insured ID: | | Secondary Payor: | SELF PAY |

Visit Date: 12/15/2015    Visit Number: 3    Visit Type:    PT11 - PT VISIT

**Therapy Goals Status**

```
                TARGET DATE: 12/26/2015
                GOAL MET: N
                COMMENTS:


                CARRYOVER:
GAIT (PT)
        LEVEL SURFACE DISTANCE (IN FEET)
            STATUS: 500
                STG: 500
                TARGET DATE: 12/19/2015
                GOAL MET: Y
                COMMENTS:


                LTG: 1000
                TARGET DATE: 12/26/2015
                GOAL MET: N
                COMMENTS:


                CARRYOVER:
        LEVEL SURFACE ASSISTANCE
            STATUS: MODIFIED INDEPENDENT
                STG: INDEPENDENT
                TARGET DATE: 12/26/2015
                GOAL MET: N
                COMMENTS:


                LTG:
                TARGET DATE:
                GOAL MET: N
                COMMENTS:


                CARRYOVER:
        LEVEL SURFACE GAIT FINDINGS
            STATUS: OTHER (ENTER COMMENT)
                STG:
                TARGET DATE:
                GOAL MET: N
                COMMENTS:


                LTG:
                TARGET DATE:
                GOAL MET: N
                COMMENTS:


                CARRYOVER:
        LEVEL SURFACE DEVICE
```

## Visit Note Report

| | |
|---|---|
| Client: HINSON, BOBBIE | MR No: J4600012663201    Legacy MR No: |
| Insured ID: OGS201215973 | Primary Payor: BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| Insured ID: | Secondary Payor: SELF PAY |

Visit Date: 12/15/2015    Visit Number: 3    Visit Type: PT11 - PT VISIT

**Therapy Goals Status**

STATUS: OTHER (ENTER COMMENT)

  STG:

  TARGET DATE:

  GOAL MET: N

  COMMENTS: FURNITURE AND WALLS OCCASIONALLY USED

  LTG:

  TARGET DATE:

  GOAL MET: N

  COMMENTS:

  CARRYOVER:

UNLEVEL SURFACE ASSISTANCE

STATUS: MODIFIED INDEPENDENT

  STG: INDEPENDENT

  TARGET DATE: 12/26/2015

  GOAL MET: N

  COMMENTS:

  LTG:

  TARGET DATE:

  GOAL MET: N

  COMMENTS:

  CARRYOVER:

HOME PROGRAM (PT)

  HOME PROGRAM (PT)

    HOME PROGRAM (PT)

STATUS: INITIAL HOME PROGRAM PROVIDED

  STG: INITIAL HOME PROGRAM PROVIDED

  TARGET DATE: 12/12/2015

  GOAL MET: Y

  COMMENTS:

  LTG: FINAL HOME PROGRAM PROVIDED

  TARGET DATE: 12/26/2015

  GOAL MET: N

  COMMENTS:

  CARRYOVER:

MUSCULOSKELETAL (PT)

  GROSS ROM (PT)

    GROSS ROM L LE (PT)

STATUS: OTHER (SEE COMMENTS)

  STG: OTHER (SEE COMMENTS)

  TARGET DATE: 12/19/2015

## Visit Note Report

| | | | |
|---|---|---|---|
| Client: HINSON, BOBBIE | | MR No: J4600012663201 | Legacy MR No: |
| Insured ID: OGS201215973 | | Primary Payor: | BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| Insured ID: | | Secondary Payor: | SELF PAY |

Visit Date:   12/15/2015     Visit Number:   3     Visit Type:   PT11 - PT VISIT

**Therapy Goals Status**

GOAL MET: Y

COMMENTS: CURRENT ROM LEFT 2ND MTP JOINT IS 45 DEGREES EXT AND 20 DEGREES FLEX.  ST GOAL FOR 55 DEGREES EXT AND 30 DEGREES FLEX

LTG:  WITHIN FUNCTIONAL LIMITS

TARGET DATE: 12/26/2015

GOAL MET: N

COMMENTS: LT GOAL FOR 65 DEGREES EXT AND 40 DEGREES FLEX

CARRYOVER: Y

GROSS STRENGTH (PT)

GROSS STRENGTH L LE (PT)

STATUS:  3/FAIR

STG:  4/GOOD

TARGET DATE: 12/26/2015

GOAL MET: N

COMMENTS:

LTG:

TARGET DATE:

GOAL MET: N

COMMENTS:

CARRYOVER:

PAIN (PT)

PAIN (PT)

PAIN (PT)

STATUS:  9

STG:  2

TARGET DATE: 12/26/2015

GOAL MET: N

COMMENTS:

LTG:

TARGET DATE:

GOAL MET: N

COMMENTS:

CARRYOVER:

## Visit Note Report

| | | | |
|---|---|---|---|
| Client: HINSON, BOBBIE | MR No: J4600012663201 | Legacy MR No: | |
| sured ID: OGS201215873 | Primary Payor: | BLUE CROSS BLUE SHIELD OF MISSISSIPPI | |
| Insured ID: | Secondary Payor: | SELF PAY | |

| | | | |
|---|---|---|---|
| Visit Date: 12/15/2015 | Visit Number: 3 | Visit Type: | PT11 - PT VISIT |

**Interventions Provided**

1. ASSESS PATIENTS CLINICAL STATUS FOR ABNORMALITIES OR SIGNIFICANT CLINICAL FINDINGS ASSOCIATED WITH ANY OF THE FOLLOWING SECONDARY DIAGNOSES AS DECLARED ON THE POC:  HEART FAILURE, COPD, HYPERTENSION, DIABETES, VISION IMPAIRMENT, DEPRESSION DEMENTIA, GI CONDITIONS  (ALWAYS SELECT THIS INTERVENTION)

DETAILS/COMMENTS: NO ABNORMALITIES OR SIGNIFICANT CHANGES IDENTIFIED.

2. INSTRUCT PATIENT/CAREGIVER IN PERFORMANCE OF DIABETIC FOOT CARE

DETAILS/COMMENTS: PATIENT EDUCAITON ON KEEPING SKIN SOFT AND SMOOTH BY APPLYING A THIN COAT OF WATER BASED SKIN LOTION ON TOPS AND BOTTOMS OF FEET (BUT NOT BETWEEN TOES).

3. INSTRUCT PATIENT IN SAFE GAIT TRAINING WITH/WITHOUT USE OF DEVICES ON PATIENT APPROPRIATE LEVELS.

DETAILS/COMMENTS: GAIT TRAINING X 500 FEET WITH MOD I NO AD WITH EMPHASIS ON  HEEL STRIKE WITH TRANSITION OF WB ONTO MID FOOT AND FOREFOOT WITH PUSH OFF

4. INSTRUCT AND TRAIN PATIENT/CAREGIVER IN BALANCE CORRECTION MEASURES WITH/WITHOUT THE USE OF DEVICES TO ASSURE SAFETY IN MOBILITY SKILLS.

DETAILS/COMMENTS: POSTERIOR LEANING IN STANDING WITH INITIATION OF DF AS PART OF HEEL ROCKER

5. INSTRUCT PATIENT IN AND ASSIST PATIENT TO PERFORM THERAPEUTIC EXERCISES; OBSERVE RETURN DEMONSTRATION FROM PATIENT.

DETAILS/COMMENTS: STATIC STRETCH LEFT FOOT 2ND MTP JOINT IN FLEXION AND EXT AS WELL AS LATERAL DEVIATION OF 2ND TOE 4X2 MIN.  GREAT TOE AND 2ND TOE TIED TOGETHER TO STRETCH 2ND TOE INTO LATERAL DEVIATION.  TOES TIED TOGETHER VERY LOOSELY TO PREVENT ANY EXCESSIVE PRESSURE OR COMPROMISE OF BLOOD FLOW.  TOES TIED WITH VERY SOFT SOCK MATERIAL WITH NO THICK EDGES.  PATIENT INSTRUCTED TO REMOVE TIED MATERIAL IN 30 MINUTES AND CHECK SKIN.  PT INSTRUCTED TO TIE TOES 3 TIMES PER DAY AND VERY THROUGH LYNN ASSES SKIN.  PATIENT DEMONSTRATES UNDERSTANDING OF PROPER TECHNIQUES TO TIE TOES AND ASSESS SKIN IN MANAGER WHICH WILL PREVENT AND COMPROMISE TO SKIN INTEGRITY

6. INSTRUCT PATIENT/CAREGIVER IN PERFORMANCE OF THERAPEUTIC PRESSURE ULCER PREVENTION MEASURES

DETAILS/COMMENTS: INSTRUCTED PATIENT ON IMPORTANCE OF MONITORING SKIN ON FOOT, GREAT TOE, SECOND TOE MULTIPLE TIMES DAILY

| Agent Signature: | Client Signature: |
|---|---|
| | |

JAMES JOHNSON PT  12/15/2015 07:27 PM
(Electronically Signed)

Exhibit 6

80 of 127

**Visit Note Report**

01/12/2016 07:57:30 AM

| | |
|---|---|
| Client:  HINSON, BOBBIE | MR No: J4600012683201          Legacy MR No: |
| Insured ID:  OGS201215873 | Primary Payor:  BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| Insured ID: | Secondary Payor:  SELF PAY |

Visit Date:  12/17/2015     Visit Number:   4     Visit Type:          PT11 - PT VISIT

Agent Name:  JOHNSON, JAMES                          Therapy Visit Number:      4

Time:   In: 12/17/2015 07:52 AM        Out:  12/17/2015 08:26 AM

**Assessment**

**THERAPY SUBJECTIVE**

INDICATE ANY NEW SYMPTOMS OR CLINICAL CHANGES SINCE LAST VISIT (E.G., PAIN, BREATHING, PALPITATIONS, MUSCLE WEAKNESS, JOINT ROM LOSS OR STIFFNESS, EDEMA, LOSS OF BALANCE) AS REPORTED BY PATIENT/CAREGIVER
   PATIENT STATES THAT SHE TOLERATES TYING OF SECOND TOE TO GREAT TOE LEFT FOOT WELL AND THAT SHE WAS DILIGENT IN ADHERING TO TIME ON/OFF INSTRUCTED BY THERAPIST AS WELL AS MONITORING OF SKIN

INDICATE ANY NEW FUNCTIONAL CHANGES SINCE LAST VISIT, AS REPORTED BY PATIENT/CAREGIVER
   NONE

HAS THERE BEEN ANY CHANGE IN PATIENT'S MEDICATION REGIMEN SINCE LAST VISIT, AS REPORTED BY PATIENT/CAREGIVER?
   NO

**HOMEBOUND STATUS**

THE PATIENT HAS A NORMAL INABILITY TO LEAVE THE HOME AND LEAVING THE HOME REQUIRES A CONSIDERABLE AND TAXING EFFORT DUE TO THE FOLLOWING REASONS (MARK ALL THAT APPLY) :
   SUPPORTIVE DEVICE REQUIRED SUCH AS CANE, WALKER, WHEELCHAIR, CRUTCHES
   GENERALIZED WEAKNESS INTERFERING WITH MOBILITY
   ASSISTANCE OF ANOTHER PERSON REQUIRED TO LEAVE PATIENT'S PLACE OF RESIDENCE
   DIFFICULT, LIMITED AND / OR UNSAFE AMBULATION

**PAIN**

WAS PAIN ASSESSED?
   YES

HAS THE PATIENT EXPRESSED OR EXHIBITED VERBAL OR NON-VERBAL S/SX OF PAIN OR DISCOMFORT WITHIN THE LAST 48 HRS?
   YES

IS THE PATIENT EXPRESSING OR EXHIBITING VERBAL OR NON-VERBAL S/SX OF PAIN OR DISCOMFORT ON TODAYS VISIT?
   YES

INDICATE PATIENT REPORTED PAIN LEVEL
   4-6: MODERATE OR DISCOMFORTING PAIN.

INDICATE LOCATION OF PAIN:
   LEFT FOOT AND TOES

HAS PAIN QUALITY OR EXACERBATING FACTORS CHANGED SIGNIFICANTLY SINCE LAST VISIT?
   NO

ARE THERE ANY ADDITIONAL COMMENTS CONCERNING PAIN?
   NO

**INTEGUMENTARY**

WAS INTEGUMENTARY ASSESSED?
   YES

INDICATE FINDINGS OF INTEGUMENTARY ASSESSMENT (MARK ALL THAT APPLY)
   WNL
   OTHER (SPECIFY)

INDICATE OTHER INTEGUMENTARY ASSESSMENT FINDINGS:
   LEFT FOOT,  TOES ASSESSED FOR ANY COMPROMISE TO SKIN INTEGRITY WITH NO ABNORMALITIES FOUND

## Visit Note Report

| | | |
|---|---|---|
| Client: HINSON, BOBBIE | MR No: J4600012663201 | Legacy MR No: |
| sured ID: OGS201215873 | Primary Payor: | BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| Insured ID: | Secondary Payor: | SELF PAY |

| | | | |
|---|---|---|---|
| Visit Date: 12/17/2015 | Visit Number: 4 | Visit Type: | PT11 - PT VISIT |

### Assessment

NEUROLOGIC

HAS NEUROLOGIC STATUS CHANGED SINCE LAST VISIT?
  NO

TINETTI ASSESSMENT

WAS A TINETTI BALANCE AND GAIT ASSESSMENT PERFORMED?
  NO

INDICATE REASON TINETTI BALANCE AND GAIT ASSESSMENT NOT PERFORMED:
  NOT APPLICABLE TO THIS VISIT

REHAB SECONDARY DIAGNOSIS

ASSESS CLINICAL FINDINGS ASSOCIATED WITH PATIENTS SECONDARY DIAGNOSIS
  NO

INDICATE REASON SECONDARY DIAGNOSIS WAS NOT ASSESSED
  NOT APPLICABLE

SUPERVISORY FUNCTIONS

WERE SUPERVISORY FUNCTIONS PERFORMED?
  NO

INDICATE REASON SUPERVISORY FUNCTIONS NOT PERFORMED:
  NOT APPLICABLE

THERAPY ASSESSMENT/PLAN

PROVIDE A BRIEF OBJECTIVE DESCRIPTION OF PATIENT'S RESPONSE TO TODAY'S TREATMENT. ADDITIONAL DETAILS ARE DOCUMENTED IN THE STATUS FIELDS WITHIN THE THERAPY GOALS/STATUS SECTION.
  PATIENT CONTINUES TO SHOW EXCELLENT UNDERSTANDING OF ALL SAFETY AND ED WITH PROPER RETURN DEMONSTRATION. PATIENT REQUIRING DECREASED CUING WITH GAIT TRNG BUT CONTINUES TO SHOW INCREASED PAIN AND GAIT ABNORMALITIES WITH INCREASED DISTANCES. PATIENT SHOULD SHOW VERY GOOD FUNCTIONAL GAINS WITH CONTINUED PHYSICAL THERAPY INTERVENTION

INDICATE LEVEL OF PATIENT'S COOPERATION AND COMPLIANCE
  EXCELLENT

ARE THERE ANY ADDITIONAL COMMENTS CONCERNING PATIENT'S COOPERATION AND COMPLIANCE?
  NO

WAS A CAREGIVER INVOLVED IN THE PATIENT'S CARE DURING TODAY'S VISIT?
  NO

ARE THERE ANY ADDITIONAL COMMENTS CONCERNING THERAPY ASSESSMENT?
  NO

INDICATE THE PATIENT'S REMAINING FUNCTIONAL PROBLEMS TO BE ADDRESSED BY DISCIPLINE
  PQIN, DECREASED STRENGTH AND ROM, ABNORMAL GAIT

INDICATE PLAN FOR NEXT VISIT
  CONTINUE PER CURRENT POC/GOALS

IS THE NEXT VISIT FOR THIS PATIENT SCHEDULED TO OCCUR IN A NEW EPISODE (RECERTIFICATION)?
  NO

INDICATE MAIN TREATMENT FOCUS FOR NEXT SCHEDULED VISIT
  STRENGTH, ROM, GAIT

IS THIS A SKILLED MAINTENANCE THERAPY (TRADITIONAL MEDICARE) VISIT?
  NO

### Therapy Goals/Status

FUNCTIONAL

  BALANCE (PT)

    DYNAMIC STANDING (PT)

      STATUS: GOOD-MAINTAINS BALANCE W/O SUPPORT, ACCEPTS MOD. CHALLENGE; SHIFTS WT W/SOME EVIDENCE OF LIMITATIONS

        STG: GOOD- MAINTAINS BALANCE W/O SUPPORT, ACCEPTS MOD. CHALLENGE; SHIFTS WT W/SOME EVIDENCE OF LIMITATIONS

Exhibit 6                    82 of 127

## Visit Note Report

| | | |
|---|---|---|
| Client:  HINSON, BOBBIE | MR No:  J4600012663201 | Legacy MR No: |
| sured ID:   OGS201215873 | Primary Payor: | BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| insured ID: | Secondary Payor: | SELF PAY |

| | | | |
|---|---|---|---|
| Visit Date:   12/17/2015 | Visit Number:   4 | Visit Type: | PT11 – PT VISIT |

**Therapy Goals/Status**

TARGET DATE: 12/19/2015

GOAL MET: Y

COMMENTS:

LTG: GOOD+

TARGET DATE: 12/26/2015

GOAL MET: N

COMMENTS:

CARRYOVER:

GAIT (PT)

LEVEL SURFACE ASSISTANCE

STATUS:  MODIFIED INDEPENDENT

STG:  INDEPENDENT

TARGET DATE: 12/26/2015

GOAL MET: N

COMMENTS:

LTG:

TARGET DATE:

GOAL MET: N

COMMENTS:

CARRYOVER:

LEVEL SURFACE GAIT FINDINGS

STATUS:  OTHER (ENTER COMMENT)

STG:

TARGET DATE:

GOAL MET: N

COMMENTS: DECREASED TRANSLATION FROM HEEL STRIKE TO FOOT OFF LLE

LTG:

TARGET DATE:

GOAL MET: N

COMMENTS:

CARRYOVER:

HOME PROGRAM (PT)

HOME PROGRAM (PT)

HOME PROGRAM (PT)

STATUS:  INITIAL HOME PROGRAM PROVIDED

STG:  INITIAL HOME PROGRAM PROVIDED

TARGET DATE: 12/12/2015

GOAL MET: Y

COMMENTS:

Exhibit 6

83 of 127

## Visit Note Report

| | | |
|---|---|---|
| Client: HINSON, BOBBIE | MR No: J4600012663201 | Legacy MR No: |
| Insured ID: OGS201215573 | Primary Payor: | BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| Insured ID: | Secondary Payor: | SELF PAY |

| | | |
|---|---|---|
| Visit Date: 12/17/2015 | Visit Number: 4 | Visit Type: PT11 - PT VISIT |

**Therapy Goals/Status**

```
                    LTG:  FINAL HOME PROGRAM PROVIDED
                    TARGET DATE: 12/26/2015
                    GOAL MET: N
                    COMMENTS:

                    CARRYOVER:
MUSCULOSKELETAL (PT)
     GROSS ROM (PT)
         GROSS ROM L LE (PT)
             STATUS: OTHER (SEE COMMENTS)
                    STG:  OTHER (SEE COMMENTS)
                    TARGET DATE: 12/19/2015
                    GOAL MET: Y
                    COMMENTS: CURRENT ROM LEFT 2ND MTP JOINT IS 45 DEGREES EXT AND 20 OEGREES FLEX.  ST GOAL FOR 55 DEGREES
                    EXT AND 30 DEGREES FLEX

                    LTG:  WITHIN FUNCTIONAL LIMITS
                    TARGET DATE: 12/26/2015
                    GOAL MET: N
                    COMMENTS: LT GOAL FOR 65 DEGREES EXT AND 40 DEGREES FLEX


                    CARRYOVER: Y
PAIN (PT)
     PAIN (PT)
         PAIN (PT)
             STATUS: 5
                    STG: 2
                    TARGET DATE: 12/26/2015
                    GOAL MET: N
                    COMMENTS:

                    LTG:
                    TARGET DATE:
                    GOAL MET: N
                    COMMENTS:

                    CARRYOVER:
```

## Visit Note Report

| | | | |
|---|---|---|---|
| Client: HINSON, BOBBIE | | MR No: J4600012663201 | Legacy MR No: |
| Insured ID: OGS201215873 | | Primary Payor: | BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| Insured ID: | | Secondary Payor: | SELF PAY |

| | | | | |
|---|---|---|---|---|
| Visit Date: 12/17/2015 | Visit Number: 4 | Visit Type: | PT11 - PT VISIT |

**Interventions Provided**

1. ASSESS PATIENTS CLINICAL STATUS FOR ABNORMALITIES OR SIGNIFICANT CLINICAL FINDINGS ASSOCIATED WITH ANY OF THE FOLLOWING SECONDARY DIAGNOSES AS DECLARED ON THE POC:  HEART FAILURE, COPD, HYPERTENSION, DIABETES, VISION IMPAIRMENT, DEPRESSION DEMENTIA, GI CONDITIONS  (ALWAYS SELECT THIS INTERVENTION)

  DETAILS/COMMENTS: NO ABNORMALITIES OR SIGNIFICANT CHANGES IDENTIFIED

2. INSTRUCT PATIENT/CAREGIVER IN PERFORMANCE OF DIABETIC FOOT CARE

  DETAILS/COMMENTS: INSTRUCTED PATIENT TO MONITOR FEET AND TOES MULTIPLE TIMES PER DAY.   INSTRUCTED PATIENT IN WASHING FEET DAILY AND APPLYING THIN LAYER OF LOTION ON FOOT BUT KEEPING AREA BETWEEN TOES DRY WITH NO LOTION

3. INSTRUCT PATIENT IN SAFE GAIT TRAINING WITH/WITHOUT USE OF DEVICES ON PATIENT APPROPRIATE LEVELS.

  DETAILS/COMMENTS: GAIT TRAINING WITH EMPHASIS ON MAINTAINING PROPER WEIGHT BEARING LEFT FOOT WITHOUT EXCESSIVELY SHIFTING WEIGHT OVER TO RLE.   INSTRUCTED PATIENT IN PERFORMING LEFT HEEL STRIKE WITH PROPER TRANSITION TO WB ON FOREFOOT WITH TOE OFF

4. INSTRUCT PATIENT IN AND ASSIST PATIENT TO PERFORM THERAPEUTIC EXERCISES; OBSERVE RETURN DEMONSTRATION FROM PATIENT.

  DETAILS/COMMENTS: STATIC STRETCH LEFT SECOND TOE 2X1 - 2 MIN FOR PROXIMAL AND DISTAL MTP FLEX AND EXT AS WELL AS LATERAL DEVIATION. TOE CURLS AND EXT LEFT FOOT WITH TOES HANGING OVER EDGE OF A STEP X 20 REPS

5. INSTRUCT PATIENT/CAREGIVER IN PERFORMANCE OF THERAPEUTIC PRESSURE ULCER PREVENTION MEASURES

  DETAILS/COMMENTS: INSTRUCTED PATIENT TO ASSESS SKIN OF TOES, FOOT, BETWEEN TOES OF LEFT FOOT MULTIPLE TIMES PER DAY. INSTRUCTED PATIENT TO USE ELASTIC SOCK TO LOOSELY THE GREAT TOE AND SECOND TOE LEFT FOOT TOGETGER WITH MATERIAL SPANNING ENTIRE LENGTH OF TOE TO DISTRIBUTE PRESSURE THROUGH OUT ENTIRE TOE AND PREVENT PRESSURE IN ANY ONE AREA. INSTRUCTED PATIENT IN TYING LOOSELY TO PREVENT PRESSURE

---

Agent Signature:                                    Client Signature:

JAMES JOHNSON PT  12/17/2015 09:00 AM
(Electronically Signed)

Visit Note Report                                                01/12/2016 07:57:30 AM

| Client: HINSON, BOBBIE | MR No: J4600012663201 | Legacy MR No: |
|---|---|---|
| Insured ID: OGS201215573 | Primary Payor: | BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| Insured ID: | Secondary Payor: | SELF PAY |

| Visit Date: 12/22/2015 | Visit Number: 5 | Visit Type: | PT11 - PT VISIT |
|---|---|---|---|

| Agent Name: JOHNSON, JAMES | Therapy Visit Number: 5 |
|---|---|

Time: In: 12/22/2015 08:04 AM        Out: 12/22/2015 08:57 AM

## Assessment

THERAPY SUBJECTIVE

INDICATE ANY NEW SYMPTOMS OR CLINICAL CHANGES SINCE LAST VISIT (E.G., PAIN, BREATHING, PALPITATIONS, MUSCLE WEAKNESS, JOINT ROM LOSS OR STIFFNESS, EDEMA, LOSS OF BALANCE) AS REPORTED BY PATIENT/CAREGIVER
   NONE

INDICATE ANY NEW FUNCTIONAL CHANGES SINCE LAST VISIT, AS REPORTED BY PATIENT/CAREGIVER
   NONE

HAS THERE BEEN ANY CHANGE IN PATIENT'S MEDICATION REGIMEN SINCE LAST VISIT, AS REPORTED BY PATIENT/CAREGIVER?
   NO

HOMEBOUND STATUS

THE PATIENT HAS A NORMAL INABILITY TO LEAVE THE HOME AND LEAVING THE HOME REQUIRES A CONSIDERABLE AND TAXING EFFORT DUE TO THE FOLLOWING REASONS (MARK ALL THAT APPLY) :
   SUPPORTIVE DEVICE REQUIRED SUCH AS CANE, WALKER, WHEELCHAIR, CRUTCHES
   GENERALIZED WEAKNESS INTERFERING WITH MOBILITY
   ASSISTANCE OF ANOTHER PERSON REQUIRED TO LEAVE PATIENT'S PLACE OF RESIDENCE
   DIFFICULT, LIMITED AND / OR UNSAFE AMBULATION

PAIN

WAS PAIN ASSESSED?
   YES

HAS THE PATIENT EXPRESSED OR EXHIBITED VERBAL OR NON-VERBAL S/SX OF PAIN OR DISCOMFORT WITHIN THE LAST 48 HRS?
   YES

IS THE PATIENT EXPRESSING OR EXHIBITING VERBAL OR NON-VERBAL S/SX OF PAIN OR DISCOMFORT ON TODAYS VISIT?
   YES

INDICATE PATIENT REPORTED PAIN LEVEL
   4-6: MODERATE OR DISCOMFORTING PAIN.

INDICATE LOCATION OF PAIN:
   LEFT FOOT AND TOES

HAS PAIN QUALITY OR EXACERBATING FACTORS CHANGED SIGNIFICANTLY SINCE LAST VISIT?
   NO

ARE THERE ANY ADDITIONAL COMMENTS CONCERNING PAIN?
   NO

INTEGUMENTARY

WAS INTEGUMENTARY ASSESSED?
   NO

INDICATE REASON INTEGUMENTARY NOT ASSESSED:
   NOT APPLICABLE

NEUROLOGIC

HAS NEUROLOGIC STATUS CHANGED SINCE LAST VISIT?
   NO

TINETTI ASSESSMENT

## Visit Note Report

| | |
|---|---|
| Client:  HINSON, BOBBIE | MR No: J4600012663201   Legacy MR No: |
| Insured ID:  OGS201215973 | Primary Payor:   BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| Insured ID: | Secondary Payor:   SELF PAY |

Visit Date:   12/22/2015   Visit Number:   5   Visit Type:   PT11 - PT VISIT

### Assessment

WAS A TINETTI BALANCE AND GAIT ASSESSMENT PERFORMED?
 NO

INDICATE REASON TINETTI BALANCE AND GAIT ASSESSMENT NOT PERFORMED:
 NOT APPLICABLE TO THIS VISIT

REHAB  SECONDARY DIAGNOSIS

ASSESS CLINICAL FINDINGS ASSOCIATED WITH PATIENTS SECONDARY DIAGNOSIS
 NO

INDICATE REASON SECONDARY DIAGNOSIS WAS NOT ASSESSED
 NOT APPLICABLE

SUPERVISORY  FUNCTIONS

WERE SUPERVISORY FUNCTIONS PERFORMED?
 NO

INDICATE REASON SUPERVISORY FUNCTIONS NOT PERFORMED:
 NOT APPLICABLE

THERAPY ASSESSMENT/PLAN

PROVIDE A BRIEF OBJECTIVE DESCRIPTION OF PATIENT'S RESPONSE TO TODAY'S TREATMENT.  ADDITIONAL DETAILS ARE DOCUMENTED IN THE STATUS FIELDS WITHIN THE THERAPY GOALS/STATUS SECTION.
 PATIENT CONTINUES TO SHOW IMPROVING GAIT PATTERN WITH REQUIRING DECREASED CUING TO MAINTAIN LEFT HEEL STRIKE WITH TRANSLATION OF WB THROUGH FOREFOOT AND TOE OFF.   PATIENTS ROM INCREASES WITH STRETCHING AND ROM BUT CONTINUES TO RETURN TO STIFF, ELEVATED AND  EXTERNALLY DEVIATED POSITION WITH WB AND AMBULATION.  PATIENT SHOULD SHOW VERY GOOD FUNCTIONAL GAINS WITH CONTINUED PHYSICAL THERAPY INTERVENTION

INDICATE LEVEL OF PATIENT'S COOPERATION AND COMPLIANCE
 EXCELLENT

ARE THERE ANY ADDITIONAL COMMENTS CONCERNING PATIENT'S COOPERATION AND COMPLIANCE?
 NO

WAS A CAREGIVER INVOLVED IN THE PATIENT'S CARE DURING TODAY'S VISIT?
 NO

ARE THERE ANY ADDITIONAL COMMENTS CONCERNING THERAPY ASSESSMENT?
 NO

INDICATE THE PATIENT'S REMAINING FUNCTIONAL PROBLEMS TO BE ADDRESSED BY DISCIPLINE
 PAIN , DECREASED STRENGTH AND ROM, ABNORMAL GAIT, DECREASED BALANCE AND SAFETY

INDICATE PLAN FOR NEXT VISIT
 CONTINUE PER CURRENT POC/GOALS

IS THE NEXT VISIT FOR THIS PATIENT SCHEDULED TO OCCUR IN A NEW EPISODE (RECERTIFICATION)?
 NO

INDICATE MAIN TREATMENT FOCUS FOR NEXT SCHEDULED VISIT
 STRENGTH, ROM, GAIT

IS THIS A SKILLED MAINTENANCE THERAPY (TRADITIONAL MEDICARE) VISIT?
 NO

### Therapy Goals/Status

FUNCTIONAL
 BALANCE (PT)
  DYNAMIC STANDING (PT)
   STATUS:  GOOD-MAINTAINS BALANCE W/O SUPPORT, ACCEPTS MOD. CHALLENGE; SHIFTS WT W/SOME EVIDENCE OF LIMITATIONS
    STG:  GOOD-MAINTAINS BALANCE W/O SUPPORT, ACCEPTS MOD. CHALLENGE; SHIFTS WT W/SOME EVIDENCE OF LIMITATIONS
    TARGET DATE: 12/19/2015
    GOAL MET: Y
    COMMENTS:

## Visit Note Report

| | |
|---|---|
| Client:   HINSON, BOBBIE | MR No:  J4800012663201       Legacy MR No: |
| Insured ID:   OGS201215873 | Primary Payor:   BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| Insured ID: | Secondary Payor:   SELF PAY |

| | | | |
|---|---|---|---|
| Visit Date:   12/22/2015 | Visit Number:   5 | Visit Type:   PT11 - PT VISIT | |

**Therapy Goals Status**

```
            LTG:  GOOD+
            TARGET DATE: 12/26/2015
            GOAL MET: N
            COMMENTS:


            CARRYOVER:
    GAIT (PT)
        LEVEL SURFACE DISTANCE (IN FEET)
            STATUS:  500
                STG:  500
                TARGET DATE: 12/19/2015
                GOAL MET: Y
                COMMENTS:


                LTG:  1000
                TARGET DATE: 12/26/2015
                GOAL MET: N
                COMMENTS:


                CARRYOVER:
        LEVEL SURFACE ASSISTANCE
            STATUS:  MODIFIED INDEPENDENT
                STG:  INDEPENDENT
                TARGET DATE: 12/26/2015
                GOAL MET: N
                COMMENTS:


                LTG:
                TARGET DATE:
                GOAL MET: N
                COMMENTS:


                CARRYOVER:
        LEVEL SURFACE GAIT FINDINGS
            STATUS:  OTHER (ENTER COMMENT)
                STG:
                TARGET DATE:
                GOAL MET: N
                COMMENTS:


                LTG:
                TARGET DATE:
                GOAL MET: N
                COMMENTS:


                CARRYOVER:
```

## Visit Note Report

| | | |
|---|---|---|
| Client:  HINSON, BOBBIE | MR No:  J4600012663201 | Legacy MR No: |
| Insured ID:  OGS201215873 | Primary Payor: | BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| Insured ID: | Secondary Payor: | SELF PAY |

| | | | |
|---|---|---|---|
| Visit Date:  12/22/2015 | Visit Number:  5 | Visit Type: | PT11 - PT VISIT |

**Therapy Goals/Status**

```
            LEVEL SURFACE DEVICE
                STATUS:  OTHER (ENTER COMMENT)
                    STG:
                    TARGET DATE:
                    GOAL MET: N
                    COMMENTS:

                    LTG:
                    TARGET DATE:
                    GOAL MET: N
                    COMMENTS:

                    CARRYOVER:
HOME PROGRAM (PT)
     HOME PROGRAM (PT)
         HOME PROGRAM (PT)
             STATUS:  INITIAL HOME PROGRAM PROVIDED
                 STG:  INITIAL HOME PROGRAM PROVIDED
                 TARGET DATE: 12/12/2015
                 GOAL MET: Y
                 COMMENTS:

                 LTG:  FINAL HOME PROGRAM PROVIDED
                 TARGET DATE: 12/26/2015
                 GOAL MET: N
                 COMMENTS:

                 CARRYOVER:
MUSCULOSKELETAL (PT)
     GROSS ROM (PT)
         GROSS ROM L LE (PT)
             STATUS:  OTHER (SEE COMMENTS)
                 STG:  OTHER (SEE COMMENTS)
                 TARGET DATE: 12/19/2015
                 GOAL MET: Y
                 COMMENTS: CURRENT ROM LEFT 2ND MTP JOINT IS 45 DEGREES EXT AND 20 DEGREES FLEX.  ST GOAL FOR 55 DEGREES
                 EXT AND 30 DEGREES FLEX

                 LTG:  WITHIN FUNCTIONAL LIMITS
                 TARGET DATE: 12/26/2015
                 GOAL MET: N
                 COMMENTS: LT GOAL FOR 65 DEGREES EXT AND 40 DEGREES FLEX

                 CARRYOVER: Y
     GROSS STRENGTH (PT)
         GROSS STRENGTH L LE (PT)
             STATUS: 3/FAIR
```

Exhibit 6                89 of 127

## Visit Note Report

| | | | |
|---|---|---|---|
| Client: HINSON, BOBBIE | | MR No: J4600012663201 | Legacy MR No: |
| Insured ID: OGS201215973 | | Primary Payor: | BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| Insured ID: | | Secondary Payor: | SELF PAY |

| | | | |
|---|---|---|---|
| Visit Date: 12/22/2015 | Visit Number: 5 | Visit Type: | PT11 - PT VISIT |

**Therapy Goals/Status**

      STG: 4/GOOD

      TARGET DATE: 12/26/2015

      GOAL MET: N

      COMMENTS:

      LTG:

      TARGET DATE:

      GOAL MET: N

      COMMENTS:

      CARRYOVER:

PAIN (PT)

    PAIN (PT)

        PAIN (PT)

          STATUS: 5

          STG: 2

          TARGET DATE: 12/26/2015

          GOAL MET: N

          COMMENTS:

          LTG:

          TARGET DATE:

          GOAL MET: N

          COMMENTS:

          CARRYOVER:

**Interventions Provided**

1. ASSESS PATIENTS CLINICAL STATUS FOR ABNORMALITIES OR SIGNIFICANT CLINICAL FINDINGS ASSOCIATED WITH ANY OF THE FOLLOWING SECONDARY DIAGNOSES AS DECLARED ON THE POC:  HEART FAILURE, COPD, HYPERTENSION, DIABETES, VISION IMPAIRMENT, DEPRESSION DEMENTIA, GI CONDITIONS  (ALWAYS SELECT THIS INTERVENTION)

DETAILS/COMMENTS: NO ABNORMALITIES OR SIGNIFICANT CHANGES IDENTIFIED.

2. INSTRUCT PATIENT IN SAFE GAIT TRAINING WITH/WITHOUT USE OF DEVICES ON PATIENT APPROPRIATE LEVELS.

DETAILS/COMMENTS: INSTRUCTED PATIENT IN GAIT TRAINING FULL WB LR LE FOR 500 FEET WITH MOD I ASSISTANCE, NO ASSISTIVE DEVICE AND EMPHASIS ON INCONSISTENT RYTHM WITH SHIFTING OF WEIGHT TO RLE WITH INCREASED DISTANCES DUE TO PAIN .

3. INSTRUCT PATIENT IN AND ASSIST PATIENT TO PERFORM THERAPEUTIC EXERCISES; OBSERVE RETURN DEMONSTRATION FROM PATIENT.

DETAILS/COMMENTS: PROM LEFT 2ND PROXIMAL AND DISTAK MTP FLEX, EXT, MEDIAL DEVIATION X 50 REPS.  STATIC STRETCH EXT FLEX AND EXT 2X2 MIN LEFT 2ND PROXIMAL MTP JOINT

## Visit Note Report

| | |
|---|---|
| Client:   HINSON, BOBBIE | MR No:  J4600012663201      Legacy MR No: |
| Insured ID:   OGS201215873 | Primary Payor:   BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| .nsured ID: | Secondary Payor:   SELF PAY |

| | | | | |
|---|---|---|---|---|
| Visit Date:   12/22/2015 | Visit Number:   5 | Visit Type:   PT11 - PT VISIT | | |

Agent Signature:

Client Signature:

JAMES JOHNSON PT 12/22/2015 05:19 PM
(Electronically Signed)

Exhibit 6

91 of 127

**Visit Note Report**                                          01/12/2016 07:57:28 AM

| | | |
|---|---|---|
| Client:   HINSON, BOBBIE | MR No: J4800012663201 | Legacy MR No: |
| Insured ID:   OGS201215873 | Primary Payor: | BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| Insured ID: | Secondary Payor: | SELF PAY |

Visit Date:   12/29/2015      Visit Number:   6      Visit Type:        PT11 - PT VISIT

| | |
|---|---|
| Agent Name:   JOHNSON, JAMES | Therapy Visit Number:        6 |

Time:   In:  12/29/2015 08:09 AM      Out:  12/29/2015 08:44 AM

**Assessment**

**THERAPY SUBJECTIVE**

INDICATE ANY NEW SYMPTOMS OR CLINICAL CHANGES SINCE LAST VISIT (E.G., PAIN, BREATHING, PALPITATIONS, MUSCLE WEAKNESS, JOINT ROM LOSS OR STIFFNESS, EDEMA, LOSS OF BALANCE) AS REPORTED BY PATIENT/CAREGIVER
   PATIENT REPORTS HAVING INCREASED PAIN IN BACK AND HIPS ASSOCIATED WITH LIMP

INDICATE ANY NEW FUNCTIONAL CHANGES SINCE LAST VISIT, AS REPORTED BY PATIENT/CAREGIVER
   NONE

HAS THERE BEEN ANY CHANGE IN PATIENT'S MEDICATION REGIMEN SINCE LAST VISIT, AS REPORTED BY PATIENT/CAREGIVER?
   NO

**HOMEBOUND STATUS**

THE PATIENT HAS A NORMAL INABILITY TO LEAVE THE HOME AND LEAVING THE HOME REQUIRES A CONSIDERABLE AND TAXING EFFORT DUE TO THE FOLLOWING REASONS (MARK ALL THAT APPLY) :
   SUPPORTIVE DEVICE REQUIRED SUCH AS CANE, WALKER, WHEELCHAIR, CRUTCHES
   DIFFICULT, LIMITED AND / OR UNSAFE AMBULATION
   GENERALIZED WEAKNESS INTERFERING WITH MOBILITY

**PAIN**

WAS PAIN ASSESSED?
   YES

HAS THE PATIENT EXPRESSED OR EXHIBITED VERBAL OR NON-VERBAL S/SX OF PAIN OR DISCOMFORT WITHIN THE LAST 48 HRS?
   YES

IS THE PATIENT EXPRESSING OR EXHIBITING VERBAL OR NON-VERBAL S/SX OF PAIN OR DISCOMFORT ON TODAYS VISIT?
   YES

INDICATE PATIENT REPORTED PAIN LEVEL
   7-10: SEVERE OR INTENSE PAIN

INDICATE LOCATION OF PAIN:
   LEFT FOOT,  HIPS,  BACK

HAS PAIN QUALITY OR EXACERBATING FACTORS CHANGED SIGNIFICANTLY SINCE LAST VISIT?
   NO

ARE THERE ANY ADDITIONAL COMMENTS CONCERNING PAIN?
   NO

**INTEGUMENTARY**

WAS INTEGUMENTARY ASSESSED?
   YES

INDICATE FINDINGS OF INTEGUMENTARY ASSESSMENT (MARK ALL THAT APPLY)
   OTHER (SPECIFY)

INDICATE OTHER INTEGUMENTARY ASSESSMENT FINDINGS:
   LEFT FOOT, TOES  APPEAR NORMAL WITH NO SIGNS OF SKIN COMPROMISE

**NEUROLOGIC**

HAS NEUROLOGIC STATUS CHANGED SINCE LAST VISIT?
   NO

## Visit Note Report

| | |
|---|---|
| Client: HINSON, BOBBIE | MR No: J4600012663201   Legacy MR No: |
| Insured ID: OGS201215873 | Primary Payor: BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| Insured ID: | Secondary Payor: SELF PAY |

| | |
|---|---|
| Visit Date: 12/29/2015   Visit Number: 6 | Visit Type: PT11 - PT VISIT |

### Assessment

TINETTI ASSESSMENT

WAS A TINETTI BALANCE AND GAIT ASSESSMENT PERFORMED?
　NO

INDICATE REASON TINETTI BALANCE AND GAIT ASSESSMENT NOT PERFORMED:
　NOT APPLICABLE TO THIS VISIT

REHAB SECONDARY DIAGNOSIS

ASSESS CLINICAL FINDINGS ASSOCIATED WITH PATIENTS SECONDARY DIAGNOSIS
　NO

INDICATE REASON SECONDARY DIAGNOSIS WAS NOT ASSESSED
　NOT APPLICABLE

SUPERVISORY FUNCTIONS

WERE SUPERVISORY FUNCTIONS PERFORMED?
　NO

INDICATE REASON SUPERVISORY FUNCTIONS NOT PERFORMED:
　NOT APPLICABLE

THERAPY ASSESSMENT/PLAN

PROVIDE A BRIEF OBJECTIVE DESCRIPTION OF PATIENT'S RESPONSE TO TODAY'S TREATMENT. ADDITIONAL DETAILS ARE DOCUMENTED IN THE STATUS FIELDS WITHIN THE THERAPY GOALS/STATUS SECTION.
　PATIENT DEMONSTRATES EXCELLENT UNDERSTANDING OF PROPER TAPING TECHNIQUES WITH SAFETY RELATED TO SKIN OBSERVATION.   PATIENT SHOULD SHOW VERY GOOD FUNCTIONAL GAINS WITH CONTINUED PHYSICAL THERAPY INTERVENTION

INDICATE LEVEL OF PATIENT'S COOPERATION AND COMPLIANCE
　EXCELLENT

ARE THERE ANY ADDITIONAL COMMENTS CONCERNING PATIENT'S COOPERATION AND COMPLIANCE?
　NO

WAS A CAREGIVER INVOLVED IN THE PATIENT'S CARE DURING TODAY'S VISIT?
　NO

ARE THERE ANY ADDITIONAL COMMENTS CONCERNING THERAPY ASSESSMENT?
　NO

INDICATE THE PATIENT'S REMAINING FUNCTIONAL PROBLEMS TO BE ADDRESSED BY DISCIPLINE
　PAIN, DECREASED STRENGTH AND ROM, ABNORMAL GAIT

INDICATE PLAN FOR NEXT VISIT
　CONTINUE PER CURRENT POC/GOALS

IS THE NEXT VISIT FOR THIS PATIENT SCHEDULED TO OCCUR IN A NEW EPISODE (RECERTIFICATION)?
　NO

INDICATE MAIN TREATMENT FOCUS FOR NEXT SCHEDULED VISIT
　ROM, SAFETY, GAIT

IS THIS A SKILLED MAINTENANCE THERAPY (TRADITIONAL MEDICARE) VISIT?
　NO

### Therapy Goals/Status

FUNCTIONAL

　BALANCE (PT)

　　DYNAMIC STANDING (PT)

　　　STATUS: GOOD-MAINTAINS BALANCE W/O SUPPORT, ACCEPTS MOD. CHALLENGE; SHIFTS WT W/SOME EVIDENCE OF LIMITATIONS

　　　　STG: GOOD-MAINTAINS BALANCE W/O SUPPORT, ACCEPTS MOD. CHALLENGE; SHIFTS WT W/SOME EVIDENCE OF LIMITATIONS

　　　　TARGET DATE: 12/19/2015

　　　　GOAL MET: Y

　　　　COMMENTS:

　　　　LTG: GOOD+

## Visit Note Report

| | | |
|---|---|---|
| Client:   HINSON, BOBBIE | MR No:  J4600012663201 | Legacy MR No: |
| 'nsured ID:   OGS201215973 | Primary Payor: | BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| Insured ID: | Secondary Payor: | SELF PAY |

| | | | |
|---|---|---|---|
| Visit Date:   12/29/2015 | Visit Number:   6 | Visit Type: | PT11 – PT VISIT |

### Therapy Goals/Status

```
                    TARGET DATE: 01/16/2016
                    GOAL MET: N
                    COMMENTS:

                    CARRYOVER:
        GAIT (PT)
            LEVEL SURFACE ASSISTANCE
                STATUS:  MODIFIED INDEPENDENT
                    STG:  INDEPENDENT
                    TARGET DATE: 01/16/2016
                    GOAL MET: N
                    COMMENTS:

                    LTG:
                    TARGET DATE:
                    GOAL MET: N
                    COMMENTS:

                    CARRYOVER:
            LEVEL SURFACE GAIT FINDINGS
                STATUS:  OTHER (ENTER COMMENT)
                    STG:
                    TARGET DATE:
                    GOAL MET: N
                    COMMENTS: DECREASED TRANSLATION FROM HEEL STRIKE TO TOE OFF

                    LTG:
                    TARGET DATE:
                    GOAL MET: N
                    COMMENTS:

                    CARRYOVER:
HOME PROGRAM (PT)
    HOME PROGRAM (PT)
        HOME PROGRAM (PT)
            STATUS:  INITIAL HOME PROGRAM PROVIDED
                STG:  INITIAL HOME PROGRAM PROVIDED
                TARGET DATE: 12/12/2015
                GOAL MET: Y
                COMMENTS:

                LTG:  FINAL HOME PROGRAM PROVIDED
                TARGET DATE: 01/16/2016
                GOAL MET: N
                COMMENTS:
```

## Visit Note Report

| | | |
|---|---|---|
| Client: HINSON, BOBBIE | MR No: J4600012663201 | Legacy MR No: |
| Insured ID: OGS201215573 | Primary Payor: | BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| Insured ID: | Secondary Payor: | SELF PAY |

| | | | |
|---|---|---|---|
| Visit Date: 12/29/2015 | Visit Number: 6 | Visit Type: | PT11 - PT VISIT |

**Therapy Goals Status**

CARRYOVER:

MUSCULOSKELETAL (PT)

   GROSS ROM (PT)

      GROSS ROM L LE (PT)

         STATUS: OTHER (SEE COMMENTS)

           STG: OTHER (SEE COMMENTS)

           TARGET DATE: 01/09/2016

           GOAL MET: Y

           COMMENTS: PROM WFL BUT REVERTS WHEN PRESSURE IS RELEASED

           LTG: WITHIN FUNCTIONAL LIMITS

           TARGET DATE: 01/16/2016

           GOAL MET: N

           COMMENTS:

         CARRYOVER:

   GROSS STRENGTH (PT)

      GROSS STRENGTH L LE (PT)

         STATUS: 4/GOOD

           STG: 4/GOOD

           TARGET DATE: 12/26/2015

           GOAL MET: Y

           COMMENTS:

           LTG:

           TARGET DATE:

           GOAL MET: N

           COMMENTS:

         CARRYOVER: N

PAIN (PT)

   PAIN (PT)

      PAIN (PT)

         STATUS: 7

           STG: 2

           TARGET DATE: 01/16/2016

           GOAL MET: N

           COMMENTS:

           LTG:

           TARGET DATE:

           GOAL MET: N

           COMMENTS:

         CARRYOVER:

Exhibit 6     95 of 127

## Visit Note Report

| | |
|---|---|
| Client:   HINSON, BOBBIE | MR No:  J4600012663201        Legacy MR No: |
| Insured ID:   OGS201215873 | Primary Payor:     BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| Insured ID: | Secondary Payor:    SELF PAY |

| | | | |
|---|---|---|---|
| Visit Date:   12/29/2015 | Visit Number:   6 | Visit Type: | PT11 - PT VISIT |

**Interventions Provided:**

1. ASSESS PATIENTS CLINICAL STATUS FOR ABNORMALITIES OR SIGNIFICANT CLINICAL FINDINGS ASSOCIATED WITH ANY OF THE FOLLOWING SECONDARY DIAGNOSES AS DECLARED ON THE POC:  HEART FAILURE, COPD, HYPERTENSION, DIABETES, VISION IMPAIRMENT, DEPRESSION DEMENTIA, GI CONDITIONS  (ALWAYS SELECT THIS INTERVENTION)

DETAILS/COMMENTS: NO ABNORMALITIES OR SIGNIFICANT CHANGES IDENTIFIED.

2. INSTRUCT PATIENT IN SAFE GAIT TRAINING WITH/WITHOUT USE OF DEVICES ON PATIENT APPROPRIATE LEVELS.

DETAILS/COMMENTS: GAIT TRAINING WITH KINESIO TAPE WRAPPING OF GREAT TOE TO 2ND TOE ON OUTSIDE OF SOCK WITH EMPHASIS ON TRANSLATION FROM HEEL STRIKE TO TOE OFF

3. ESTABLISH A WRITTEN HOME PROGRAM AND INSTRUCT PATIENT/CAREGIVER(S) IN PERFORMANCE OF WRITTEN HOME PROGRAM; OBSERVE RETURN DEMONSTRATION FROM PATIENT/CAREGIVER(S).  PT

DETAILS/COMMENTS: KINESIO TAPING OF LEFT 2ND TOE TO GREAT TOE OUTSIDE OF SOCK TO MINIMIZE PRESSURE.  INSTRUCTED PATIENT ON SELF TAPING WITH PROPER TECHNIQUES TO MINIMIZE PRESSURE AND MAINTAIN PROPER SCHEDULE OF OBSERVING SKIN AND LETTING SKIN DRY FROM ANY MOISTURE BEFORE RETAPING AND REPEATING OBSERVATION OF SKIN.

4. INSTRUCT PATIENT/CAREGIVER IN PERFORMANCE OF THERAPEUTIC PRESSURE ULCER PREVENTION MEASURES

DETAILS/COMMENTS: INSTRUCTED PATIENT ON IMPORTANCE OF MONITORING SKIN OF FOOT, TOES, BETWEEN TOES AT LEAST EVERY HOUR, AND ABSOLUTELY NOT LONGER THAN TWO HOURS

Agent Signature:                                     Client Signature:

JAMES JOHNSON PT  12/29/2015 04:20 PM

(Electronically Signed)

Visit Note Report                                      01/12/2016 07:57:27 AM

| | | | |
|---|---|---|---|
| Client: HINSON, BOBBIE | | MR No: J4600012663201 | Legacy MR No: |
| Insured ID: OGS201215973 | | Primary Payor: | BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| Insured ID: | | Secondary Payor: | SELF PAY |

Visit Date:  12/31/2015      Visit Number:   7      Visit Type:      PT11 - PT VISIT

Agent Name:   JOHNSON, JAMES                          Therapy Visit Number:        7

Time:  In: 12/31/2015 08:16 AM        Out: 12/31/2015 08:50 AM

## Assessment

### THERAPY SUBJECTIVE

INDICATE ANY NEW SYMPTOMS OR CLINICAL CHANGES SINCE LAST VISIT (E.G., PAIN, BREATHING, PALPITATIONS, MUSCLE WEAKNESS, JOINT ROM LOSS OR STIFFNESS, EDEMA, LOSS OF BALANCE) AS REPORTED BY PATIENT/CAREGIVER
   PATIENT REPORTS HAVING NO PAIN OR DISCOMFORT IN LEFT TOE OR FOOT WITH KINESIO TAPING TOGETGER OF LEFT GREAT TOE AND SECOND TOE.   PATIENT REPORTS PERFORMING FREQUENT SKIN CHECKS WITH NO ABNORMALITIES FOUND.   THERAPIST ASSESSED SKIN OF LEFT FOOT AND TOES WITH NO ABNORMALITIES FOUND

INDICATE ANY NEW FUNCTIONAL CHANGES SINCE LAST VISIT, AS REPORTED BY PATIENT/CAREGIVER
   NONE

HAS THERE BEEN ANY CHANGE IN PATIENT'S MEDICATION REGIMEN SINCE LAST VISIT, AS REPORTED BY PATIENT/CAREGIVER?
   NO

### HOMEBOUND STATUS

THE PATIENT HAS A NORMAL INABILITY TO LEAVE THE HOME AND LEAVING THE HOME REQUIRES A CONSIDERABLE AND TAXING EFFORT DUE TO THE FOLLOWING REASONS (MARK ALL THAT APPLY) :
   ASSISTANCE OF ANOTHER PERSON REQUIRED TO LEAVE PATIENT'S PLACE OF RESIDENCE
   DIFFICULT, LIMITED AND / OR UNSAFE AMBULATION
   GENERALIZED WEAKNESS INTERFERING WITH MOBILITY

### PAIN

WAS PAIN ASSESSED?
   YES

HAS THE PATIENT EXPRESSED OR EXHIBITED VERBAL OR NON-VERBAL S/SX OF PAIN OR DISCOMFORT WITHIN THE LAST 48 HRS?
   YES

IS THE PATIENT EXPRESSING OR EXHIBITING VERBAL OR NON-VERBAL S/SX OF PAIN OR DISCOMFORT ON TODAYS VISIT?
   YES

INDICATE PATIENT REPORTED PAIN LEVEL
   4-6: MODERATE OR DISCOMFORTING PAIN.

INDICATE LOCATION OF PAIN:
   LEFT FOOT AND TOES

HAS PAIN QUALITY OR EXACERBATING FACTORS CHANGED SIGNIFICANTLY SINCE LAST VISIT?
   NO

ARE THERE ANY ADDITIONAL COMMENTS CONCERNING PAIN?
   NO

### INTEGUMENTARY

WAS INTEGUMENTARY ASSESSED?
   YES

INDICATE FINDINGS OF INTEGUMENTARY ASSESSMENT (MARK ALL THAT APPLY)
   OTHER (SPECIFY)

INDICATE OTHER INTEGUMENTARY ASSESSMENT FINDINGS:
   LEFT FOOT AND TOES FOUND TO HAVE NO ABNORMALITIES

### NEUROLOGIC

## Visit Note Report

| | | |
|---|---|---|
| Client: HINSON, BOBBIE | MR No: J4600012663201 | Legacy MR No: |
| Insured ID: OGS201215873 | Primary Payor: | BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| Insured ID: | Secondary Payor: | SELF PAY |

| Visit Date: 12/31/2015 | Visit Number: 7 | Visit Type: | PT11 - PT VISIT |
|---|---|---|---|

### Assessment

HAS NEUROLOGIC STATUS CHANGED SINCE LAST VISIT?
  NO

TINETTI ASSESSMENT
  WAS A TINETTI BALANCE AND GAIT ASSESSMENT PERFORMED?
    NO
  INDICATE REASON TINETTI BALANCE AND GAIT ASSESSMENT NOT PERFORMED:
    NOT APPLICABLE TO THIS VISIT

REHAB SECONDARY DIAGNOSIS
  ASSESS CLINICAL FINDINGS ASSOCIATED WITH PATIENTS SECONDARY DIAGNOSIS
    NO
  INDICATE REASON SECONDARY DIAGNOSIS WAS NOT ASSESSED
    NOT APPLICABLE

SUPERVISORY FUNCTIONS
  WERE SUPERVISORY FUNCTIONS PERFORMED?
    NO
  INDICATE REASON SUPERVISORY FUNCTIONS NOT PERFORMED:
    NOT APPLICABLE

THERAPY ASSESSMENT/PLAN
  PROVIDE A BRIEF OBJECTIVE DESCRIPTION OF PATIENT'S RESPONSE TO TODAY'S TREATMENT. ADDITIONAL DETAILS ARE DOCUMENTED IN THE STATUS FIELDS WITHIN THE THERAPY GOALS/STATUS SECTION.
    PATIENT SHOWS VERY GOOD PARTICIPATION AND UNDERSTANDING OF SAFETY. PATIENT ABLE TO AMBULATE INCREASED DISTANCES WITH DECREASED CUING REQUIRED FOR MAINTAINING PROPER GAIT PATTERN. PATIENT DOES SHOW LOB ON SEVERAL OCCASSIOJS DURING GAIT TRAINING BUT EASILY CORRECTS WITH TOUCHING FURNITURE OR WALLS. PATIENT SHOULD SHOW VERY GOOD FUNCTIONAL GAINS WITH CONTINUED PHYSICAL THERAPY INTERVENTION
  INDICATE LEVEL OF PATIENT'S COOPERATION AND COMPLIANCE
    GOOD
  ARE THERE ANY ADDITIONAL COMMENTS CONCERNING PATIENT'S COOPERATION AND COMPLIANCE?
    NO
  WAS A CAREGIVER INVOLVED IN THE PATIENT'S CARE DURING TODAY'S VISIT?
    NO
  ARE THERE ANY ADDITIONAL COMMENTS CONCERNING THERAPY ASSESSMENT?
    NO
  INDICATE THE PATIENT'S REMAINING FUNCTIONAL PROBLEMS TO BE ADDRESSED BY DISCIPLINE
    PAIN, DECREASED STRENGTH AND ROM, ABNORMAL GAIT
  INDICATE PLAN FOR NEXT VISIT
    CONTINUE PER CURRENT POC/GOALS
  IS THE NEXT VISIT FOR THIS PATIENT SCHEDULED TO OCCUR IN A NEW EPISODE (RECERTIFICATION)?
    NO
  INDICATE MAIN TREATMENT FOCUS FOR NEXT SCHEDULED VISIT
    STRENGTH, GAIT
  IS THIS A SKILLED MAINTENANCE THERAPY (TRADITIONAL MEDICARE) VISIT?
    NO

### Therapy Goals/Status

FUNCTIONAL
  BALANCE (PT)
    DYNAMIC STANDING (PT)
      STATUS: GOOD-MAINTAINS BALANCE W/O SUPPORT, ACCEPTS MOD. CHALLENGE; SHIFTS WT W/SOME EVIDENCE OF LIMITATIONS
        STG: GOOD-MAINTAINS BALANCE W/O SUPPORT, ACCEPTS MOD. CHALLENGE; SHIFTS WT W/SOME EVIDENCE OF LIMITATIONS
        TARGET DATE: 12/19/2015

Exhibit 6                                                98 of 127

## Visit Note Report

| | | |
|---|---|---|
| Client: HINSON, BOBBIE | MR No: J4600012663201 | Legacy MR No: |
| Insured ID: OGS201215873 | Primary Payor: | BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| Insured ID: | Secondary Payor: | SELF PAY |

| | | |
|---|---|---|
| Visit Date: 12/31/2015 | Visit Number: 7 | Visit Type: PT11 - PT VISIT |

### Therapy Goals Status

```
                    GOAL MET: Y
                    COMMENTS:

                    LTG:  GOOD+
                    TARGET DATE: 01/16/2016
                    GOAL MET: N
                    COMMENTS:

                    CARRYOVER:
        GAIT (PT)
              LEVEL SURFACE DISTANCE (IN FEET)
                    STATUS:  650
                       STG:  500
                       TARGET DATE: 12/19/2015
                       GOAL MET: Y
                       COMMENTS:

                       LTG:  1000
                       TARGET DATE: 01/16/2016
                       GOAL MET: N
                       COMMENTS:

                       CARRYOVER:
              LEVEL SURFACE ASSISTANCE
                    STATUS:  MODIFIED INDEPENDENT
                       STG:  INDEPENDENT
                       TARGET DATE: 01/16/2016
                       GOAL MET: N
                       COMMENTS:

                       LTG:
                       TARGET DATE:
                       GOAL MET: N
                       COMMENTS:

                       CARRYOVER:
              LEVEL SURFACE GAIT FINDINGS
                    STATUS:  OTHER (ENTER COMMENT)
                       STG:
                       TARGET DATE:
                       GOAL MET: N
                       COMMENTS: DECREASED TOE OFF LEFT

                       LTG:
                       TARGET DATE:
                       GOAL MET: N
```

## Visit Note Report

| | | |
|---|---|---|
| Client:  HINSON, BOBBIE | MR No: J4600012663201 | Legacy MR No: |
| Insured ID:  OGS201215973 | Primary Payor: | BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| Insured ID: | Secondary Payor: | SELF PAY |

| | | | |
|---|---|---|---|
| Visit Date:  12/31/2015 | Visit Number:  7 | Visit Type: | PT11 - PT VISIT |

**Therapy Goals/Status**

```
                COMMENTS:

                CARRYOVER:
        LEVEL SURFACE DEVICE
            STATUS:  NO ASSISTIVE DEVICE
                STG:
                TARGET DATE:
                GOAL MET: N
                COMMENTS:

                LTG:
                TARGET DATE:
                GOAL MET: N
                COMMENTS:

                CARRYOVER:
HOME PROGRAM (PT)
    HOME PROGRAM (PT)
        HOME PROGRAM (PT)
            STATUS:  INITIAL HOME PROGRAM PROVIDED
                STG:  INITIAL HOME PROGRAM PROVIDED
                TARGET DATE: 12/12/2015
                GOAL MET: Y
                COMMENTS:

                LTG:  FINAL HOME PROGRAM PROVIDED
                TARGET DATE: 01/16/2016
                GOAL MET: N
                COMMENTS:

                CARRYOVER:
PAIN (PT)
    PAIN (PT)
        PAIN (PT)
            STATUS:  5
                STG: 2
                TARGET DATE: 01/16/2016
                GOAL MET: N
                COMMENTS:

                LTG:
                TARGET DATE:
                GOAL MET: N
                COMMENTS:

                CARRYOVER:
```

## Visit Note Report

| | | | |
|---|---|---|---|
| Client: HINSON, BOBBIE | | MR No: J4600012663201 | Legacy MR No: |
| Insured ID: OGS201215973 | | Primary Payor: | BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| Insured ID: | | Secondary Payor: | SELF PAY |

| | | | |
|---|---|---|---|
| Visit Date: 12/31/2015 | Visit Number: 7 | Visit Type: | PT11 - PT VISIT |

**Therapy Goals/Status**

**Interventions Provided**

1. ASSESS PATIENTS CLINICAL STATUS FOR ABNORMALITIES OR SIGNIFICANT CLINICAL FINDINGS ASSOCIATED WITH ANY OF THE FOLLOWING SECONDARY DIAGNOSES AS DECLARED ON THE POC: HEART FAILURE, COPD, HYPERTENSION, DIABETES, VISION IMPAIRMENT, DEPRESSION DEMENTIA, GI CONDITIONS (ALWAYS SELECT THIS INTERVENTION)

DETAILS/COMMENTS: NO ABNORMALITIES OR SIGNIFICANT CHANGES IDENTIFIED.

2. INSTRUCT PATIENT IN SAFE GAIT TRAINING WITH/WITHOUT USE OF DEVICES ON PATIENT APPROPRIATE LEVELS.

DETAILS/COMMENTS: GAIT TRAINING X 650 FEET WITH MOD I SANS AD BUT OCCASIONALLY TOUCHING WALLS, COUNTER TOPS, AND FURNITURE WITH EMPHASIS ON PERFORMING LEFT HEEL STRIKE WITH TRANSLATION OF WEIGHT THROUGH FOOT AND HAVING COMPLETE TOE OFF

3. INSTRUCT PATIENT IN AND ASSIST PATIENT TO PERFORM THERAPEUTIC EXERCISES; OBSERVE RETURN DEMONSTRATION FROM PATIENT.

DETAILS/COMMENTS: FWD AND LATERAL CLOSED CHAIN STEP UPS ON 6 INCH STEP X 20 REPS. FWD STEP DOWNS X 20 REPS ON 6 INCH STEP. STATIC STRETCH B HEEL CORD X 1 MIN

4. INSTRUCT PATIENT/CAREGIVER IN PERFORMANCE OF THERAPEUTIC PRESSURE ULCER PREVENTION MEASURES

DETAILS/COMMENTS: INSTRUCTED PATIENT ON IMPORTANCE OF ASSESING SKIN OF LEFT FOOT, TOES, AND BETWEEN TOES AT LEAST EVERY 2 HOURS. INSTRUCTED PATIENT TO NOT TAPE TOES DIRECTLY AND TO MAKE SURE TOES ARE COMPLETELY DRY BETWEEN TOES

Agent Signature:                                    Client Signature:

JAMES JOHNSON PT 12/31/2015 07:25 PM
(Electronically Signed)

# Visit Note Report

01/12/2016 07:57:27 AM

| | |
|---|---|
| Client:  HINSON, BOBBIE | MR No: J4600012563201          Legacy MR No: |
| Insured ID:  OGS201215573 | Primary Payor:      BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| Insured ID: | Secondary Payor:    SELF PAY |

| | | | |
|---|---|---|---|
| Visit Date:  01/05/2016 | Visit Number:  8 | Visit Type: | PT11 - PT VISIT |

| | |
|---|---|
| Agent Name:  JOHNSON, JAMES | Therapy Visit Number:        8 |
| Time:   In: 01/05/2016 07:59 AM | Out:  01/05/2016 08:36 AM |

## Assessment

### THERAPY SUBJECTIVE

INDICATE ANY NEW SYMPTOMS OR CLINICAL CHANGES SINCE LAST VISIT (E.G., PAIN, BREATHING, PALPITATIONS, MUSCLE WEAKNESS, JOINT ROM LOSS OR STIFFNESS, EDEMA, LOSS OF BALANCE) AS REPORTED BY PATIENT/CAREGIVER
   PATIENT REPORTS HAVING DECREASED PAIN IN LEFT FOOT, LEFT LE, AND BACK WHEN WALKING WITH PROPER GAIT PATTERN

INDICATE ANY NEW FUNCTIONAL CHANGES SINCE LAST VISIT, AS REPORTED BY PATIENT/CAREGIVER
   NONE

HAS THERE BEEN ANY CHANGE IN PATIENT'S MEDICATION REGIMEN SINCE LAST VISIT, AS REPORTED BY PATIENT/CAREGIVER?
   NO

### HOMEBOUND STATUS

THE PATIENT HAS A NORMAL INABILITY TO LEAVE THE HOME AND LEAVING THE HOME REQUIRES A CONSIDERABLE AND TAXING EFFORT DUE TO THE FOLLOWING REASONS (MARK ALL THAT APPLY) :
   DIFFICULT, LIMITED AND / OR UNSAFE AMBULATION
   GENERALIZED WEAKNESS INTERFERING WITH MOBILITY

### PAIN

WAS PAIN ASSESSED?
   YES

HAS THE PATIENT EXPRESSED OR EXHIBITED VERBAL OR NON-VERBAL S/SX OF PAIN OR DISCOMFORT WITHIN THE LAST 48 HRS?
   YES

IS THE PATIENT EXPRESSING OR EXHIBITING VERBAL OR NON-VERBAL S/SX OF PAIN OR DISCOMFORT ON TODAYS VISIT?
   YES

INDICATE PATIENT REPORTED PAIN LEVEL
   4-6: MODERATE OR DISCOMFORTING PAIN.

INDICATE LOCATION OF PAIN:
   LEFT FOOT, LEFT HIP, BACK

HAS PAIN QUALITY OR EXACERBATING FACTORS CHANGED SIGNIFICANTLY SINCE LAST VISIT?
   NO

ARE THERE ANY ADDITIONAL COMMENTS CONCERNING PAIN?
   NO

### INTEGUMENTARY

WAS INTEGUMENTARY ASSESSED?
   YES

INDICATE FINDINGS OF INTEGUMENTARY ASSESSMENT (MARK ALL THAT APPLY)
   OTHER (SPECIFY)

INDICATE OTHER INTEGUMENTARY ASSESSMENT FINDINGS:
   LEFT FOOT AND TOES INSPECTED WITH NO COMPROMISE FOUND

### NEUROLOGIC

HAS NEUROLOGIC STATUS CHANGED SINCE LAST VISIT?
   NO

### TINETTI ASSESSMENT

Exhibit 6                        102 of 127

## Visit Note Report

| | |
|---|---|
| Client: HINSON, BOBBIE | MR No: J4600012663201   Legacy MR No: |
| Insured ID: OGS201215873 | Primary Payor: BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| Insured ID: | Secondary Payor: SELF PAY |

| | | | |
|---|---|---|---|
| Visit Date: 01/05/2016 | Visit Number: 8 | Visit Type: | PT11 - PT VISIT |

### Assessment

WAS A TINETTI BALANCE AND GAIT ASSESSMENT PERFORMED?
   NO

INDICATE REASON TINETTI BALANCE AND GAIT ASSESSMENT NOT PERFORMED:
   NOT APPLICABLE TO THIS VISIT

REHAB SECONDARY DIAGNOSIS

   ASSESS CLINICAL FINDINGS ASSOCIATED WITH PATIENTS SECONDARY DIAGNOSIS
      NO

   INDICATE REASON SECONDARY DIAGNOSIS WAS NOT ASSESSED
      NOT APPLICABLE

SUPERVISORY FUNCTIONS

   WERE SUPERVISORY FUNCTIONS PERFORMED?
      NO

   INDICATE REASON SUPERVISORY FUNCTIONS NOT PERFORMED:
      NOT APPLICABLE

THERAPY ASSESSMENT/PLAN

   PROVIDE A BRIEF OBJECTIVE DESCRIPTION OF PATIENT'S RESPONSE TO TODAY'S TREATMENT.  ADDITIONAL DETAILS ARE DOCUMENTED IN THE STATUS FIELDS WITHIN THE THERAPY GOALS/STATUS SECTION.
      PATIENT CONTINUES TO SHOW EXCELLENT MOTIVATION AND PARTICIPATION DURING TREATMENT AND IS REQUIRING DECREASED CUING TO MAINTAIN PROPER GAIT PATTERN.  PATIENT DOES HAVE TO SLOW WALKING SPEED DOWN TO MAINTAIN PROPER GAIT.  PATIENT HAS NO LOB DURING AMBULATION THIS VISIT AND DECREASED PAIN WITH FUNCTIONAL AMBULATION DISTANCES.  PATIENT SHOULD CONTINUE TO SHOW VERY GOOD FUNCTIONAL GAINS WITH CONTINUED PHYSICAL THERAPY INTERVENTION

   INDICATE LEVEL OF PATIENT'S COOPERATION AND COMPLIANCE
      EXCELLENT

   ARE THERE ANY ADDITIONAL COMMENTS CONCERNING PATIENT'S COOPERATION AND COMPLIANCE?
      NO

   WAS A CAREGIVER INVOLVED IN THE PATIENT'S CARE DURING TODAY'S VISIT?
      NO

   ARE THERE ANY ADDITIONAL COMMENTS CONCERNING THERAPY ASSESSMENT?
      NO

   INDICATE THE PATIENT'S REMAINING FUNCTIONAL PROBLEMS TO BE ADDRESSED BY DISCIPLINE
      PAIN, DECREASED STRENGTH AND ROM, ABNORMAL GAIT,  DECREASED FUNCTIONAL ACTIVITY TOLERANCE

   INDICATE PLAN FOR NEXT VISIT
      CONTINUE PER CURRENT POC/GOALS

   IS THE NEXT VISIT FOR THIS PATIENT SCHEDULED TO OCCUR IN A NEW EPISODE (RECERTIFICATION)?
      NO

   INDICATE MAIN TREATMENT FOCUS FOR NEXT SCHEDULED VISIT
      STRENGTH, ROM, SAFETY, GAIT

   IS THIS A SKILLED MAINTENANCE THERAPY (TRADITIONAL MEDICARE) VISIT?
      NO

### Therapy Goals/Status

FUNCTIONAL

   BALANCE (PT)

      DYNAMIC STANDING (PT)

         STATUS:  GOOD-MAINTAINS BALANCE W/O SUPPORT, ACCEPTS MOD. CHALLENGE; SHIFTS WT W/SOME EVIDENCE OF LIMITATIONS

            STG: GOOD-MAINTAINS BALANCE W/O SUPPORT, ACCEPTS MOD. CHALLENGE; SHIFTS WT W/SOME EVIDENCE OF LIMITATIONS
            TARGET DATE: 12/19/2015
            GOAL MET: Y

            COMMENTS:

Exhibit 6   103 of 127

## Visit Note Report

| | |
|---|---|
| Client:   HINSON, BOBBIE | MR No:  J4600012663201          Legacy MR No: |
| Insured ID:   OGS201215673 | Primary Payor:      BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| Insured ID: | Secondary Payor:    SELF PAY |

| | | |
|---|---|---|
| Visit Date:   01/05/2016 | Visit Number:   8 | Visit Type:      PT11 - PT VISIT |

**Therapy Goals Status**

```
            LTG: GOOD+
            TARGET DATE: 01/16/2016
            GOAL MET: N
            COMMENTS:

            CARRYOVER:
    GAIT (PT)
        LEVEL SURFACE DISTANCE (IN FEET)
            STATUS:  650
                STG:  500
            TARGET DATE: 12/19/2015
            GOAL MET: Y
            COMMENTS:

            LTG:  1000
            TARGET DATE: 01/16/2016
            GOAL MET: N
            COMMENTS:

            CARRYOVER:
        LEVEL SURFACE ASSISTANCE
            STATUS:  MODIFIED INDEPENDENT
                STG:  INDEPENDENT
            TARGET DATE: 01/16/2016
            GOAL MET: N
            COMMENTS:

            LTG:
            TARGET DATE:
            GOAL MET: N
            COMMENTS:

            CARRYOVER:
        LEVEL SURFACE GAIT FINDINGS
            STATUS:  OTHER (ENTER COMMENT)
                STG:
            TARGET DATE:
            GOAL MET: N
            COMMENTS: DECREASED TOE OFF WITH HIP HIKE LLE

            LTG:
            TARGET DATE:
            GOAL MET: N
            COMMENTS:

            CARRYOVER:
```

Exhibit 6

## Visit Note Report

| | | | |
|---|---|---|---|
| Client: HINSON, BOBBIE | | MR No: J4600012663201 | Legacy MR No: |
| Insured ID: OGS201215873 | | Primary Payor: | BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| Insured ID: | | Secondary Payor: | SELF PAY |

| | | | |
|---|---|---|---|
| Visit Date: 01/05/2016 | Visit Number: 8 | Visit Type: | PT11 - PT VISIT |

### Therapy Goals Status

PAIN (PT)
    PAIN (PT)
        PAIN (PT)
            STATUS: 5
                STG: 2
                TARGET DATE: 01/16/2016
                GOAL MET: N
                COMMENTS:

                LTG:
                TARGET DATE:
                GOAL MET: N
                COMMENTS:

                CARRYOVER:

### Interventions Provided

1. ASSESS PATIENTS CLINICAL STATUS FOR ABNORMALITIES OR SIGNIFICANT CLINICAL FINDINGS ASSOCIATED WITH ANY OF THE FOLLOWING SECONDARY DIAGNOSES AS DECLARED ON THE POC: HEART FAILURE, COPD, HYPERTENSION, DIABETES, VISION IMPAIRMENT, DEPRESSION DEMENTIA, GI CONDITIONS  (ALWAYS SELECT THIS INTERVENTION)

  DETAILS/COMMENTS: NO ABNORMALITIES OR SIGNIFICANT CHANGES IDENTIFIED.

2. INSTRUCT PATIENT IN SAFE GAIT TRAINING WITH/WITHOUT USE OF DEVICES ON PATIENT APPROPRIATE LEVELS.

  DETAILS/COMMENTS: GAIT TRAINING THROUGH KITCHEN, LIVING AREA,  AND HALLWAY WITH MOD I AND NO AD WITH EMPHASIS ON HAVING ADEQUATE LEFT HIP AND KNEE FLEX BEFORE STRIKE G GROUND WITH LEFT HEEL AND TRANSLATION OF WEIGHT THROUGH FOOT WITH TOE OFF

3. INSTRUCT PATIENT IN AND ASSIST PATIENT TO PERFORM THERAPEUTIC EXERCISES; OBSERVE RETURN DEMONSTRATION FROM PATIENT.

  DETAILS/COMMENTS: FORWARD AND LATERAL STEP UPS X 30 REPS ON 6 INCH STEP.   FWD STEP DOWNS X 30 REPS ON 6 INCH STEP. STATIC STRETCH LEFT HEEL CORD X 2 MIN

4. INSTRUCT PATIENT/CAREGIVER IN PERFORMANCE OF THERAPEUTIC PRESSURE ULCER PREVENTION MEASURES

  DETAILS/COMMENTS: INSTRUCTED PATIENT ON IMPORTANCE OF REMOVING TAPE TO LEFT FOOT AND TOES Q TWO HOURS AND ASSESING FOOT, TOES

| Agent Signature: | Client Signature: |
|---|---|
| | |

JAMES JOHNSON PT 01/05/2016 03:32 PM
(Electronically Signed)

Exhibit 6     105 of 127

## Visit Note Report

01/12/2016 07:57:26 AM

| | | | |
|---|---|---|---|
| Client: HINSON, BOBBIE | | MR No: J4600012663201 | Legacy MR No: |
| Insured ID: OGS201215873 | | Primary Payor: | BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| Insured ID: | | Secondary Payor: | SELF PAY |

| | | | | |
|---|---|---|---|---|
| Visit Date: 01/08/2016 | Visit Number: 9 | Visit Type: | PT66X - PT DISCHARGE DATA COLLECTION ONLY (NON MEDICARE/MEDICAID CLIENTS) | |

| | | |
|---|---|---|
| Agent Name: JOHNSON, JAMES | | Therapy Visit Number: 9 |
| Time: In: 01/08/2016 03:38 PM | Out: 01/08/2016 04:01 PM | |

### Assessment

THERAPY SUBJECTIVE

INDICATE THERAPY SUBJECTIVE, INCLUDING INFORMATION RELATED TO DISCHARGE PLANNING.
PATIENT REQUESTS TO BE DCD FROM HOME HEALTH WITH NO FURTHER VISITS BC HER DEDUCTIBLE RESET WITH THE NEW CALENDAR YAER. PATIENT REQUESTS TO BE REFERRED TO OUTPATIENT PHYSICAL THERAPY DUE TO OUTPATIENT PHYSICAL THERAPY BEING CHEAPER THAN HOME HEALTH

DISCHARGE/INPATIENT ADMISSION

REASON FOR DISCHARGE:
PER PATIENT REQUEST

DISCHARGE DATE:
1/8/2016

ASSESSMENT INFORMATION CONTAINED IN THE DATA COLLECTION ONLY DISCHARGE MUST BE BASED ON THE LAST QUALIFYING CLINICIAN'S ASSESSMENT INFORMATION AND UTILIZED ONLY WHEN NO HOME VISIT FOR DISCHARGE ASSESSMENT CAN BE MADE.
INDICATE REASON NO HOME VISIT CAN BE MADE:
OTHER

DOCUMENT OTHER CIRCUMSTANCES THAT PREVENTED DISCHARGE VISIT FOR PATIENT ASSESSMENT
PATIENT REQUESTS NO FURTHER HOME HEALTH VISITS DUE TO NOT WANTING TO HAVE TO PARTICIPATE FOR VISITS SINCE DEVICE DUCTIBLE RESET WITH NEW CALENDAR YAER

IS PT/CG AGREEABLE TO TELEPHONE CONTACT (FOLLOWING DISCHARGE) CONCERNING THEIR EXPERIENCE WITH STA-HOME?
YES

SPECIFIC PERSON TO CONTACT?
PATIENT

### Interventions Provided

| Agent Signature: | Client Signature: |
|---|---|
| | |

JAMES JOHNSON PT 01/08/2016 04:01 PM
(Electronically Signed)

Exhibit 6    106 of 127

# Client Coordination Note Report

01/12/2016 07:57:25 AM
Printed By: DUNAWAY, LOLA F

NATCHEZ - STA-HOME
113 JEFFERSON DAVIS BLVD STE 9
NATCHEZ, MS 39120-5103
Phone: (601) 442-7919
Fax: (601) 442-7991

| Client: | HINSON, BOBBIE | Insured ID: | OGS201215873 | Primary Payor: | BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
|---|---|---|---|---|---|
| MR No: | J4600012663201 | Insured ID: | | Secondary Payor: | SELF PAY |
| Legacy MR No: | | | | | |

| DOB | 03/05/1957 | | | |
|---|---|---|---|---|
| Primary Physician | | Phone | | Fax |
| WARNER, MEREDITH A. | | (225)754-8888 | | (225)755-2147 |

| Note Date | Note Type | Entered By | Note Status |
|---|---|---|---|
| 12/08/2015 | CLINICAL | JAMES JOHNSON, PT | Active |
| | Last Update | Last Updated By | |

**Note**
PATIENT REQUESTS NO PHYSICAL THERAPY VISIT TODAY DUE TO PAIN IN FOOT.   PATIENT STATES SHE TALKED TO NURSE AT DR WARNERS OFFICE AND IS AWAITING CALL BACK TO SEE WHAT MD RECOMENDS.   VISIT MOVED TO THURSDAY 12/10/15

# Client Coordination Note Report

01/12/2016 07:57:24 AM
Printed By: DUNAWAY, LOLA F

NATCHEZ - STA-HOME
113 JEFFERSON DAVIS BLVD STE B
NATCHEZ, MS 39120-5103
Phone: (601) 442-7919
Fax: (601) 442-7991

| Client: | HINSON, BOBBIE | Insured ID: | OGS201215873 | Primary Payor: | BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
|---|---|---|---|---|---|
| MR No: | J4600012663201 | Insured ID: | | Secondary Payor: | SELF PAY |
| Legacy MR No: | | | | | |

| DOB | 03/05/1957 | | | | |
|---|---|---|---|---|---|
| Primary Physician | | Phone | | Fax | |
| WARNER, MEREDITH A. | | (225)754-8888 | | (225)755-2147 | |

| Note Date | Note Type | | Entered By | Note Status |
|---|---|---|---|---|
| 12/09/2015 | MISSED VISIT NOTIFICATION | | JAMES JOHNSON, PT | Active |
| | Last Update | | Last Updated By | |

Note
PLEASE EXPLAIN THE REASON FOR THE MISSED VISIT:PATIENT REQUESTS NO VISIT TODAY
FOLLOW-UP COMMENT ENTERED BY JUDY CLARK, ON 12/09/2015
VISIT MARKED MISSED..

## Client Coordination Note Report

01/12/2016 07:57:24 AM
Printed By: DUNAWAY, LOLA F

NATCHEZ - STA-HOME
113 JEFFERSON DAVIS BLVD STE B
NATCHEZ, MS 39120-5103
Phone: (601) 442-7919
Fax: (601) 442-7991

| Client: | HINSON, BOBBIE | Insured ID: | OGS201215873 | Primary Payor: | BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
|---|---|---|---|---|---|
| MR No: | J4600012663201 | Insured ID: | | Secondary Payor: | SELF PAY |
| Legacy MR No: | | | | | |

| DOB | 03/05/1957 | | | | |
|---|---|---|---|---|---|
| Primary Physician | | Phone | | Fax | |
| WARNER, MEREDITH A. | | (225)754-8888 | | (225)755-2147 | |

| Note Date | Note Type | Entered By | Note Status |
|---|---|---|---|
| 12/09/2015 | CLINICAL | JAMES JOHNSON, PT | Active |
| | Last Update | Last Updated By | |

**Note**
PATIENT SENT TEXT MESSAGE TO THERAPIST STATING THAT SHE HAS NOT YET HEARD BACK
FROM DR WARNERS OFFICE AND AND IS STILL HAVING PAIN IN FOOT.  PATIENT REQUESTS NO
PHYSICAL THERAPY THIS WEEK AND WANTS TO RESUME NEXT WEEK

## Client Coordination Note Report

01/12/2016 07:57:23 AM
Printed By: DUNAWAY, LOLA F

NATCHEZ - STA-HOME
113 JEFFERSON DAVIS BLVD STE B
NATCHEZ, MS 39120-5103
Phone: (601) 442-7919
Fax: (601) 442-7991

| Client: | HINSON, BOBBIE | Insured ID: | OGS201215873 | Primary Payor: | BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
|---|---|---|---|---|---|
| MR No: | J4600012663201 | Insured ID: | | Secondary Payor: | SELF PAY |
| Legacy MR No: | | | | | |

| DOB | 03/05/1957 | | | | |
|---|---|---|---|---|---|
| Primary Physician | | Phone | | Fax | |
| WARNER, MEREDITH A. | | (225)754-8888 | | (225)755-2147 | |

| Note Date | Note Type | | Entered By | Note Status |
|---|---|---|---|---|
| 12/11/2015 | MISSED VISIT NOTIFICATION | | JAMES JOHNSON, PT | Active |
| | Last Update | | Last Updated By | |

**Note**
PLEASE EXPLAIN THE REASON FOR THE MISSED VISIT:PATIENT REQUESTS NO VISIT
FOLLOW-UP COMMENT ENTERED BY JUDY CLARK, ON 12/14/2015
VISIT MARKED MISSED..

## Client Coordination Note Report

01/12/2016 07:57:23 AM
Printed By: DUNAWAY, LOLA F

NATCHEZ - STA-HOME
113 JEFFERSON DAVIS BLVD STE B
NATCHEZ, MS 39120-5103
Phone: (601) 442-7919
Fax: (601) 442-7991

| Client: | HINSON, BOBBIE | Insured ID: | OGS201215873 | Primary Payor: | BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
|---|---|---|---|---|---|
| MR No: | J4600012663201 | Insured ID: | | Secondary Payor: | SELF PAY |
| Legacy MR No: | | | | | |

| DOB | 03/05/1957 | | | | |
|---|---|---|---|---|---|
| Primary Physician | | Phone | | Fax | |
| WARNER, MEREDITH A. | | (225)754-8888 | | (225)755-2147 | |

| Note Date | Note Type | | Entered By | Note Status |
|---|---|---|---|---|
| 12/22/2015 | PHYSICIAN COMMUNICATION | | JAMES JOHNSON, PT | Active |
| | Last Update | | Last Updated By | |

Note

ADD PHYSICAL THERAPY VISITS PRIOR TO DC FROM AGENCY VO DR WARNER/EMILY RN/JAMES JOHNSON, MPT

Exhibit 6    111 of 127

Exhibit 6                                    112 of 127

Client Coordination Note Report

01/12/2016 07:57:22 AM
Printed By: DUNAWAY, LOLA F

NATCHEZ - STA-HOME
113 JEFFERSON DAVIS BLVD STE B
NATCHEZ, MS 39120-5103
Phone: (601) 442-7819
Fax: (601) 442-7991

| Client: | HINSON, BOBBIE | Insured ID: | OGS201215873 | Primary Payor: | BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
| MR No: | J4600012663201 | Insured ID: | | Secondary Payor: | SELF PAY |
| Legacy MR No: | | | | | |

| DOB | 03/05/1957 | | |
| Primary Physician | | Phone | Fax |
| WARNER, MEREDITH A. | | (225)754-8888 | (225)755-2147 |

| Note Date | Note Type | Entered By | Note Status |
| 01/05/2016 | CLINICAL | JAMES JOHNSON, PT | Active |
| | Last Update | Last Updated By | |

Note
CLINICAL CONFERENCE :PT WILL BE DCD FROM AGENCY PRIOR TO END OF CURRENT EPISODE
WITH ANTICIPATION THAT PATIENT WILL BE NO LONGER HOMEBOUND AND ABLE TO TRANSITION
TO OUTPATIENT PHYSICAL THERAPY.  PATIENT HAS SHOWN GOOD GAINS THROUGH SKILLED
PHYSICAL THERAPY INTERVENTION WITH IMPROVED GAIT PATTERN AS EVIDENCED BY
DECREASED CUING TO PROPERLY TRANSLATE WEIGHT FROM LEFT HEEL AT HEEL STRIKE
THROUGH FOOT WITH TOE OFF.  PATIENT IS ABLE TO AMBULATE INCREASED DISTANCES WITH
DECREASED PAIN AND DECREASED LOB.  PATIENT DOES CONTINUE TO SHOW INCREASE IN PAIN
WITH INCREASED AMBULATION DISTANCES AS COMPARED TO REST AND REMAINS A RISK FOR
FALLING.  PATIENT ALSO HAS DECREASED STRENGTH AND ROM LEFT LE, NOTEABLY IN 2ND TOE.
PHYSICAL THERAPY WILL CONTINUE TREATMENTS WITH FOCUS ON STRENGTHENING, ROM, GAIT
UNTIL PATIENT IS ABLE TO TRANSITION TO OUTPATIENT PHYSICAL THERAPY.

Exhibit 6                                        113 of 127

Exhibit 6                    114 of 127

## Client Coordination Note Report

01/12/2016 07:57:22 AM
Printed By: DUNAWAY, LOLA F

NATCHEZ - STA-HOME
113 JEFFERSON DAVIS BLVD STE B
NATCHEZ, MS 39120-5103
Phone: (601) 442-7919
Fax: (601) 442-7991

| Client: | HINSON, BOBBIE | Insured ID: | OGS201215873 | Primary Payor: | BLUE CROSS BLUE SHIELD OF MISSISSIPPI |
|---|---|---|---|---|---|
| MR No: | J4600012663201 | Insured ID: | | Secondary Payor: | SELF PAY |
| Legacy MR No: | | | | | |

| DOB | 03/05/1957 | | | | |
|---|---|---|---|---|---|
| Primary Physician WARNER, MEREDITH A. | | Phone (225)754-8888 | | Fax (225)755-2147 | |

| Note Date | Note Type | Entered By | Note Status |
|---|---|---|---|
| 01/07/2016 | CLINICAL | JAMES JOHNSON, PT | Active |
| | Last Update | Last Updated By | |

Note
PATIENT REQUESTS NO FURTHER HOME HEALTH VISITS AND TO BE TRANSFERRED TO
OUTPATIENT PHYSICAL THERAPY SINCE HER DEDUCTIBLE AND CO PAY HAVE STARTED OVER
WITH THE CALENDAR YEAR.  PATIENT REQUESTS TO BE TRANSITIONED TO OUTPATIENT PHYSICAL
THERAPY DUE TO IT BEING CHEAPER THAN HOME HEALTH.   MESSAGE LEFT AT DR WARNERS
OFFICE WITH APPROVAL PENDING

WOLFE,SCOTT,MD
46 SEARGENT PRENTISS DR
NATCHEZ, MS 39120-4755

Phone: (601)445-7773
Fax: (601)445-5911

HINSON,BOBBIE N - DOB: 3/5/1957
OFFICE VISIT -1 - 6/12/2017

| | | | |
|---|---|---|---|
| | 60 yrs. | Date | 6/12/2017 08:32 AM |

Patients Age
Chief Complaint/Reason for Visit:

3 Month f/u

| | | | | | | |
|---|---|---|---|---|---|---|
| Weight: | 208 | Lbs | Unable To Get Wgt/Hgt: | ☐ | Prev Wt: 208 | Lbs |
| Height: | 64 | In | BMI: | 35.7 | Wt Chng: 0 | |
| Temp: | 97.8 | | Site: | oral | | |
| Pulse: | 70 | | Rhythm: | .. | | |
| Resp: | 20 | | Oximetry | 99 | % | |
| Vision: | | | Right: | | Left: | |

BP:   ☐ Monitored at Home
Prev BP: 137   / 86

| | Systolic | Diastolic | | Location |
|---|---|---|---|---|
| BP 1: | 102 | / 67 | Sitting | Arm Right |
| BP 2: | | / | Sitting | Arm Left |
| BP 3: | | / | Sitting | Arm Left |

Past History

Medical:
H pylori +, chronic constipation dysphagia Diabetes Mellitus hypothyroidism hypertension

Hospitalizations / Surgeries:
left foot surgery x 5, D&C, mammoplasty, , tonsillectomy, right shoulder scope

| | | | |
|---|---|---|---|
| Family History: | MU Required Family Health History - Only need to complete one field. | | |
| Natural Parents: | Natural Siblings: | Natural Children: | |
| non contrib | | | |

Social History:

retired teacher

| | | | | |
|---|---|---|---|---|
| Signed:   SCOTT WOLFE | | MD 06/12/2017 9:21 AM | ⟨signature⟩ | Print Date 8/8/2017 |

Exhibit 6                                                                    116 of 127

**WOLFE,SCOTT,MD**
46 SEARGENT PRENTISS DR
NATCHEZ, MS 39120-4755

Phone: (601)445-7773
Fax: (601)445-5911

**HINSON,BOBBIE N - DOB: 3/5/1957**
**OFFICE VISIT-1 - 6/12/2017**

Secondhand Smoke Exposure:

Smoking Status:     Remember to use this field for MU Stage 2
Current Every Day Smoker

Cessation Intervention:

Type: cigarettes                         Packs / day:   <1

For:   30+

Quit Date, If
Applicable:
Date of Last Quit Attempt:

Med Used in Previous Attempt:

Readiness to Quit:

Comments
:

Alcohol Use:
No

Drugs:
No

Caffeine Use:
Not Reviewed

Sexual
Activity:
Not Reviewed

Partner
s:
Number of Partners:
Last 6                  Last Year:            Last 2
Months:                                     Years:
Lifetime
:

Positive Areas

| System | Negative | Positive Response / Pertinent Negative |
|---|---|---|
| Constitutional | ✓ | |
| Eyes | ☐ | |



LA593
WARNER ORTHOPEDIC & WELLNESS
AKA CTR INN & EVAL MEDICINE
18161 E PETROLEUM DRIVE
BATON ROUGE, LA  70809

## MEDICAL RECORD CERTIFICATION

**Requesting Party:** *Briethaupt, Dunn, Dubois, ETC.*

**Patient:** *Hinson, Bobbie* DOB: ████████

**Certified Pages:** *234*

I certify that I am a person over the age of eighteen (18) years, of sound mind, with personal knowledge of the facts herein stated.  As a representative of WARNER ORTHOPEDIC & WELLNESS, I certify that I am the custodian of medical records, that patient records are made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters; that medical records of the above referenced patient were kept in the course of the regularly conducted medical activities of this office; and that the record was made by the regularly conducted activity as a regular practice.  I certify that the attached record is a true original created during the normal course of business.  This medical record has been provided to MedSouth Record Management, LLC for reproduction per your request.  In the event that the certified pages are zero (0), then I certify that the records requested are not included in any record or data compilation, which are records regularly made and preserved in accordance with the regularly conducted business activities of this office.

_____

Medical Record Custodian, WARNER ORTHOPEDIC & WELLNESS


As a representative of MedSouth Record Management, LLC, I certify that I received the medical record of the above referenced patient from WARNER ORTHOPEDIC & WELLNESS for processing its contents as requested.  The above referenced pages are true and exact copies of this medical record.

_____        9-12-17
MCT, MedSouth Record Management, LLC        Date

Exhibit 4        3 of 236

Exhibit 6        118 of 127

9/12/2017                     Patient chart - Patient: Bobbie N Hinson DOB: ████████ PRN: BH272481

PATIENT                    FACILITY                          ENCOUNTER
**Bobbie N Hinson**        **Meredith Warner Practice**      Office Visit
DOB    ████████            T   (225) 754-8888                NOTE TYPE     SOAP Note
AGE    60 yrs              F   (225) 755-2147                 SEEN BY       Meredith Warner MD
SEX    Female              18161 East Petroleum Dr            DATE          03/20/2015
PRN    BH272481            Bldg 5                             AGE AT DOS    58 yrs
                           Baton Rouge, LA 70809              Electronically signed by Meredith Warner
                                                              MD at 03/23/2015 08:24 am

**Chief complaint**
new pt/bcbs/left foot pain  (Appt time: 10:30 AM) (Arrival time: 9:25 AM)

| Vitals for this encounter | 03/20/15 |
|---|---|
| Height | 152.4 cm |
| Weight | 88 kg |
| Pulse | 69 bpm |
| BMI | 37.89 |
| Blood pressure | 123/60 mmHg |

**SUBJECTIVE**
patient presents with history of a 'growth' between the 4th and 5th toe since she was 20
she has seen 6 DPMs since age 20 for this
states it starts as milky white substance and grows to a hard and painful callus
She has recently had surgeries on this
she spent a lot of time discussing how she had 'never had issues' with her 2nd toe prior to surgery, but now does ( a DF osteotomy
was done there)
she states that she never had plantar callus before and that the 2nd toe is now elevated
in addition her growth remains and she would like something done
she states that her last treating provider had her purchase hundreds of dollars worth of unecessary goods
her main concern is the macerated skin b/w the toes; lamisil and a derm consult have not helped either

she currently complains of sporadic pain over the total foot that she also says is new
she admitted anger and frustration
she repeatedly stated that unecessary surgery had been performed and that her quality of life was decreased; she kept asking me if
i agreed

**OBJECTIVE**
General: Normotensive, in no acute distress.   Neck: Supple, no masses, no thyromegaly.   Heart: RR. Normal pulses and cap refill.
Respirations normal without abnormal chest excursion.   Back: Normal curvature, no tenderness.   Gait and station are normal.
A&O x 4.   Neuro: Physiological, no localizing findings.   Skin: Normal, no rashes, no lesions noted.   Extremities: FROM, no
deformities, no edema, no erythema.   Abdomen: Soft, no tenderness, no masses.
This patient's PMH, MSH, FH, SH,Medications and Allergies are within the paper chart.   Please refer to that copy for that portion of
this record.  Any notable changes are included in this document as they pertain to today's visit.  A 14 point review of systems was
completed by the patient and the physician/PA went over this with the patient.  All pertinent positives are included in the HPI; see
HPI. The ROS is in the paper chart if needed.

foot ankle:
Observation: (x)light and healthy scars present  ( )no scars, (x)mild swelling  ( )minimal swelling  ( )mod swelling, ( )normal temp  (
)warm to touch  ( )cool to touch, ( )obvious deformity (x)no obvious deformity.

Foot Posture Index: ( )cavovarus, ( )pes planus, (x) normal.
Palpation: ( )right (x)left; tender (x)laterally (x)medially (x)anterior (x)posterior.  TTP between the 4th and 5th

9/12/2017                        Patient chart - Patient: Bobbie N Hinson DOB: ▓▓▓▓▓ PRN: BH272481

she jumps and groans with light touch

| Ankle ROM: | Right | Left |
|---|---|---|
| dorsiflexion | f | f |
| plantarflexion | f | f |
| inversion | f | f |
| eversion | f | f f=full l=limited. |
| Strength: | Right | Left |
| dorsiflexion | 5/5 | 5/5 |
| plantarflexion | 5/5 | 5/5 |
| inversion | 5/5 | 5/5 |
| eversion | 5/5 | 5/5. Anterior Drawer Test: ( ) positive    (x) negative. |

small amount of macerated skin with likely fungal overgrowth b/w 4/5 toes
5th toe has well healed scars and has no bony prominences to press into the 4th

opposite 5th toe is 'curly' and is curled under the 4th - this is not true for the operative side
the 2nd toe is elevated with a contracture of the extensor tendons - she stated that no therapy was done on this

cap refill is normal, STLT is normal

we spent a lot of time discussing her interpretation of the last treating provider's actions and decisions
I reviewed the record presented and it appears that an adequate course of nonoperative treatment was followed; the complaints
continued and surgery was offered, consents were signed and surgery happened
complaints continue with now additional complaints

**ASSESSMENT**

fungal infection/growth between 4/5 toe, sporadic global foot pain with unknown etiology

**PLAN**

nystatin cream and then compounded antibacterial/antifungal cream; PT for 2nd toe contracture release, FU here 6 weeks prn

practice fusion

General: Normotensive, in no acute distress.   Neck: Supple, no masses, no thyromegaly.  Heart: RR. Normal pulses and cap refill.
Respirations normal without abnormal chest excursion.   Back: Normal curvature, no tenderness.   Gait and station are normal.
A&O x 4.  Neuro: Physiological, no localizing findings.    Skin: Normal, no rashes, no lesions noted.    Extremities: FROM, no
deformities, no edema, no erythema.    Abdomen: Soft, no tenderness, no masses.
This patient's PMH, MSH, FH, SH,Medications and Allergies are within the paper chart.  Please refer to that copy for that portion of
this record.  Any notable changes are included in this document as they pertain to today's visit.  A 14 point review of systems was
completed by the patient and the physician/PA went over this with the patient.  All pertinent positives are included in the HPI; see
HPI. The ROS is in the paper chart if needed.


foot ankle:
Observation: (x)light and healthy scars present  ( )no scars, (x)mild swelling  ( )minimal swelling  ( )mod swelling, ( )normal temp. (
)warm to touch  ( )cool to touch, ( )obvious deformity  (x)no obvious deformity.


Foot Posture Index: ( )cavovarus, ( )pes planus, (x) normal.
Palpation: ( )right (x)left; tender (x)laterally  (x)medially  (x)anterior  (x)posterior.  TTP between the 4th and 5th
she  jumps and groans with light touch

| Ankle ROM: | Right | Left |
|---|---|---|
| dorsiflexion | f | f |
| plantarflexion | f | f |
| inversion | f | f |
| eversion | f | f  f=full  l=limited. |
| Strength: | Right | Left |
| dorsiflexion | 5/5 | 5/5 |
| plantarflexion | 5/5 | 5/5 |
| inversion | 5/5 | 5/5 |
| eversion | 5/5 | 5/5.  Anterior Drawer Test: ( ) positive    (x) negative. |

small amount of macerated skin with likely fungal overgrowth b/w 4/5 toes
5th toe has well healed scars and has no bony prominences to press into the 4th

opposite 5th toe is 'curly' and is curled under the 4th - this is not true for the operative side
the 2nd toe is elevated with a contracture of the extensor tendons - she stated that no therapy was done on this

cap refill is normal, STLT is normal

we spent a lot of time discussing her interpretation of the last treating provider's actions and decisions
I reviewed the record presented and it appears that an adequate course of nonoperative treatment was followed; the complaints
continued and surgery was offered, consents were signed and surgery happened
complaints continue with now additional complaints

I reviewed films again and demonstrated again what could be the problem
I need better imaging, an arthrogram of the 2nd MTP with CT would be beneficial and I think she should see Dr. Massengale

**ASSESSMENT**

foot pain post forefoot reconstruction and persistent skin issue b/w toes 4 and 5

**PLAN**

I need better imaging, an arthrogram of the 2nd MTP with CT would be beneficial and I think she should see Dr. Massengale

CT arthrogram and CT of left 2nd MTP joint and forefoot to evaluate screw at met head and joint itself
FU after that

practice fusion

Exhibit 4                    11 of 236

Exhibit 6                    121 of 127

9/12/2017                          Patient chart - Patient: Bobbie N Hinson DOB: ██████ PRN: BH272481

| PATIENT | | FACILITY | | ENCOUNTER | |
|---|---|---|---|---|---|
| **Bobbie N Hinson** | | Meredith Warner Practice | | Office Visit | |
| DOB | ██████ | T  (225) 754-8888 | | NOTE TYPE | SOAP Note |
| AGE | 60 yrs | F  (225) 755-2147 | | SEEN BY | Meredith Warner MD |
| SEX | Female | 18161 East Petroleum Dr | | DATE | 08/05/2015 |
| PRN | BH272481 | Bldg 5 | | AGE AT DOS | 58 yrs |
| | | Baton Rouge, LA 70809 | | Electronically signed by Meredith Warner MD at 08/08/2015 04:15 pm | |

**Chief complaint**

test result (Appt time: 2:00 PM) (Arrival time: 1:50 PM)

| Vitals for this encounter | |
|---|---|
| | 08/05/15 4:09 PM |
| Height | 152.4 cm |
| Pulse | 62 bpm |
| Weight | 88 kg |
| BMI | 37.89 |
| Blood pressure | 117/59 mmHg |

**SUBJECTIVE**

no significant change in symptoms since first visit;
she saw dr. massengale who did a debridement of the area between toe 4 and 5
still has complaints of skin changes and pain there; there is now a visible hole through the skin as well
Ct reviewed and discussed with her today
pain is dorsal 4th webspace and also base of 2, complains of extension contracture of 2nd also

first visit:
patient presents with history of a 'growth' between the 4th and 5th toe since she was 20
she has seen 6 DPMs since age 20 for this
states it starts as milky white substance and grows to a hard and painful callus
She has recently had surgeries on this
she spent a lot of time discussing how she had 'never had issues' with her 2nd toe prior to surgery, but now does ( a DF osteotomy was done there)
she states that she never had plantar callus before and that the 2nd toe is now elevated
in addition her growth remains and she would like something done
she states that her last treating provider had her purchase hundreds of dollars worth of unecessary goods
her main concern is the macerated skin b/w the toes; lamisil and a derm consult have not helped either

she currently complains of sporadic pain over the total foot that she also says is new
she admitted anger and frustration
she repeatedly stated that unecessary surgery had been performed and that her quality of life was decreased; she kept asking me if i agreed

**OBJECTIVE**

General: Normotensive, in no acute distress.   Neck: Supple, no masses, no thyromegaly.   Heart: RR. Normal pulses and cap refill.
Respirations normal without abnormal chest excursion.   Back: Normal curvature, no tenderness.   Gait and station are normal.
A&O x 4.   Neuro: Physiological, no localizing findings.   Skin: Normal, no rashes, no lesions noted.   Extremities: FROM, no
deformities, no edema, no erythema.   Abdomen: Soft, no tenderness, no masses.
This patient's PMH, MSH, FH, SH,Medications and Allergies are within the paper chart. Please refer to that copy for that portion of

this record. Any notable changes are included in this document as they pertain to today's visit. A 14 point review of systems was completed by the patient and the physician/PA went over this with the patient. All pertinent positives are included in the HPI; see HPI. The ROS is in the paper chart if needed.

foot ankle:
Observation: (x)light and healthy scars present  ( )no scars, (x)mild swelling  ( )minimal swelling  ( )mod swelling, ( )normal temp  ( )warm to touch  ( )cool to touch, ( )obvious deformity  (x)no obvious deformity.

Foot Posture Index: ( )cavovarus, ( )pes planus, (x ) normal.
Palpation: ( )right (x)left; tender (x)laterally  (x)medially  (x)anterior  (x)posterior.  TTP between the 4th and 5th
she jumps and groans with light touch

| Ankle ROM: | Right | Left |
|---|---|---|
| dorsiflexion | f | f |
| plantarflexion | f | f |
| inversion | f | f |
| eversion | f | f f=full  l=limited. |
| Strength: | Right | Left |
| dorsiflexion | 5/5 | 5/5 |
| plantarflexion | 5/5 | 5/5 |
| inversion | 5/5 | 5/5 |
| eversion | 5/5 | 5/5.  Anterior Drawer Test: ( ) positive   (x) negative. |

small amount of macerated skin with likely fungal overgrowth b/w 4/5 toes
5th toe has well healed scars and has no bony prominences to press into the 4th

opposite 5th toe is 'curly' and is curled under the 4th - this is not true for the operative side
the 2nd toe is elevated with a contracture of the extensor tendons - she stated that no therapy was done on this

cap refill is normal, STLT is normal

CT with contrast demonstrated plantar plate tear at base of 2nd MTP, position of distal aspect of 2nd is likely more plantar than works for her and needs slight dorsiflexion, bone on bone at that joint and decompression with shaft shortening needed too operative report indicates that the 5th was connected to the 4th and this now needs to be relaxed and opened to prevent the wound between the toes from forming

I discussed the risks of revision surgery and that she would possibly have different pain and complaints after this surgery.  There were no guarantees that this surgery would achieve her goals of pain relief, normally positioned 2nd toe and webspace normalization of the 4th webspace.  She indicated her understanding and wished to proceed.

**ASSESSMENT**
forefoot pain and deformity after surgical intervention left side

**PLAN**
surgical correction discussed at length: all questions answered and plan discussed in detail.  Risks and benefits of surgery to treat the problems were discussed.  I discussed all alternative treatments available and the prognosis should surgery be done or not done.  Time was given for questions and these were answered.  The procedure was described as well as the associated recovery. Pain was discussed and rehabilitation.  Teh patient indicated that he/she understood everything and wished to proceed with the indicated surgery.. Consent form completed along with appropriate orders and paperwork.  Pre-op physical done and all questions were answered..
labs, ekg ordered

✎ practice fusion

Exhibit 4                              13 of 236

Exhibit 6                              123 of 127

9/12/2017                        Patient chart - Patient: Bobbie N Hinson DOB: ▬▬▬ PRN: BH272481

PATIENT                          FACILITY                          ENCOUNTER
**Bobbie N Hinson**              **Meredith Warner Practice**      **Office Visit**
DOB         ▬▬▬▬▬               T  (225) 754-8888                 NOTE TYPE       SOAP Note
AGE         60 yrs               F  (225) 755-2147                 SEEN BY         Meredith Warner MD
SEX         Female               18161 East Petroleum Dr           DATE            09/02/2015
PRN         BH272481             Bldg 5                            AGE AT DOS      58 yrs
                                 Baton Rouge, LA 70809             Electronically signed by Meredith Warner
                                                                   MD at 09/03/2015 09:28 am

## Chief complaint
2 weeks post op (Appt time: 9:00 AM) (Arrival time: 8:56 AM)

| Vitals for this encounter | |
| --- | --- |
| | 09/02/15 9:40 AM |
| Height | 152.4 cm |
| Weight | 88 kg |
| Pulse | 76 bpm |
| BMI | 37.89 |
| Blood pressure | 98/65 mmHg |

### SUBJECTIVE
DOS 8/18/15-
Shortening and dorsiflexion osteotomy of second metatarsal shaft with internal fixation, second metatarsophalangeal joint capsulotomy, medial and lateral with release of dorsal tissue, debridement of capsule, second extensor digitorum longus lengthening with extensor digitorum brevis tendon transfer to the extensor digitorum longus, and then Z-plasty tissue rearrangement 2 cm for purposes of removing a small wound in the webspace of toes 4 and 5, and relaxing the tissue and treating the contracture there from scar.

### OBJECTIVE
Sutures removed with sterile kit after carefully cleansing the area.  Appropriate dressing applied.  Tolerated procedure well with no complications..  Incision clean/dry/intact.  Well approximated.  No signs of infection.  No erythema, drainage, or areas of fluctuance..

wound care to the 5th webspace
Along with daily wound care she can use antibiotic ointment
WBAT in the boot

After selecting the appropriate device to handle this patient's particular diagnosis and anatomy the patient was educated as to the use and wearing of the brace.  The appropriate fitting was completed and proper education.  Financial obligations were explained to the patient who indicated their understanding.  The brace was appropriate for this patient medically and fitted to effect and the patient understood the proper use of the device prior to leaving the clinic.  This is expected to help with the patient's pain, instability, swelling and/or any other clinical issues.  The warranty was explained to the patient as well..

### ASSESSMENT
post op

### PLAN
PT, RTC in one week

🦷 practicefusion

**WARNER ORTHOPEDICS AND WELLNESS**
18161 East Petroleum Drive
Baton Rouge, LA 70808
Tel: (225) 754-8888  Fax: (225) 755-2147

**CLINIC NOTE**

**PATIENT NAME:** HINSON, BOBBIE N.                 **MEDICAL RECORD#:** BH272481

**PHYSICIAN:** MEREDITH WARNER, M.D.               **DATE OF VISIT:** 10/05/2015

**DATE OF BIRTH:** ▓▓▓▓▓▓

**CHIEF COMPLAINT:** This patient is status post left foot revision surgery on August 18, 2015.

**SUBJECTIVE:** She complains of increased pain and bleeding.  Of note, we last checked the CRP on September 28, 2015 and it was normal at 0.5.  She reports new onset of pain and drainage.  There was a site of dorsal wound that has been persistent.  They did not have significant pain and drainage she is having now.  She wanted this evaluated.

The patient does have a history of diabetes.

**OBJECTIVE:** Today upon examination, there is no overt cellulitis.  The foot is mildly warm.  There is a little bit of an irritation of the dorsal wound on the left second metatarsophalangeal joint with some scant drainage noted.  The patient is extremely sensitive to touch.  It is very difficult to examine her.

**DIAGNOSTIC STUDIES:** Radiographs confirmed a nonunion of the second metatarsophalangeal joint with the screw in the site of the osteotomy.

**IMPRESSION:** Diabetes, possible cellulitis versus deep infection with chronic non-healing draining surgical wound and loose hardware.

**PLAN:** I think this patient would benefit from removal of the screw in the osteotomy site and adjustment of hardware as indicated.  She would benefit from placement of OsteoSet with vancomycin after an irrigation debridement procedure and then any indicated procedure that the patient requests on that day. She would like her toe to lay down differently upon conversation with her today.  All risks and benefits were discussed with her at length and she wishes to proceed with this procedure.  We will set her up as soon as possible and she will have surgery in the morning.  This is an unexpected problem with the wound, but we will take care of it for this lady particularly as she is diabetic and I think we need to be aggressive.  Followup in one week after surgery.

X_____
Meredith Warner, M.D.

JOB#: 252794
MW: med: ssn/dsb
DD: 10/06/2015
DT: 10/07/2015

CLINIC NOTE - Page 1 of 1

Exhibit 4                                    17 of 236

Exhibit 6                                    125 of 127

**WARNER ORTHOPEDICS AND WELLNESS**
18161 East Petroleum Drive
Baton Rouge, LA 70808
Tel: (225) 754-8888  Fax: (225) 755-2147

### CLINIC NOTE

PATIENT NAME: HINSON, BOBBIE N.        MEDICAL RECORD #: BH272481

PHYSICIAN: MEREDITH WARNER, M.D.        DATE OF VISIT: 12/14/2015

DATE OF BIRTH: ████████

**CHIEF COMPLAINT:** Increase in left foot pain.

**SUBJECTIVE:** This patient had revision forefoot surgery sometime ago. She has been doing well and has been converted to regular shoes, but now she reports an increasing left foot pain and would like to have it addressed. She has some cramping pain in the whole midfoot. She has pain in the medial and lateral side and about the forefoot. It is sort of a deep soreness with cramping.

As of her last visit here in mid November, she had healed osteotomies and was doing well and I put her into physical therapy. She put itself hold on physical therapy as she was concerned she was infected.

Her date of surgery from when she had a wound taking care of surgically for delayed non-healing surgical wound was on 10/06/2015 that was after her primary surgery that was on 08/18/2015. The second surgery was just for wound care purposes and was obviously unplanned.

**OBJECTIVE:** The patient is doing well.

Radiographs today of the left foot show healed osteotomy with no evidence of implant failure. There is a very mild osteoarthrosis at the second metatarsophalangeal joint and clinically she is stressing there.

At this point, it sounds as though her pain is related to diabetic neuropathy, she has limited sensation with Semmes-Weinstein monofilament today. Really, no sensation to left foot. So, I am going to treat her for neuropathic problems. In addition, I want her to do physical therapy and she needs to start using the foot normally. Some of the pain sounds like just soreness after being operated on a couple of times and also not using the foot normally.

**IMPRESSION:** Diabetic neuropathy complicating foot and ankle pain after revision surgery.

**PLAN:** Start amitriptyline 25 to 50 mg p.o. q.h.s. Follow up with me in one month as needed.

X_____
Meredith Warner, M.D.

JOB#: 520019
MW: med: ssn/mac
DD: 12/14/2015
DT: 12/15/2015

CLINIC NOTE – Page 1 of 1

Exhibit 4                                      22 of 236

Exhibit 6                                      126 of 127

```
 1   STATE OF LOUISIANA

 2   PARISH OF OUACHITA

 3        I, PEPPER ROBERTSON, Certified Court Reporter in and for

 4   the State of Louisiana, as the officer before whom this

 5   testimony was taken, do hereby certify that DENNIS A.

 6   LARAVIA, M.D., after having been duly sworn by me upon

 7   authority of R.S. 37:2554, did testify as set forth in the

 8   foregoing deposition, pages 1 through 69, at the medical

 9   office of Dennis A. Laravia, M.D., 1637 Carter Street,

10   Vidalia, Louisiana 71373, on the 17th day of August, 2017,

11   commencing at 2:07 p.m. and concluding at 3:30 p.m.; that

12   this testimony was reported by me in the stenomask reporting

13   method, was prepared and transcribed under my personal

14   direction and supervision, and is a true and correct

15   transcript to the best of my ability and understanding; that

16   I am not related to counsel or to the parties herein nor am I

17   otherwise interested in the outcome of this matter.

18        This certification is valid only for a transcript

19   accompanied by my original signature and original seal on

20   this page.

21        Monroe, Louisiana, this 5th day of September, 2017.

22

23

24        _____
          PEPPER ROBERTSON, CCR
25
```

**Duke Copeland Court Reporters**

70    P.O. Box 4177, Monroe, LA 71211    Tel. 318-387-2889 Fax 318-387-3271

Exhibit 6                                    127 of 127